**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ryan Environmental,LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Ryan Energy Services**<br>**DBA  Ryan Pipeline Services**<br>**DBA  Ryan Corrosion Services** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1064202** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5793 W. Veterans Memorial Hwy, Ste 101**<br>**Bridgeport, WV 26330** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harrison** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Ryan Environmental LLC          Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 2 of 134

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**Debtor   Ryan Environmental LLC    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 3 of 134**

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

�■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds** .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2020**
              MM / DD / YYYY

**X** **/s/ Clayton Rice**                                   **Clayton Rice**
      Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Martin P. Sheehan**                    Date **September 29, 2020**
      Signature of attorney for debtor                   MM / DD / YYYY

**Martin P. Sheehan 4812**
Printed name

**SHEEHAN & ASSOCIATES, P.L.L.C.**
Firm name

**1 Community St., Ste 200**
**Wheeling, WV 26003**
Number, Street, City, State & ZIP Code

Contact phone   **304-232-1064**   Email address   **sheehanbankruptcy@wvdsl.net**

**4812 WV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Ryan Environmental,LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2020**          X **/s/ Clayton Rice**
                                              Signature of individual signing on behalf of debtor

                                              **Clayton Rice**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ryan Environmental,LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACUREN INSPECTION INC PO BOX 846313 Dallas, TX 75284-6313 | | | | | | $36,534.96 |
| ATLANTIC NITROGEN AND TESTING LLC 100 HAMILTON ST. Washington, PA 15301 | | | | | | $64,095.10 |
| BRIDGEPORT EQUIP & TOOL 500 HALL STREET Bridgeport, OH 43912 | | | | | | $122,474.16 |
| CAVA & BANKO, P.L.L.C. 117 EAST MAIN STREET Bridgeport, WV 26330 | | | | | | $60,382.75 |
| CECIL I. WALKER MACHINERY CO 29773 NEWTWORK PLACE Chicago, IL 60673-1297 | | | | | | $67,958.28 |
| Clayton Rice 2045 Natalie Drive Bridgeport, WV 26330 | | | | $1,130,305.02 | $0.00 | $1,130,305.02 |
| CLEVELAND BROTHERS EQUIP CO., INC. PO BOX 417094 Boston, MA 02241-7094 | | | | | | $233,631.94 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ryan Environmental,LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DIEFFENBAUCH & HRITZ, LLC 1095 CHAPLIN ROAD Suite 200 Morgantown, WV 26501** | | | | | | **$53,490.00** |
| **First United Bank & Trust 19 South Second Street Oakland, MD 21550** | | No collateral | | | | **$3,105,800.00** |
| **HIGHMARK WV PO BOX 382153 Pittsburgh, PA 15251-8113** | | | | | | **$38,024.21** |
| **HOG LICK AGGREGATES LLC 340 HOG LICK HOLLOW Fairmont, WV 26554** | | | | | | **$58,537.67** |
| **INSTANT GROWTH HYDROSEEDING, LLC 140 VIP DRIVE Masontown, WV 26542** | | | | | | **$150,626.00** |
| **JAN X-RAY SERVICES, INC. PO Box 29253 New York, NY 10087-9253** | | | | | | **$130,071.00** |
| **LIGONIER CONSTRUCTION COMPANY P.O. BOX 277 Laughlintown, PA 15655** | | | | | | **$160,520.00** |
| **PRODUCTIVITY PLUS DEPT. 93 - 55002218881 Phoenix, AZ 85062-8004** | | | | | | **$75,951.07** |
| **RIDGE RUNNER PIPELINE SERVICES P.O. Box 159 Maidsville, WV 26541** | | | | | | **$278,230.29** |

Debtor    **Ryan Environmental,LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RYAN ENVIRONMENTAL TRANSPORT 5793 W. VETERANS MEMORIAL HWY Bridgeport, WV 26330** | | | | | | **$128,804.12** |
| **SOUTHEASTERN EQUIPMENT CO., INC. PO BOX 536 Cambridge, OH 43725** | | | | | | **$68,009.21** |
| **THREE-D DRILLING INC 2839 DOGTOWN RD Reedsville, WV 26547-9729** | | | | | | **$84,572.00** |
| **UNITED RENTALS (NO. AMERICA), INC. PO BOX 100711 Atlanta, GA 30384-0711** | | | | | | **$65,350.16** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Ryan Environmental,LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ **6,572,062.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ **6,572,062.01**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **10,174,860.60**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **6,186,208.11**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b

$ **16,361,068.71**

Fill in this information to identify the case:

Debtor name    **Ryan Environmental, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First United Bank** | **Checking** | 6255 | $390,546.56 |
| 3.2. | **MVB** | **Checking / Payroll** | 8313 | $440,556.79 |
| 3.3. | **MVB Commercial** | **Lockbox** | 6394 | $0.00 |
| 3.4. | **Premier Bank - PPP Funds** | **Checking** | 2872 | $467,713.27 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,298,816.62 |
|---|

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Ryan Environmental,LLC**          Case number *(If known)* _____
        Name

7.     **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

    8.1.    **Enterprise truck lease capitalized downpayments**           **$8,330.78**

    8.2.    **Repairs for fusion machines-waiting on insurance claims-Scheele Engin**           **$25,420.00**

    8.3.    **Other prepaids**           **$18,624.52**

    8.4.    **Prepaid Insurance-AFCO Premium Finance**           **$93,642.90**

9.     **Total of Part 2.**           **$146,018.20**
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:    **1,724,814.82**  -  **0.00** = ....    **$1,724,814.82**
                   face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    **150,735.17**  -  **0.00** =....    **$150,735.17**
                   face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    **183,184.00**  -  **0.00** =....    **$183,184.00**
                   face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:    **63,368.25**  -  **0.00** =....    **$63,368.25**
                   face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**           **$2,122,102.24**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Ryan Environmental,LLC**                              Case number *(If known)* _____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---------|----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Supplies and material** **See attached** | | $0.00 | | $25,000.00 |
| **Small tools/machiner** **See attached** | | $0.00 | | $25,000.00 |

**23. Total of Part 5.**                                                                                 $50,000.00

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** **Office See attached** | $0.00 | Appraisal | $11,060.86 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Ryan Environmental,LLC**                          Case number *(If known)* _____
          Name

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       Computer equipment See attached                    $0.00                          $19,086.44

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $30,147.30 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Vehicle See attached** | $0.00 | | $154,900.68 |
| 47.2.    **Trailers** | $0.00 | | $71,068.38 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       Heavy Machinery                                    $0.00                          $1,491,502.78

       Other                                              $0.00                          $995,105.78

51.    **Total of Part 8.**                                                        | $2,712,577.62 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Ryan Environmental,LLC | Case number *(If known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. 55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **Lease** | | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|--|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Ryanenv.com** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Ryan Environmental,LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| goodwill | | $986,892.00 | | $0.00 |
|---|---|---|---|---|

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Work in progress - various small jobs | $212,400.03 |
|---|---|

78. **Total of Part 11.** $212,400.03

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **Ryan Environmental,LLC**                                          Case number *(If known)* _____
            Name

---

Part 12:      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,298,816.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $146,018.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,122,102.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,147.30 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,712,577.62 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $212,400.03 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,572,062.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,572,062.01 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Ryan Environmental, LLC**
**Aged Receivables**
As of Aug 31, 2020

No. 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 17 of 134

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID | Customer | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| ABRAHAM LINC CORP | ABRAHAM LINC CORPORATION | 11428 | | | 40,697.14 | | 40,697.14 |
| ABRAHAM LINC CORP | ABRAHAM LINC CORPORATION | 11578 | 10,710.12 | | | | 10,710.12 |
| ABRAHAM LINC CORP | ABRAHAM LINC CORPORATION | 11578A | 18,542.99 | | | | 18,542.99 |
| **ABRAHAM LINC CORP** | **ABRAHAM LINC CORPORATION** | | **29,253.11** | | **40,697.14** | | **69,950.25** |
| ANDERSON EXCAVATING | ANDERSON EXCAVATING, LLC | 11119 | | | | 4,169.69 | 4,169.69 |
| **ANDERSON EXCAVATING** | **ANDERSON EXCAVATING, LLC** | | | | | **4,169.69** | **4,169.69** |
| ANTERO | ANTERO RESOURCES CORPORATION | 11574 | 3,629.34 | | | | 3,629.34 |
| **ANTERO** | **ANTERO RESOURCES CORPORATION** | | **3,629.34** | | | | **3,629.34** |
| ARSENAL RESOURCES | ARSENAL RESOURCES | 10899 | | | | 2,835.00 | 2,835.00 |
| ARSENAL RESOURCES | ARSENAL RESOURCES | 11470 | | | 1,092.00 | | 1,092.00 |
| ARSENAL RESOURCES | ARSENAL RESOURCES | 11503 | | 1,245.00 | | | 1,245.00 |
| ARSENAL RESOURCES | ARSENAL RESOURCES | 11504 | | 1,245.00 | | | 1,245.00 |
| **ARSENAL RESOURCES** | **ARSENAL RESOURCES** | | | **2,490.00** | **1,092.00** | **2,835.00** | **6,417.00** |
| BFS | BFS FOOD STORES | 11279 | | | | 795.00 | 795.00 |
| **BFS** | **BFS FOOD STORES** | | | | | **795.00** | **795.00** |
| BJ SERVICES | BJ SERVICES | 11380 | | | | 7,151.29 | 7,151.29 |
| BJ SERVICES | BJ SERVICES | 11462 | | | 10,667.61 | | 10,667.61 |
| **BJ SERVICES** | **BJ SERVICES** | | | | **10,667.61** | **7,151.29** | **17,818.90** |
| BURNS TRUCKING | BURNS MOTOR FREIGHT | 11149 | | | | 21,036.89 | 21,036.89 |
| **BURNS TRUCKING** | **BURNS MOTOR FREIGHT** | | | | | **21,036.89** | **21,036.89** |
| CENTRAL SUPPLY | CENTRAL SUPPLY | 11521 | | 10,980.67 | | | 10,980.67 |
| **CENTRAL SUPPLY** | **CENTRAL SUPPLY** | | | **10,980.67** | | | **10,980.67** |
| CHEMTRON | CHEMTRON | 10273 | | | | 300.00 | 300.00 |
| **CHEMTRON** | **CHEMTRON** | | | | | **300.00** | **300.00** |
| CLAYTON RICE | CLAYTON RICE | 11298 | | | | 6,810.98 | 6,810.98 |
| **CLAYTON RICE** | **CLAYTON RICE** | | | | | **6,810.98** | **6,810.98** |
| CMI | COMPLIANCE MANAGEMENT INTERNATIONAL | 11291 | | | | 130.00 | 130.00 |
| **CMI** | **COMPLIANCE MANAGEMENT INTERNATIONAL** | | | | | **130.00** | **130.00** |
| CNX GAS - JANE LEW | CNX RESOURCES CORPORATION | 11463 | | | 30,580.88 | | 30,580.88 |
| **CNX GAS - JANE LEW** | **CNX RESOURCES CORPORATION** | | | | **30,580.88** | | **30,580.88** |
| COVESTRO | COVESTRO LLC | 11414 | | | | 470.00 | 470.00 |
| COVESTRO | COVESTRO LLC | 11415 | | | | 470.00 | 470.00 |
| COVESTRO | COVESTRO LLC | 11550 | | 470.00 | | | 470.00 |
| COVESTRO | COVESTRO LLC | 11551 | | 470.00 | | | 470.00 |
| **COVESTRO** | **COVESTRO LLC** | | | **940.00** | | **940.00** | **1,880.00** |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11471 | | | 480.00 | | 480.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11487 | | 5,380.90 | | | 5,380.90 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11513 | | 1,000.00 | | | 1,000.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11548 | | 5,600.00 | | | 5,600.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11557 | | 487.15 | | | 487.15 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11558 | | 2,582.80 | | | 2,582.80 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11573 | 91,861.50 | | | | 91,861.50 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | | 360.00 | | | | 360.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11565 | 12,520.00 | | | | 12,520.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11568 | 21,300.00 | | | | 21,300.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11577 | 1,700.20 | | | | 1,700.20 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11582 | 714.30 | | | | 714.30 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11583 | 2,785.00 | | | | 2,785.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11588 | 34,852.50 | | | | 34,852.50 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11586 | 12,520.00 | | | | 12,520.00 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11609 | 399,218.04 | | | | 399,218.04 |
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11615 | 2,800.00 | | | | 2,800.00 |

**Ryan Environmental, LLC**
**Aged Receivables**
As of Aug 31, 2020

No. 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 18 of 134

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID | Customer | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| DOMINION | DOMINION ENERGY TRANSMISSION, INC | 11614 | 5,600.00 | | | | 5,600.00 |
| **DOMINION** | **DOMINION ENERGY TRANSMISSION, INC** | | **586,231.54** | **15,050.85** | **480.00** | | **601,762.39** |
| DOW CHEMICAL | DOW CHEMICAL | 11530 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11531 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11532 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11533 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11534 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11535 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11536 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11537 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11538 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11539 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11540 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11541 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11542 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11543 | | 550.00 | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11544 | | 750.00 | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11545 | | 750.00 | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11546 | | 750.00 | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11547 | | 750.00 | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11587 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11589 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11590 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11591 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11592 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11593 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11594 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11595 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11596 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11597 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11598 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11599 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11600 | 750.00 | | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11601 | 750.00 | | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11602 | 750.00 | | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11603 | 750.00 | | | | 750.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11604 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11605 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11606 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11607 | 550.00 | | | | 550.00 |
| DOW CHEMICAL | DOW CHEMICAL | 11608 | 550.00 | | | | 550.00 |
| **DOW CHEMICAL** | **DOW CHEMICAL** | | **12,350.00** | **10,700.00** | | | **23,050.00** |
| EDWARD OLIVERIO | EDWARD OLIVERO | 11431 | | | 4,240.00 | | 4,240.00 |
| **EDWARD OLIVERIO** | **EDWARD OLIVERO** | | | | **4,240.00** | | **4,240.00** |
| ENERGY TRANSFER | ENERGY TRANSFER PARTNERS | 10767 | | | | 1,555.95 | 1,555.95 |
| ENERGY TRANSFER | ENERGY TRANSFER PARTNERS | 11125 | | | | 1,283.03 | 1,283.03 |
| **ENERGY TRANSFER** | **ENERGY TRANSFER PARTNERS** | | | | | **2,838.98** | **2,838.98** |
| ENLINK - WV | WEST VIRGINIA OIL GATHERING LLC | 11549 | | 3,100.00 | | | 3,100.00 |
| **ENLINK - WV** | **WEST VIRGINIA OIL GATHERING LLC** | | | **3,100.00** | | | **3,100.00** |
| HAMPSHIRE GAS | HAMPSHIRE GAS COMPANY | 11618 | 384,317.75 | | | | 384,317.75 |
| **HAMPSHIRE GAS** | **HAMPSHIRE GAS COMPANY** | | **384,317.75** | | | | **384,317.75** |
| HARRISON COUNTY EMS | HARRISON COUNTY EMS | 11572 | 250.00 | | | | 250.00 |
| HARRISON COUNTY EMS | HARRISON COUNTY EMS | 11581 | 250.00 | | | | 250.00 |
| **HARRISON COUNTY EMS** | **HARRISON COUNTY EMS** | | **500.00** | | | | **500.00** |
| HUEY BROTHERS | HUEY BROTHERS, INC. | 11416 | | | | 36,106.80 | 36,106.80 |
| **HUEY BROTHERS** | **HUEY BROTHERS, INC.** | | | | | **36,106.80** | **36,106.80** |
| IKE TRANSPORTATION | IKE TRANSPORTATION | 11285 | | | | 15,959.28 | 15,959.28 |
| **IKE TRANSPORTATION** | **IKE TRANSPORTATION** | | | | | **15,959.28** | **15,959.28** |
| JIM CAVA | JIM CAVA | 11206 | | | | 8,910.00 | 8,910.00 |
| **JIM CAVA** | **JIM CAVA** | | | | | **8,910.00** | **8,910.00** |

**Ryan Environmental, LLC**
**Aged Receivables**
**As of Aug 31, 2020**
No. 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 19 of 134
Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID | Customer | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| KEY ENERGY | KEY ENERGY SERVICES, LLC | 11280 | | | | 800.00 | 800.00 |
| KEY ENERGY | KEY ENERGY SERVICES, LLC | 11281 | | | | 1,625.00 | 1,625.00 |
| **KEY ENERGY** | **KEY ENERGY SERVICES, LLC** | | | | | **2,425.00** | **2,425.00** |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | | | 5,711.25 | | | 5,711.25 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11516 | | 10,800.00 | | | 10,800.00 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11527 | | 60,109.33 | | | 60,109.33 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11561 | 79,137.00 | | | | 79,137.00 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11566 | 13,985.00 | | | | 13,985.00 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11616 | 73,549.26 | | | | 73,549.26 |
| MARKWEST - LIBERTY | MARKWEST LIBERTY MIDSTREAM & RESOURCES | 11617 | 79,285.46 | | | | 79,285.46 |
| **MARKWEST - LIBERTY** | **MARKWEST LIBERTY MIDSTREAM & RESOURCES** | | **245,956.72** | **76,620.58** | | | **322,577.30** |
| MARSHALL CO PSD #3 | MARSHALL COUNTY PSD #3 | 10986 | | | | 12,827.70 | 12,827.70 |
| MARSHALL CO PSD #3 | MARSHALL COUNTY PSD #3 | 11575 | -4,500.00 | | | | -4,500.00 |
| MARSHALL CO PSD #3 | MARSHALL COUNTY PSD #3 | 11576 | 10,568.80 | | | | 10,568.80 |
| **MARSHALL CO PSD #3** | **MARSHALL COUNTY PSD #3** | | **6,068.80** | | | **12,827.70** | **18,896.50** |
| MOUNTAINEER GAS-CHAR | MOUNTAINEER GAS 43262 | 11567 | 35,800.80 | | | | 35,800.80 |
| MOUNTAINEER GAS-CHAR | MOUNTAINEER GAS 43262 | 11584 | 40,653.20 | | | | 40,653.20 |
| **MOUNTAINEER GAS-CHAR** | **MOUNTAINEER GAS 43262** | | **76,454.00** | | | | **76,454.00** |
| MSES - RENTAL | MSES CONSULTANTS | 11468 | | | 4,400.00 | | 4,400.00 |
| MSES - RENTAL | MSES CONSULTANTS | 11523 | | 4,400.00 | | | 4,400.00 |
| MSES - RENTAL | MSES CONSULTANTS | 11610 | 4,400.00 | | | | 4,400.00 |
| **MSES - RENTAL** | **MSES CONSULTANTS** | | **4,400.00** | **4,400.00** | **4,400.00** | | **13,200.00** |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11552 | | 8,637.00 | | | 8,637.00 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11553 | | 10,109.50 | | | 10,109.50 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11554 | | 21,491.60 | | | 21,491.60 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11555 | | 4,288.70 | | | 4,288.70 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11569 | 4,274.00 | | | | 4,274.00 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11570 | 20,669.05 | | | | 20,669.05 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11571 | 9,586.50 | | | | 9,586.50 |
| PEOPLES NATURAL GAS | PEOPLES NATURAL GAS | 11611 | 9,043.00 | | | | 9,043.00 |
| **PEOPLES NATURAL GAS** | **PEOPLES NATURAL GAS** | | **43,572.55** | **44,526.80** | | | **88,099.35** |
| PIERPONT COLLEGE | PIERPONT COMMUNITY & TECHNICAL COLLEGE | 11613 | 9,000.00 | | | | 9,000.00 |
| **PIERPONT COLLEGE** | **PIERPONT COMMUNITY & TECHNICAL COLLEGE** | | **9,000.00** | | | | **9,000.00** |
| RDR ENERGY | RDR ENERGY RESOURCES | 11388 | | | | 1,340.00 | 1,340.00 |
| RDR ENERGY | RDR ENERGY RESOURCES | 11394 | | | | 1,040.00 | 1,040.00 |
| **RDR ENERGY** | **RDR ENERGY RESOURCES** | | | | | **2,380.00** | **2,380.00** |
| RRHAMCO | RRHAMCO, INC | 10665 | | | | 1,272.00 | 1,272.00 |
| **RRHAMCO** | **RRHAMCO, INC** | | | | | **1,272.00** | **1,272.00** |
| RYAN LLC | RYAN ENVIRONMENTAL, LLC | 11524 | 1,650.00 | | | | 1,650.00 |
| **RYAN LLC** | **RYAN ENVIRONMENTAL, LLC** | | **1,650.00** | | | | **1,650.00** |
| SUMMIT MIDSTREAM | SUMMIT MIDSTREAM | 11238 | | | | 2,315.16 | 2,315.16 |
| **SUMMIT MIDSTREAM** | **SUMMIT MIDSTREAM** | | | | | **2,315.16** | **2,315.16** |
| TUG HILL | TUG HILL OPERATING, LLC | 11389 | | | | 10,767.50 | 10,767.50 |
| TUG HILL | TUG HILL OPERATING, LLC | 11585 | | 2,735.00 | | | 2,735.00 |
| **TUG HILL** | **TUG HILL OPERATING, LLC** | | | **2,735.00** | | **10,767.50** | **13,502.50** |
| UNIVAR SOLUTIONS | UNIVAR SOLUTIONS | 11166 | | | | 1,332.75 | 1,332.75 |
| UNIVAR SOLUTIONS | UNIVAR SOLUTIONS | 11167 | | | | 951.15 | 951.15 |
| **UNIVAR SOLUTIONS** | **UNIVAR SOLUTIONS** | | | | | **2,283.90** | **2,283.90** |
| WESTFIELD INSURANCE | WESTFIELD INSURNCE COMPANY | 11459 | | 9,450.00 | | | 9,450.00 |
| WESTFIELD INSURANCE | WESTFIELD INSURNCE COMPANY | 11460 | | 1,000.00 | | | 1,000.00 |
| **WESTFIELD INSURANCE** | **WESTFIELD INSURNCE COMPANY** | | | **10,450.00** | | | **10,450.00** |

**Ryan Environmental, LLC**
**Aged Receivables**
**As of Aug 31, 2020**

No. 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 20 of 134

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID | Customer | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| WOLFE TRANSPORT | WOLFE ENVIRONMENTAL TRANSPORT, LLC | 11556 | 63.60 | | | | 63.60 |
| **WOLFE TRANSPORT** | **WOLFE ENVIRONMENTAL TRANSPORT, LLC** | | **63.60** | | | | **63.60** |
| XCL MIDSTREAM | TUG HILL OPERATING, LLC | 11075 | | | | 4,550.00 | 4,550.00 |
| XCL MIDSTREAM | TUG HILL OPERATING, LLC | 11294 | | | | 3,930.00 | 3,930.00 |
| XCL MIDSTREAM | TUG HILL OPERATING, LLC | 11612 | 47,215.88 | | | | 47,215.88 |
| **XCL MIDSTREAM** | **TUG HILL OPERATING, LLC** | | **47,215.88** | | | **8,480.00** | **55,695.88** |
| **Report Total** | | | **1,450,663.29** | **171,543.90** | **102,607.63** | **150,735.17** | **1,875,549.99** |

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

9/14/2020
3:55:09 PM

# RYAN ENVIRONMENTAL LLC [6000071]
## Depreciation Expense
Financial
08/01/2020 - 08/31/2020

### Computer Equipment

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | | LAPTOP - C. | 11/1/2012 | M /MQ | 5.0000 | 2,629.00 | 100.0000 | 0.00 | 0.00 | 2,629.00 | 0.00 | 2,629.00 |
| 199 | | LENOVO | 2/2/2013 | M /HY | 5.0000 | 1,507.00 | 100.0000 | 0.00 | 0.00 | 1,507.00 | 0.00 | 1,507.00 |
| 200 | | WIRELESS | 2/7/2013 | M /HY | 5.0000 | 310.00 | 100.0000 | 0.00 | 0.00 | 310.00 | 0.00 | 310.00 |
| 201 | | COMPUTER | 7/1/2013 | M /HY | 5.0000 | 1,120.00 | 100.0000 | 0.00 | 0.00 | 1,120.00 | 0.00 | 1,120.00 |
| 202 | | DELL LAPTOP | 8/21/2013 | M /HY | 5.0000 | 2,854.00 | 100.0000 | 0.00 | 0.00 | 2,854.00 | 0.00 | 2,854.00 |
| 203 | | COMPUTER | 10/31/2013 | M /HY | 5.0000 | 2,087.00 | 100.0000 | 0.00 | 0.00 | 2,087.00 | 0.00 | 2,087.00 |
| 204 | | DELL | 12/9/2013 | M /HY | 5.0000 | 4,386.00 | 100.0000 | 0.00 | 0.00 | 4,386.00 | 0.00 | 4,386.00 |
| 245 | | 2 LATITUDE | 10/7/2014 | M /HY | 5.0000 | 5,207.26 | 100.0000 | 0.00 | 0.00 | 5,207.26 | 0.00 | 5,207.26 |
| 246 | | DELL | 10/24/2014 | M /HY | 5.0000 | 1,659.96 | 100.0000 | 0.00 | 0.00 | 1,659.96 | 0.00 | 1,659.96 |
| 266 | | Logitech | 1/26/2015 | SL /N/A | 5.0000 | 5,148.09 | 100.0000 | 0.00 | 0.00 | 5,148.09 | 0.00 | 5,148.09 |
| 267 | | Managed | 3/2/2015 | SL /N/A | 5.0000 | 5,389.02 | 100.0000 | 0.00 | 0.00 | 5,389.02 | 0.00 | 5,389.02 |
| 268 | | About Time | 3/1/2015 | SL /N/A | 3.0000 | 22,782.75 | 100.0000 | 0.00 | 0.00 | 22,782.75 | 0.00 | 22,782.75 |
| 269 | | Latitude E6540 | 5/4/2015 | SL /N/A | 5.0000 | 2,680.99 | 100.0000 | 0.00 | 0.00 | 2,680.99 | 0.00 | 2,680.99 |
| 270 | | Latitude E6540 | 5/4/2015 | SL /N/A | 5.0000 | 1,995.00 | 100.0000 | 0.00 | 0.00 | 1,995.00 | 0.00 | 1,995.00 |
| 271 | | Dell Profession | 7/1/2015 | SL /N/A | 5.0000 | 3,193.80 | 100.0000 | 0.00 | 0.00 | 3,193.80 | 0.00 | 3,193.80 |
| 347 | | Dell Profession | 9/11/2015 | SL /N/A | 5.0000 | 3,186.35 | 100.0000 | 0.00 | 0.00 | 3,133.27 | 53.08 | 3,186.35 |
| 373 | | COMPUTER | 11/1/2015 | SL /N/A | 5.0000 | 961.39 | 100.0000 | 0.00 | 0.00 | 913.31 | 16.02 | 929.33 |
| 374 | | DELL | 11/19/2015 | SL /N/A | 5.0000 | 2,656.35 | 100.0000 | 0.00 | 0.00 | 2,479.24 | 44.27 | 2,523.51 |
| 375 | | DELL | 11/19/2015 | SL /N/A | 5.0000 | 2,656.35 | 100.0000 | 0.00 | 0.00 | 2,479.24 | 44.27 | 2,523.51 |
| 376 | | DELL | 11/19/2015 | SL /N/A | 5.0000 | 2,656.35 | 100.0000 | 0.00 | 0.00 | 2,479.24 | 44.27 | 2,523.51 |
| 377 | | DELL | 11/19/2015 | SL /N/A | 5.0000 | 2,656.35 | 100.0000 | 0.00 | 0.00 | 2,479.24 | 44.27 | 2,523.51 |
| 403 | | AMERICAN | 2/23/2016 | SL /N/A | 5.0000 | 6,000.00 | 100.0000 | 0.00 | 0.00 | 5,300.00 | 100.00 | 5,400.00 |
| 404 | | DELL | 3/4/2016 | SL /N/A | 5.0000 | 2,962.16 | 100.0000 | 0.00 | 0.00 | 2,616.57 | 49.37 | 2,665.94 |
| 428 | | DELL LAPTOP | 5/24/2016 | SL /N/A | 5.0000 | 2,896.73 | 100.0000 | 0.00 | 0.00 | 2,413.96 | 48.28 | 2,462.24 |
| 440 | | LATITUDE | 8/19/2016 | SL /N/A | 5.0000 | 2,099.24 | 100.0000 | 0.00 | 0.00 | 1,644.43 | 34.99 | 1,679.42 |
| 452 | | CITYNET, LLC | 9/14/2016 | SL /N/A | 5.0000 | 2,446.20 | 100.0000 | 0.00 | 0.00 | 1,916.19 | 40.77 | 1,956.96 |
| 453 | | CITYNET, LLC | 10/26/2016 | SL /N/A | 5.0000 | 3,122.97 | 100.0000 | 0.00 | 0.00 | 2,342.22 | 52.05 | 2,394.27 |
| 454 | | CITYNET, LLC | 10/28/2016 | SL /N/A | 5.0000 | 7,773.25 | 100.0000 | 0.00 | 0.00 | 5,829.91 | 129.55 | 5,959.46 |
| 479 | | DELL | 2/10/2017 | SL /N/A | 5.0000 | 2,814.50 | 100.0000 | 0.00 | 0.00 | 1,970.16 | 46.91 | 2,017.07 |
| 480 | | DELL | 2/10/2017 | SL /N/A | 5.0000 | 2,814.49 | 100.0000 | 0.00 | 0.00 | 1,970.16 | 46.91 | 2,017.07 |
| 481 | | DELL | 2/13/2017 | SL /N/A | 5.0000 | 3,215.76 | 100.0000 | 0.00 | 0.00 | 2,251.05 | 53.60 | 2,304.65 |
| 539 | | Field | 12/1/2017 | SL /N/A | 5.0000 | 4,177.00 | 100.0000 | 0.00 | 0.00 | 2,227.76 | 69.62 | 2,297.38 |
| 582 | | CITYNET, LLC - | 4/1/2018 | SL /N/A | 5.0000 | 3,112.64 | 100.0000 | 0.00 | 0.00 | 1,452.59 | 51.88 | 1,504.47 |
| 583 | | CITYNET, LLC - | 4/1/2018 | SL /N/A | 5.0000 | 3,028.10 | 100.0000 | 0.00 | 0.00 | 1,413.13 | 50.47 | 1,463.60 |
| 584 | | DELL | 5/1/2018 | SL /N/A | 5.0000 | 1,069.54 | 100.0000 | 0.00 | 0.00 | 481.33 | 17.83 | 499.16 |
| 585 | | DELL | 5/1/2018 | SL /N/A | 5.0000 | 1,069.54 | 100.0000 | 0.00 | 0.00 | 481.33 | 17.83 | 499.16 |
| 586 | | DELL | 5/1/2018 | SL /N/A | 5.0000 | 1,069.54 | 100.0000 | 0.00 | 0.00 | 481.33 | 17.83 | 499.16 |
| 613 | | 2 DELL | 4/17/2019 | M /HY | 5.0000 | 3,067.43 | 100.0000 | 0.00 | 0.00 | 1,186.09 | 81.80 | 1,267.89 |
| 614 | | OPTIPLEX 7050 | 3/1/2019 | M /HY | 5.0000 | 1,820.34 | 100.0000 | 0.00 | 0.00 | 703.85 | 48.54 | 752.39 |
| 615 | | DELL | 1/24/2019 | M /HY | 5.0000 | 2,733.85 | 100.0000 | 0.00 | 0.00 | 1,057.07 | 72.90 | 1,129.97 |
| **Subtotal: Computer Equipment** | | | | | | 135,016.29 | | 0.00 | 0.00 | 114,652.54 | 1,277.31 | 115,929.85 |
| Less dispositions and exchanges: | | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| **Net for: Computer Equipment** | | | | | | 135,016.29 | | 0.00 | 0.00 | 114,652.54 | 1,277.31 | 115,929.85 |

### Furniture and Fixtures

46-1064202
01/01/2020 - 12/31/2020

RYAN ENVIRONMENTAL LLC [6000071]
Depreciation Expense

9/14/2020
3:55:09 PM

Sorted: General - category

Financial
08/01/2020 - 08/31/2020

9/14/2020
3:55:09 PM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Furniture and Fixtures** | | | | | | | | | | | | |
| 114 | | MCM | 11/29/2012 | M /MQ | 7.0000 | 1,789.00 | 100.0000 | 0.00 | 0.00 | 1,789.00 | 0.00 | 1,789.00 |
| 115 | | ROYAL | 12/11/2012 | M /MQ | 7.0000 | 505.00 | 100.0000 | 0.00 | 0.00 | 505.00 | 0.00 | 505.00 |
| 116 | | CHAMPION | 12/11/2012 | M /MQ | 7.0000 | 15,216.00 | 100.0000 | 0.00 | 0.00 | 15,216.00 | 0.00 | 15,216.00 |
| 179 | | ROYAL GLASS | 1/1/2013 | M /HY | 7.0000 | 1,278.00 | 100.0000 | 0.00 | 0.00 | 1,278.00 | 0.00 | 1,278.00 |
| 180 | | MCM 3 CHAIRS | 1/9/2013 | M /HY | 7.0000 | 892.00 | 100.0000 | 0.00 | 0.00 | 892.00 | 0.00 | 892.00 |
| 181 | | HART CHAIR | 1/21/2013 | M /HY | 7.0000 | 127.00 | 100.0000 | 0.00 | 0.00 | 127.00 | 0.00 | 127.00 |
| 182 | | BUDGET | 1/23/2013 | M /HY | 7.0000 | 341.00 | 100.0000 | 0.00 | 0.00 | 341.00 | 0.00 | 341.00 |
| 183 | | CHAIR, DESK | 1/25/2013 | M /HY | 7.0000 | 1,627.00 | 100.0000 | 0.00 | 0.00 | 1,627.00 | 0.00 | 1,627.00 |
| 184 | | 2 SLED | 1/30/2013 | M /HY | 7.0000 | 595.00 | 100.0000 | 0.00 | 0.00 | 595.00 | 0.00 | 595.00 |
| 185 | | ORECK CLEAN | 2/13/2013 | M /HY | 7.0000 | 572.00 | 100.0000 | 0.00 | 0.00 | 572.00 | 0.00 | 572.00 |
| 186 | | MESH CHAIR | 2/28/2013 | M /HY | 7.0000 | 170.00 | 100.0000 | 0.00 | 0.00 | 170.00 | 0.00 | 170.00 |
| 187 | | MAHOGAN | 2/8/2013 | M /HY | 7.0000 | 345.00 | 100.0000 | 0.00 | 0.00 | 345.00 | 0.00 | 345.00 |
| 188 | | 5 SHELF | 2/19/2013 | M /HY | 7.0000 | 465.00 | 100.0000 | 0.00 | 0.00 | 465.00 | 0.00 | 465.00 |
| 189 | | END TABLE | 4/1/2013 | M /HY | 7.0000 | 184.00 | 100.0000 | 0.00 | 0.00 | 184.00 | 0.00 | 184.00 |
| 190 | | DESK - | 4/10/2013 | M /HY | 7.0000 | 848.00 | 100.0000 | 0.00 | 0.00 | 848.00 | 0.00 | 848.00 |
| 191 | | CHAIR | 4/2/2013 | M /HY | 7.0000 | 423.00 | 100.0000 | 0.00 | 0.00 | 423.00 | 0.00 | 423.00 |
| 192 | | DESK. | 4/23/2013 | M /HY | 7.0000 | 1,683.00 | 100.0000 | 0.00 | 0.00 | 1,683.00 | 0.00 | 1,683.00 |
| 193 | | STORAGE | 5/7/2013 | M /HY | 7.0000 | 296.00 | 100.0000 | 0.00 | 0.00 | 296.00 | 0.00 | 296.00 |
| 194 | | ROYAL GLASS | 5/22/2013 | M /HY | 7.0000 | 1,858.00 | 100.0000 | 0.00 | 0.00 | 1,858.00 | 0.00 | 1,858.00 |
| 195 | | FURNITURE - | 7/29/2013 | M /HY | 7.0000 | 1,487.00 | 100.0000 | 0.00 | 0.00 | 1,487.00 | 0.00 | 1,487.00 |
| 196 | | MCM CHAIRS | 8/2/2013 | M /HY | 7.0000 | 254.00 | 100.0000 | 0.00 | 0.00 | 254.00 | 0.00 | 254.00 |
| 197 | | CREDENZA | 12/13/2013 | M /HY | 7.0000 | 680.00 | 100.0000 | 0.00 | 0.00 | 680.00 | 0.00 | 680.00 |
| 198 | | FILE CABINETS | 12/16/2013 | M /HY | 7.0000 | 941.00 | 100.0000 | 0.00 | 0.00 | 941.00 | 0.00 | 941.00 |
| 230 | | REFRIGERATO | 2/17/2014 | M /HY | 7.0000 | 568.59 | 100.0000 | 0.00 | 0.00 | 521.44 | 4.29 | 525.73 |
| 231 | | 2 EACH DESK | 2/20/2014 | M /HY | 7.0000 | 2,247.20 | 100.0000 | 0.00 | 0.00 | 2,060.83 | 16.95 | 2,077.78 |
| 232 | | 1/4" CLEAR | 3/4/2014 | M /HY | 7.0000 | 2,369.10 | 100.0000 | 0.00 | 0.00 | 2,169.90 | 18.11 | 2,188.01 |
| 233 | | 2 CENTER | 3/12/2014 | M /HY | 7.0000 | 108.12 | 100.0000 | 0.00 | 0.00 | 99.06 | 0.83 | 99.89 |
| 234 | | DESK SHELL: | 6/13/2014 | M /HY | 7.0000 | 1,073.77 | 100.0000 | 0.00 | 0.00 | 979.82 | 8.54 | 988.36 |
| 235 | | 2 GUEST, | 6/13/2014 | M /HY | 7.0000 | 594.98 | 100.0000 | 0.00 | 0.00 | 542.91 | 4.73 | 547.64 |
| 236 | | AARON | 8/20/2014 | M /HY | 7.0000 | 1,379.05 | 100.0000 | 0.00 | 0.00 | 1,255.23 | 11.25 | 1,266.48 |
| 237 | | CHAIR, GUEST | 8/20/2014 | M /HY | 7.0000 | 892.47 | 100.0000 | 0.00 | 0.00 | 812.34 | 7.28 | 819.62 |
| 238 | | CHAIR GUEST | 8/20/2014 | M /HY | 7.0000 | 297.49 | 100.0000 | 0.00 | 0.00 | 270.80 | 2.43 | 273.23 |
| 239 | | ANNEALED | 9/2/2014 | M /HY | 7.0000 | 503.50 | 100.0000 | 0.00 | 0.00 | 457.73 | 4.16 | 461.89 |
| 240 | | ANNEAL | 10/21/2014 | M /HY | 7.0000 | 503.50 | 100.0000 | 0.00 | 0.00 | 457.14 | 4.21 | 461.35 |
| 241 | | 4 CHAIRS, | 10/28/2014 | M /HY | 7.0000 | 1,189.96 | 100.0000 | 0.00 | 0.00 | 1,080.47 | 9.96 | 1,090.43 |
| 242 | | 5 1/4" CLEAR | 12/11/2014 | M /HY | 7.0000 | 1,362.10 | 100.0000 | 0.00 | 0.00 | 1,233.66 | 11.68 | 1,245.34 |
| 243 | | OPEN HUTCH | 12/11/2014 | M /HY | 7.0000 | 1,774.89 | 100.0000 | 0.00 | 0.00 | 1,607.52 | 15.22 | 1,622.74 |
| 332 | | Office Furniture | 1/5/2015 | SL /N/A | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 3,988.09 | 59.52 | 4,047.61 |
| 333 | | 2 each of - desk | 1/12/2015 | SL /N/A | 7.0000 | 2,313.95 | 100.0000 | 0.00 | 0.00 | 1,845.65 | 27.55 | 1,873.20 |
| 334 | | 5-shelf | 3/17/2015 | SL /N/A | 7.0000 | 558.62 | 100.0000 | 0.00 | 0.00 | 425.60 | 6.65 | 432.25 |
| 335 | | 2 desk shells; 4 | 3/25/2015 | SL /N/A | 7.0000 | 3,331.56 | 100.0000 | 0.00 | 0.00 | 2,538.34 | 39.66 | 2,578.00 |
| 336 | | Bookcase, | 5/27/2015 | SL /N/A | 7.0000 | 1,167.86 | 100.0000 | 0.00 | 0.00 | 861.98 | 13.90 | 875.88 |
| 337 | | Glass cover - | 6/4/2015 | SL /N/A | 7.0000 | 590.20 | 100.0000 | 0.00 | 0.00 | 435.63 | 7.03 | 442.66 |
| 338 | | Conference | 7/21/2015 | SL /N/A | 7.0000 | 139.92 | 100.0000 | 0.00 | 0.00 | 99.98 | 1.67 | 101.65 |
| 339 | | Bookcase, File, | 7/21/2015 | SL /N/A | 7.0000 | 2,553.84 | 100.0000 | 0.00 | 0.00 | 1,824.13 | 30.40 | 1,854.53 |
| 340 | | Conference | 7/21/2015 | SL /N/A | 7.0000 | 527.88 | 100.0000 | 0.00 | 0.00 | 377.02 | 6.28 | 383.30 |

RYAN ENVIRONMENTAL LLC [6000071]
Depreciation Expense
Financial
08/01/2020 - 08/31/2020

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus / Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Furniture and Fixtures** | | | | | | | | | | | | |
| 341 | | Guest chair | 7/24/2015 | SL /N/A | 7.0000 | 335.50 | 100.0000 | 0.00 | 0.00 | 239.62 | 3.99 | 243.61 |
| 346 | | Desk Shell, | 9/1/2015 | SL /N/A | 5.0000 | 905.69 | 100.0000 | 0.00 | 0.00 | 890.57 | 15.09 | 905.66 |
| 348 | | GLASS | 10/8/2015 | SL /N/A | 7.0000 | 1,026.07 | 100.0000 | 0.00 | 0.00 | 708.51 | 12.22 | 720.73 |
| 465 | | FURNITURE | 11/10/2016 | SL /N/A | 7.0000 | 12,981.56 | 100.0000 | 0.00 | 0.00 | 6,954.40 | 154.54 | 7,108.94 |
| **Subtotal: Furniture and Fixtures:** | | | | | | 78,873.37 | | 0.00 | 0.00 | 67,314.37 | 498.14 | 67,812.51 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Furniture and Fixtures** | | | | | | 78,873.37 | | | | 67,314.37 | 498.14 | 67,812.51 |
| **Heavy Equipment** | | | | | | | | | | | | |
| 71 | | 1999 JOHN | 10/22/2012 | M /MQ | 5.0000 | 28,500.00 | 100.0000 | 0.00 | 0.00 | 28,500.00 | 0.00 | 28,500.00 |
| 74 | | 1994 | 10/22/2012 | M /MQ | 7.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 |
| 83 | | 1988 CASE | 10/22/2012 | M /MQ | 7.0000 | 26,500.00 | 100.0000 | 0.00 | 0.00 | 26,500.00 | 0.00 | 26,500.00 |
| 85 | | 2005 | 10/22/2012 | M /MQ | 7.0000 | 49,350.00 | 100.0000 | 0.00 | 0.00 | 49,350.00 | 0.00 | 49,350.00 |
| 87 | | 2005 CASE | 10/22/2012 | M /MQ | 7.0000 | 18,500.00 | 100.0000 | 0.00 | 0.00 | 18,500.00 | 0.00 | 18,500.00 |
| 89 | | 2007 | 10/22/2012 | M /MQ | 7.0000 | 90,000.00 | 100.0000 | 0.00 | 0.00 | 90,000.00 | 0.00 | 90,000.00 |
| 90 | | 2008 | 10/22/2012 | M /MQ | 7.0000 | 34,000.00 | 100.0000 | 0.00 | 0.00 | 34,000.00 | 0.00 | 34,000.00 |
| 91 | | 2008 | 10/22/2012 | M /MQ | 7.0000 | 34,000.00 | 100.0000 | 0.00 | 0.00 | 34,000.00 | 0.00 | 34,000.00 |
| 92 | | 2008 KOBELCO | 10/22/2012 | M /MQ | 7.0000 | 42,500.00 | 100.0000 | 0.00 | 0.00 | 42,500.00 | 0.00 | 42,500.00 |
| 93 | | 2008 DOOSAN | 10/22/2012 | M /MQ | 7.0000 | 59,000.00 | 100.0000 | 0.00 | 0.00 | 59,000.00 | 0.00 | 59,000.00 |
| 94 | | 2009 CASE | 10/22/2012 | M /MQ | 7.0000 | 90,000.00 | 100.0000 | 0.00 | 0.00 | 90,000.00 | 0.00 | 90,000.00 |
| 95 | | 2011 | 10/22/2012 | M /MQ | 7.0000 | 52,500.00 | 100.0000 | 0.00 | 0.00 | 52,500.00 | 0.00 | 52,500.00 |
| 139 | | JD 35D | 4/1/2013 | M /HY | 5.0000 | 51,675.00 | 100.0000 | 0.00 | 0.00 | 51,675.00 | 0.00 | 51,675.00 |
| 141 | | KUBOTA | 5/1/2013 | M /HY | 5.0000 | 6,784.00 | 100.0000 | 0.00 | 0.00 | 6,784.00 | 0.00 | 6,784.00 |
| 142 | | 2 ECHO | 5/24/2013 | M /HY | 5.0000 | 615.00 | 100.0000 | 0.00 | 0.00 | 615.00 | 0.00 | 615.00 |
| 143 | | KUBOTA | 9/13/2013 | M /HY | 7.0000 | 61,010.00 | 100.0000 | 0.00 | 0.00 | 61,010.00 | 0.00 | 61,010.00 |
| 144 | | CASE CX810 | 10/14/2013 | M /HY | 7.0000 | 74,200.00 | 100.0000 | 0.00 | 0.00 | 74,200.00 | 0.00 | 74,200.00 |
| 218 | | NEW JLG | 3/3/2014 | M /HY | 7.0000 | 152,534.00 | 100.0000 | 0.00 | 0.00 | 139,708.41 | 1,165.97 | 140,874.38 |
| 219 | | KUBOTA SVL90 | 8/3/2014 | SL /N/A | 7.0000 | 68,510.00 | 100.0000 | 0.00 | 0.00 | 54,644.90 | 815.60 | 55,460.50 |
| 272 | | 2005 Case | 1/5/2015 | SL /N/A | 7.0000 | 44,000.00 | 100.0000 | 0.00 | 0.00 | 35,095.22 | 523.81 | 35,619.03 |
| 273 | | 1977 Caterpillar | 1/5/2015 | MSL /MQ | 7.0000 | 37,500.00 | 100.0000 | 0.00 | 0.00 | 29,910.71 | 446.43 | 30,357.14 |
| 274 | | 2001 John | 1/5/2015 | SL /N/A | 7.0000 | 47,500.00 | 100.0000 | 0.00 | 0.00 | 42,269.36 | 282.74 | 42,552.10 |
| 275 | | 2006 John | 1/5/2015 | SL /N/A | 7.0000 | 200,000.00 | 100.0000 | 0.00 | 0.00 | 159,523.80 | 2,380.95 | 161,904.75 |
| 277 | | Weldar Model | 1/5/2015 | SL /N/A | 7.0000 | 35,000.00 | 100.0000 | 0.00 | 0.00 | 27,916.69 | 416.67 | 28,333.36 |
| 280 | | 1990 Vermeer | 1/5/2015 | SL /N/A | 7.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 4,386.91 | 65.48 | 4,452.39 |
| 281 | | 2002 John | 1/5/2015 | SL /N/A | 7.0000 | 27,500.00 | 100.0000 | 0.00 | 0.00 | 21,934.51 | 327.38 | 22,261.89 |
| 283 | | Vermeer LM35 | 1/5/2015 | SL /N/A | 7.0000 | 5,200.00 | 100.0000 | 0.00 | 0.00 | 4,147.67 | 61.91 | 4,209.58 |
| 287 | | Used 2012 | 4/22/2015 | SL /N/A | 7.0000 | 103,387.10 | 100.0000 | 0.00 | 0.00 | 77,540.35 | 1,230.80 | 78,771.15 |
| 288 | | 2015 Kenworth | 8/14/2015 | SL /N/A | 7.0000 | 182,644.00 | 100.0000 | 0.00 | 0.00 | 130,459.98 | 2,174.33 | 132,634.31 |
| 397 | | KUBOTA SVL75 | 12/22/2015 | M /MQ | 7.0000 | 56,850.00 | 100.0000 | 0.00 | 0.00 | 45,475.33 | 413.62 | 45,888.95 |
| 398 | | CASE | 12/31/2015 | SL /N/A | 7.0000 | 158,300.00 | 100.0000 | 0.00 | 0.00 | 103,648.80 | 1,884.52 | 105,533.32 |
| 400 | | DOZER | 2/12/2016 | SL /N/A | 5.0000 | 6,015.50 | 100.0000 | 0.00 | 0.00 | 5,413.96 | 100.26 | 5,514.22 |
| 421 | | Sullivan D185P2 | 5/12/2016 | SL /N/A | 5.0000 | 16,642.00 | 100.0000 | 0.00 | 0.00 | 10,104.08 | 198.12 | 10,302.20 |
| 422 | | Dozer Tracks for | 2/29/2016 | SL /N/A | 7.0000 | 7,975.27 | 100.0000 | 0.00 | 0.00 | 5,031.97 | 94.94 | 5,126.91 |
| 425 | | KUBOTA SVL75- | 6/17/2016 | SL /N/A | 5.0000 | 57,937.94 | 100.0000 | 0.00 | 0.00 | 47,315.98 | 965.63 | 48,281.61 |
| 476 | | BOOM LIFT | 5/31/2017 | SL /N/A | 5.0000 | 19,080.00 | 100.0000 | 0.00 | 0.00 | 12,084.00 | 318.00 | 12,402.00 |

Page 3 of 12

RYAN ENVIRONMENTAL LLC [6000/71]
Financial
**Depreciation Expense**
08/01/2020 - 08/31/2020

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus / Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

## Heavy Equipment

| System No. | Description | Date In Service | Method / Conv. | Life | Cost/Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 488 | KUBOTA MINI | 2/2/2017 | SL /N/A | 7.0000 | 47,979.84 | 100.0000 | 0.00 | 0.00 | 23,989.92 | 571.19 | 24,561.11 |
| 489 | KUBOTA MINI | 2/2/2017 | SL /N/A | 7.0000 | 47,979.84 | 100.0000 | 0.00 | 0.00 | 23,989.92 | 571.19 | 24,561.11 |
| 490 | KUBOTA SKID | 2/6/2017 | SL /N/A | 7.0000 | 56,180.00 | 100.0000 | 0.00 | 0.00 | 28,089.99 | 668.81 | 28,758.80 |
| 491 | KUBOTA SKID | 2/6/2017 | SL /N/A | 7.0000 | 56,180.00 | 100.0000 | 0.00 | 0.00 | 28,089.99 | 668.81 | 28,758.80 |
| 497 | SKID STEER | 10/9/2017 | SL /N/A | 5.0000 | 2,434.25 | 100.0000 | 0.00 | 0.00 | 1,379.40 | 40.57 | 1,419.97 |
| 506 | FORD F550 | 5/18/2017 | SL /N/A | 5.0000 | 57,287.05 | 100.0000 | 0.00 | 0.00 | 36,281.77 | 954.78 | 37,236.55 |
| 523 | Dozer Repair- | 8/17/2017 | SL /N/A | 7.0000 | 23,391.73 | 100.0000 | 0.00 | 0.00 | 9,746.54 | 278.47 | 10,025.01 |
| 530 | DOZER # 265- | 9/27/2017 | SL /N/A | 7.0000 | 26,434.70 | 100.0000 | 0.00 | 0.00 | 10,699.78 | 314.70 | 11,014.48 |
| 535 | 2013 John | 11/3/2017 | SL /N/A | 7.0000 | 160,000.00 | 100.0000 | 0.00 | 0.00 | 62,857.12 | 1,904.76 | 64,761.88 |
| 537 | 2013 John | 11/3/2017 | SL /N/A | 7.0000 | 160,000.00 | 100.0000 | 0.00 | 0.00 | 62,857.12 | 1,904.76 | 64,761.88 |
| 547 | 2008 Lee Boy | 4/23/2018 | SL /N/A | 7.0000 | 60,809.03 | 100.0000 | 0.00 | 0.00 | 19,545.77 | 723.92 | 20,269.69 |
| 555 | Kubota mini | 5/10/2018 | SL /N/A | 7.0000 | 56,398.94 | 100.0000 | 0.00 | 0.00 | 18,128.26 | 671.42 | 18,799.68 |
| 556 | Kubota skid | 5/10/2018 | SL /N/A | 7.0000 | 55,633.91 | 100.0000 | 0.00 | 0.00 | 17,882.34 | 662.31 | 18,544.65 |
| 603 | JD 943 9000LB | 11/9/2018 | SL /N/A | 7.0000 | 118,720.00 | 100.0000 | 0.00 | 0.00 | 29,679.98 | 1,413.33 | 31,093.31 |
| 634 | FLEET PRIDE - | 6/3/2019 | M /HY | 7.0000 | 17,162.19 | 100.0000 | 0.00 | 0.00 | 4,903.49 | 350.25 | 5,253.74 |
| 635 | SCHEELE | 7/25/2019 | M /HY | 7.0000 | 3,832.03 | 100.0000 | 0.00 | 0.00 | 1,094.90 | 78.21 | 1,173.11 |
| 636 | SCHEELE | 7/25/2019 | M /HY | 7.0000 | 4,329.97 | 100.0000 | 0.00 | 0.00 | 1,237.16 | 88.37 | 1,325.53 |
| 637 | LESLIE | 8/21/2019 | M /HY | 7.0000 | 5,549.81 | 100.0000 | 0.00 | 0.00 | 1,585.65 | 113.26 | 1,698.91 |
| 638 | Komatsu D65PX- | 9/19/2019 | M /HY | 7.0000 | 399,748.00 | 100.0000 | 0.00 | 0.00 | 114,213.70 | 8,158.12 | 122,371.82 |
| 639 | Komatsu PC | 9/19/2019 | M /HY | 7.0000 | 267,775.00 | 100.0000 | 0.00 | 0.00 | 76,507.17 | 5,464.80 | 81,971.97 |
| 641 | Used- Case 210 | 8/14/2019 | M /HY | 7.0000 | 99,103.69 | 100.0000 | 0.00 | 0.00 | 28,315.31 | 2,022.52 | 30,337.83 |
| 643 | Use Case 250 | 8/14/2019 | M /HY | 7.0000 | 122,699.81 | 100.0000 | 0.00 | 0.00 | 35,057.10 | 2,504.08 | 37,561.18 |
| 645 | 2013 JD 850K | 2/1/2020 | M /HY | 7.0000 | 24,344.46 | 100.0000 | 0.00 | 0.00 | 1,896.96 | 316.16 | 2,213.12 |
| 646 | 2013 JD 850K | 2/1/2020 | M /HY | 7.0000 | 26,847.33 | 100.0000 | 0.00 | 0.00 | 2,092.02 | 348.67 | 2,440.69 |
| **Subtotal: Heavy Equipment** | | | | | 3,857,531.39 | | 0.00 | 0.00 | 2,321,367.99 | 44,660.62 | 2,366,028.61 |
| Less dispositions and exchanges: | | | | | | | | | 0.00 | 0.00 | 0.00 |
| **Net for: Heavy Equipment** | | | | | 3,857,531.39 | | 0.00 | 0.00 | 2,321,367.99 | 44,660.62 | 2,366,028.61 |

## Leasehold Improvements

| System No. | Description | Date In Service | Method / Conv. | Life | Cost/Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | LEASEHOLD | 10/3/2012 | M /MQ | 15.0000 | 4,129.00 | 100.0000 | 0.00 | 0.00 | 2,042.13 | 24.27 | 2,066.40 |
| 205 | CARPET | 11/30/2013 | M /HY | 7.0000 | 4,896.00 | 100.0000 | 0.00 | 0.00 | 4,896.00 | 0.00 | 4,896.00 |
| 244 | VINYL TILE | 6/1/2014 | M /HY | 7.0000 | 1,236.15 | 100.0000 | 0.00 | 0.00 | 1,127.98 | 9.83 | 1,137.81 |
| 446 | SELECT | 12/12/2016 | SL /N/A | 7.0000 | 496.28 | 100.0000 | 0.00 | 0.00 | 259.98 | 5.91 | 265.89 |
| 447 | SELECT | 12/12/2016 | SL /N/A | 7.0000 | 1,132.88 | 100.0000 | 0.00 | 0.00 | 593.44 | 13.49 | 606.93 |
| 448 | THE SHERWIN- | 12/12/2016 | SL /N/A | 39.0000 | 4,193.83 | 100.0000 | 0.00 | 0.00 | 394.27 | 8.96 | 403.23 |
| 449 | CITYNET, LLC - | 12/12/2016 | SL /N/A | 7.0000 | 963.00 | 100.0000 | 0.00 | 0.00 | 504.39 | 11.46 | 515.85 |
| 450 | FAIRMONT | 12/12/2016 | SL /N/A | 39.0000 | 3,045.22 | 100.0000 | 0.00 | 0.00 | 286.32 | 6.51 | 292.83 |
| 451 | AMERICAN | 12/12/2016 | SL /N/A | 39.0000 | 4,112.89 | 100.0000 | 0.00 | 0.00 | 386.70 | 8.79 | 395.49 |
| 470 | SELECT | 12/12/2016 | SL /N/A | 7.0000 | 1,824.05 | 100.0000 | 0.00 | 0.00 | 955.49 | 21.72 | 977.21 |
| 508 | CITYNET, LLC - | 1/1/2017 | SL /N/A | 15.0000 | 4,525.06 | 100.0000 | 0.00 | 0.00 | 1,080.99 | 25.14 | 1,106.13 |
| 509 | AMERICAN | 4/1/2017 | SL /N/A | 15.0000 | 6,299.20 | 100.0000 | 0.00 | 0.00 | 1,399.86 | 35.00 | 1,434.86 |
| 515 | Leasehold | 6/30/2017 | SL /N/A | 15.0000 | 9,500.00 | 100.0000 | 0.00 | 0.00 | 1,952.79 | 52.78 | 2,005.57 |
| 522 | FRONT | 7/1/2017 | SL /N/A | 15.0000 | 6,852.45 | 100.0000 | 0.00 | 0.00 | 1,408.57 | 38.07 | 1,446.64 |
| 541 | Truck wash | 12/1/2017 | SL /N/A | 15.0000 | 23,032.62 | 100.0000 | 0.00 | 0.00 | 4,094.70 | 127.96 | 4,222.66 |
| 542 | SECURITY | 4/30/2017 | SL /N/A | 15.0000 | 8,702.87 | 100.0000 | 0.00 | 0.00 | 1,885.62 | 48.35 | 1,933.97 |

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

RYAN ENVIRONMENTAL LLC [6000071]
## Depreciation Expense
Financial
08/01/2020 - 08/31/2020

9/14/2020
3:55:09 PM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Leasehold Improvements

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 580 | | HOTSY | 2/1/2018 | SL /N/A | 7.0000 | 10,700.00 | 100.0000 | 0.00 | 0.00 | 3,821.42 | 127.38 | 3,948.80 |

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 581 | | M&M GAS | 4/30/2018 | SL /N/A | 7.0000 | 8,000.00 | 100.0000 | 0.00 | 0.00 | 2,571.45 | 95.24 | 2,666.69 |
| 592 | | VALLEY | 6/20/2018 | SL /N/A | 7.0000 | 21,000.00 | 100.0000 | 0.00 | 0.00 | 6,250.00 | 250.00 | 6,500.00 |
| 610 | | Leasehold | 11/7/2018 | SL /N/A | 15.0000 | 22,053.56 | 100.0000 | 0.00 | 0.00 | 2,572.92 | 122.52 | 2,695.44 |
| 616 | | RE-ROOF MAIN | 2/1/2019 | M /HY | 15.0000 | 9,910.00 | 100.0000 | 0.00 | 0.00 | 1,044.65 | 78.45 | 1,123.10 |
| 617 | | COMPRESSOR | 2/1/2019 | M /HY | 7.0000 | 1,886.98 | 100.0000 | 0.00 | 0.00 | 539.14 | 38.51 | 577.65 |
| 618 | | KITCHEN | 2/5/2019 | M /HY | 7.0000 | 2,588.45 | 100.0000 | 0.00 | 0.00 | 739.59 | 52.83 | 792.42 |
| 642 | | BURGLARY | 9/25/2019 | M /HY | 7.0000 | 3,671.51 | 100.0000 | 0.00 | 0.00 | 1,049.01 | 74.93 | 1,123.94 |
| **Subtotal: Leasehold Improvements** | | | | | | 164,752.00 | | 0.00 | 0.00 | 41,857.41 | 1,278.10 | 43,135.51 |
| **Less dispositions and exchanges:** | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Leasehold Improvements** | | | | | | 164,752.00 | | 0.00 | 0.00 | 41,857.41 | 1,278.10 | 43,135.51 |

**Miscellaneous**

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | | CONCORD | 10/22/2012 | M /MQ | 7.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 |
| 98 | | BUCKET - | 10/22/2012 | M /MQ | 7.0000 | 800.00 | 100.0000 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 |
| 99 | | JOHN DEERE | 10/22/2012 | M /MQ | 7.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 101 | | OKADA | 10/22/2012 | M /MQ | 7.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 102 | | 2 SETS OF | 10/22/2012 | M /MQ | 7.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 103 | | 2 SETS FORKS | 10/22/2012 | M /MQ | 7.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 104 | | NORTHSTAR | 10/22/2012 | M /MQ | 7.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 |
| 105 | | SPRAGUE- | 10/22/2012 | M /MQ | 7.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 |
| 106 | | 2.2009 | 10/22/2012 | M /MQ | 7.0000 | 13,000.00 | 100.0000 | 0.00 | 0.00 | 13,000.00 | 0.00 | 13,000.00 |
| 108 | | 1995 MPIC | 10/22/2012 | M /MQ | 7.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| 109 | | 1993 | 10/22/2012 | M /MQ | 7.0000 | 4,000.00 | 100.0000 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 |
| 110 | | SHOP EQUIP. - | 10/22/2012 | M /MQ | 7.0000 | 50,000.00 | 100.0000 | 0.00 | 0.00 | 50,000.00 | 0.00 | 50,000.00 |
| 111 | | OFFICE | 10/22/2012 | M /MQ | 7.0000 | 25,000.00 | 100.0000 | 0.00 | 0.00 | 25,000.00 | 0.00 | 25,000.00 |
| 112 | | (2) HIGH VAC | 10/22/2012 | M /MQ | 7.0000 | 100,925.00 | 100.0000 | 0.00 | 0.00 | 100,925.00 | 0.00 | 100,925.00 |
| 113 | | TANK | 10/22/2012 | M /MQ | 7.0000 | 40,000.00 | 100.0000 | 0.00 | 0.00 | 40,000.00 | 0.00 | 40,000.00 |
| 122 | | PUMP 3" | 12/16/2015 | SL /N/A | 5.0000 | 1,457.50 | 100.0000 | 0.00 | 0.00 | 1,360.32 | 24.29 | 1,384.61 |
| 145 | | GENERATOR | 1/9/2013 | M /HY | 7.0000 | 212.00 | 100.0000 | 0.00 | 0.00 | 212.00 | 0.00 | 212.00 |
| 148 | | DITCH BUCKET | 4/9/2013 | M /HY | 7.0000 | 1,887.00 | 100.0000 | 0.00 | 0.00 | 1,887.00 | 0.00 | 1,887.00 |
| 149 | | STIHL TS420 | 6/7/2013 | M /HY | 7.0000 | 1,056.00 | 100.0000 | 0.00 | 0.00 | 1,056.00 | 0.00 | 1,056.00 |
| 150 | | CANON | 6/7/2013 | M /HY | 7.0000 | 128.00 | 100.0000 | 0.00 | 0.00 | 128.00 | 0.00 | 128.00 |
| 151 | | TOPSIDE | 6/14/2013 | M /HY | 7.0000 | 244.00 | 100.0000 | 0.00 | 0.00 | 244.00 | 0.00 | 244.00 |
| 153 | | MAGNETIC | 6/20/2013 | M /HY | 7.0000 | 349.00 | 100.0000 | 0.00 | 0.00 | 349.00 | 0.00 | 349.00 |
| 154 | | PUMP FOR OIL | 6/25/2013 | M /HY | 7.0000 | 382.00 | 100.0000 | 0.00 | 0.00 | 382.00 | 0.00 | 382.00 |
| 157 | | STEEL UNITS - | 9/23/2013 | M /HY | 7.0000 | 6,350.00 | 100.0000 | 0.00 | 0.00 | 6,350.00 | 0.00 | 6,350.00 |
| 158 | | TARP ROLL | 9/23/2013 | M /HY | 7.0000 | 1,876.00 | 100.0000 | 0.00 | 0.00 | 1,876.00 | 0.00 | 1,876.00 |
| 159 | | PROACTIVE | 9/6/2013 | M /HY | 7.0000 | 406.00 | 100.0000 | 0.00 | 0.00 | 406.00 | 0.00 | 406.00 |
| 160 | | COUPLER | 9/9/2013 | M /HY | 7.0000 | 689.00 | 100.0000 | 0.00 | 0.00 | 689.00 | 0.00 | 689.00 |
| 161 | | MUSTANG | 9/12/2013 | M /HY | 7.0000 | 1,315.00 | 100.0000 | 0.00 | 0.00 | 1,315.00 | 0.00 | 1,315.00 |
| 162 | | GAS | 9/13/2013 | M /HY | 7.0000 | 2,341.00 | 100.0000 | 0.00 | 0.00 | 2,341.00 | 0.00 | 2,341.00 |
| 163 | | KUBOTA HYD | 9/16/2013 | M /HY | 7.0000 | 3,975.00 | 100.0000 | 0.00 | 0.00 | 3,975.00 | 0.00 | 3,975.00 |
| 164 | | GPS | 10/1/2013 | M /HY | 7.0000 | 217.00 | 100.0000 | 0.00 | 0.00 | 217.00 | 0.00 | 217.00 |
| 165 | | GAS | 10/18/2013 | M /HY | 7.0000 | 2,341.00 | 100.0000 | 0.00 | 0.00 | 2,341.00 | 0.00 | 2,341.00 |

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

RYAN ENVIRONMENTAL LLC [6000711]
Financial
**Depreciation Expense**
08/01/2020 - 08/31/2020

**Miscellaneous**

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | | GAS | 10/18/2013 | M /HY | 7.0000 | 2,341.00 | 100.0000 | 0.00 | 0.00 | 2,341.00 | 0.00 | 2,341.00 |
| 167 | | VREA METER | 10/31/2013 | M /HY | 7.0000 | 1,269.00 | 100.0000 | 0.00 | 0.00 | 1,269.00 | 0.00 | 1,269.00 |
| 169 | | RATCHET LINK | 11/1/2013 | M /HY | 7.0000 | 2,006.00 | 100.0000 | 0.00 | 0.00 | 2,006.00 | 0.00 | 2,006.00 |
| 170 | | HYDRAULIC | 11/1/2013 | M /HY | 7.0000 | 5,395.00 | 100.0000 | 0.00 | 0.00 | 5,395.00 | 0.00 | 5,395.00 |

9/14/2020
3:55:38 PM

46-1054202
01/01/2020 - 12/31/2020
Sorted: General - category

## RYAN ENVIRONMENTAL LLC [600071]
## Depreciation Expense
Financial
08/01/2020 - 08/31/2020

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | | RATCHET LINK | 11/1/2013 | M /HY | 7.0000 | 2,006.00 | 100.0000 | 0.00 | 0.00 | 2,006.00 | 0.00 | 2,006.00 |
| 172 | | DRIVE BODY | 11/1/2013 | M /HY | 7.0000 | 2,327.00 | 100.0000 | 0.00 | 0.00 | 2,327.00 | 0.00 | 2,327.00 |
| 173 | | RATCHET LINK | 11/1/2013 | M /HY | 7.0000 | 2,006.00 | 100.0000 | 0.00 | 0.00 | 2,006.00 | 0.00 | 2,006.00 |
| 177 | | POWER | 11/14/2013 | M /HY | 7.0000 | 704.00 | 100.0000 | 0.00 | 0.00 | 704.00 | 0.00 | 704.00 |
| 178 | | LXH DIESEL | 12/9/2013 | M /HY | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| 220 | | STEEL | 1/9/2014 | M /HY | 5.0000 | 3,850.00 | 100.0000 | 0.00 | 0.00 | 3,850.00 | 0.00 | 3,850.00 |
| 223 | | PIPE | 6/2/2014 | M /HY | 5.0000 | 9,852.92 | 100.0000 | 0.00 | 0.00 | 9,852.92 | 0.00 | 9,852.92 |
| 225 | | DYNEVAC 2 | 6/5/2014 | M /HY | 5.0000 | 2,262.93 | 100.0000 | 0.00 | 0.00 | 2,262.93 | 0.00 | 2,262.93 |
| 226 | | 4 HP | 6/10/2014 | M /HY | 5.0000 | 3,852.78 | 100.0000 | 0.00 | 0.00 | 3,852.78 | 0.00 | 3,852.78 |
| 229 | | SYSTEM | 8/22/2014 | M /HY | 5.0000 | 8,615.68 | 100.0000 | 0.00 | 0.00 | 8,615.68 | 0.00 | 8,615.68 |
| 301 | | CONFINED | 9/19/2014 | M /HY | 5.0000 | 10,807.76 | 100.0000 | 0.00 | 0.00 | 10,807.76 | 0.00 | 10,807.76 |
| 302 | | Sullair Model | 1/5/2015 | SL /N/A | 7.0000 | 4,750.00 | 100.0000 | 0.00 | 0.00 | 3,788.70 | 56.55 | 3,845.25 |
| 303 | | Steel | 1/5/2015 | SL /N/A | 7.0000 | 750.00 | 100.0000 | 0.00 | 0.00 | 598.21 | 8.93 | 607.14 |
| 304 | | 5 Buckets for | 1/5/2015 | SL /N/A | 7.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 1,994.02 | 29.76 | 2,023.78 |
| 305 | | Atlas Copco | 1/5/2015 | SL /N/A | 7.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 3,589.29 | 53.57 | 3,642.86 |
| 306 | | Tailgate Hay | 1/5/2015 | SL /N/A | 7.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 1,994.02 | 29.76 | 2,023.78 |
| 307 | | McElroy Model | 1/5/2015 | SL /N/A | 7.0000 | 10,500.00 | 100.0000 | 0.00 | 0.00 | 8,375.00 | 125.00 | 8,500.00 |
| 308 | | Kenco Model | 1/5/2015 | SL /N/A | 7.0000 | 700.00 | 100.0000 | 0.00 | 0.00 | 558.31 | 8.33 | 566.64 |
| 309 | | Limbinator | 1/5/2015 | SL /N/A | 7.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 1,196.47 | 17.86 | 1,214.33 |
| 311 | | Steam Jenny | 1/5/2015 | SL /N/A | 7.0000 | 1,750.00 | 100.0000 | 0.00 | 0.00 | 1,395.81 | 20.83 | 1,416.64 |
| 315 | | Vac and Sig by | 1/5/2015 | SL /N/A | 7.0000 | 15,500.00 | 100.0000 | 0.00 | 0.00 | 12,363.09 | 184.52 | 12,547.61 |
| 316 | | Lincoln SA 300 | 1/5/2015 | SL /N/A | 7.0000 | 8,500.00 | 100.0000 | 0.00 | 0.00 | 6,779.78 | 101.19 | 6,880.97 |
| 317 | | Shop equipment | 1/5/2015 | SL /N/A | 7.0000 | 12,500.00 | 100.0000 | 0.00 | 0.00 | 9,970.22 | 148.81 | 10,119.03 |
| 318 | | Specialty | 1/7/2015 | SL /N/A | 7.0000 | 22,500.00 | 100.0000 | 0.00 | 0.00 | 17,946.47 | 267.86 | 18,214.33 |
| 319 | | BSB409 | 1/2/2015 | SL /N/A | 7.0000 | 4,132.94 | 100.0000 | 0.00 | 0.00 | 3,296.50 | 49.20 | 3,345.70 |
| 320 | | Machine Sales - | 1/22/2015 | SL /N/A | 7.0000 | 9,116.00 | 100.0000 | 0.00 | 0.00 | 7,271.09 | 108.52 | 7,379.61 |
| 321 | | 2011 Pressure | 3/25/2015 | SL /N/A | 7.0000 | 8,665.50 | 100.0000 | 0.00 | 0.00 | 6,602.29 | 103.16 | 6,705.45 |
| 322 | | 2011 Pressure | 3/26/2015 | SL /N/A | 7.0000 | 8,665.50 | 100.0000 | 0.00 | 0.00 | 6,602.29 | 103.16 | 6,705.45 |
| 323 | | 2010 Light | 3/26/2015 | SL /N/A | 7.0000 | 4,240.00 | 100.0000 | 0.00 | 0.00 | 3,230.48 | 50.48 | 3,289.96 |
| 324 | | 2010 Light | 3/26/2015 | SL /N/A | 7.0000 | 10,600.00 | 100.0000 | 0.00 | 0.00 | 8,076.21 | 126.19 | 8,202.40 |
| 325 | | 2012 Light | 3/26/2015 | SL /N/A | 7.0000 | 4,240.00 | 100.0000 | 0.00 | 0.00 | 3,230.48 | 50.48 | 3,280.96 |
| 326 | | 2006 Boom 3Ft- | 3/31/2015 | SL /N/A | 7.0000 | 21,200.00 | 100.0000 | 0.00 | 0.00 | 16,152.37 | 252.38 | 16,404.75 |
| 327 | | Pro Link Ultra | 3/31/2015 | SL /N/A | 7.0000 | 6,195.69 | 100.0000 | 0.00 | 0.00 | 4,720.55 | 73.76 | 4,794.51 |
| | | Welder & | 4/13/2015 | SL /N/A | 7.0000 | 14,696.24 | 100.0000 | 0.00 | 0.00 | 11,197.16 | 174.96 | 11,372.12 |
| 328 | | GEO & XHH | 5/11/2015 | SL /N/A | 7.0000 | 11,172.40 | 100.0000 | 0.00 | 0.00 | 8,379.35 | 133.01 | 8,512.36 |
| 329 | | 1 X 20 Steel | 5/15/2015 | SL /N/A | 7.0000 | 2,850.00 | 100.0000 | 0.00 | 0.00 | 2,137.50 | 33.93 | 2,171.43 |
| 330 | | Millenium | 6/8/2015 | SL /N/A | 7.0000 | 2,195.00 | 100.0000 | 0.00 | 0.00 | 1,620.11 | 26.13 | 1,646.24 |
| 331 | | Millenium | 6/9/2015 | SL /N/A | 7.0000 | 2,195.00 | 100.0000 | 0.00 | 0.00 | 1,620.11 | 26.13 | 1,646.24 |
| 344 | | FAB Sand | 9/2/2015 | SL /N/A | 5.0000 | 3,180.00 | 100.0000 | 0.00 | 0.00 | 3,127.00 | 53.00 | 3,180.00 |
| 345 | | Ditch Witch- | 9/25/2015 | SL /N/A | 5.0000 | 6,283.84 | 100.0000 | 0.00 | 0.00 | 6,074.38 | 104.73 | 6,179.11 |
| 350 | | SPREADER | 10/12/2015 | SL /N/A | 5.0000 | 8,796.94 | 100.0000 | 0.00 | 0.00 | 8,503.68 | 146.61 | 8,650.29 |
| 351 | | SPREADER | 10/12/2015 | SL /N/A | 5.0000 | 8,957.00 | 100.0000 | 0.00 | 0.00 | 8,658.41 | 149.28 | 8,807.69 |

### Miscellaneous

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus. / Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 352 | | SPREADER | 10/12/2015 | SL /N/A | 5.0000 | 9,008.94 | 100.0000 | 0.00 | 0.00 | 8,708.66 | 150.15 | 8,858.81 |
| 353 | | SPREADER | 10/12/2015 | SL /N/A | 5.0000 | 8,796.94 | 100.0000 | 0.00 | 0.00 | 8,503.68 | 146.61 | 8,650.29 |
| 354 | | SPREADER | 10/12/2015 | SL /N/A | 5.0000 | 8,796.94 | 100.0000 | 0.00 | 0.00 | 8,503.68 | 146.61 | 8,650.29 |
| 355 | | LINE LOCATE - | 10/13/2015 | SL /N/A | 7.0000 | 4,677.00 | 100.0000 | 0.00 | 0.00 | 3,229.36 | 55.68 | 3,285.04 |
| 356 | | 20 - GAS | 10/28/2015 | SL /N/A | 7.0000 | 12,120.46 | 100.0000 | 0.00 | 0.00 | 8,224.57 | 144.29 | 8,368.86 |
| 357 | | PIPE BENDING | 10/22/2015 | SL /N/A | 7.0000 | 3,339.00 | 100.0000 | 0.00 | 0.00 | 2,265.75 | 39.75 | 2,305.50 |
| 358 | | HOLIDAY SPY | 10/16/2015 | SL /N/A | 7.0000 | 1,224.30 | 100.0000 | 0.00 | 0.00 | 845.39 | 14.58 | 859.97 |

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

## RYAN ENVIRONMENTAL LLC [6000741]
## Depreciation Expense
Financial
08/01/2020 - 08/31/2020

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 359 | | 2 FOOTAGE 1" - | 10/1/2015 | M /MQ | 7.0000 | 2,050.00 | 100.0000 | 0.00 | 0.00 | 1,844.93 | 7.46 | 1,852.39 |
| 360 | | DIGITAL | 10/1/2015 | SL /N/A | 7.0000 | 245.00 | 100.0000 | 0.00 | 0.00 | 169.19 | 2.92 | 172.11 |
| 361 | | 2'-4" MULTI | 10/1/2015 | SL /N/A | 7.0000 | 1,015.00 | 100.0000 | 0.00 | 0.00 | 700.81 | 12.08 | 712.89 |
| 362 | | FRIATEC, | 10/1/2015 | SL /N/A | 7.0000 | 4,398.00 | 100.0000 | 0.00 | 0.00 | 3,036.75 | 52.36 | 3,089.11 |
| 363 | | 1" CTS COLD | 10/1/2015 | SL /N/A | 7.0000 | 83.76 | 100.0000 | 0.00 | 0.00 | 57.87 | 1.00 | 58.87 |
| 364 | | FRIAMAT | 10/1/2015 | SL /N/A | 7.0000 | 1,900.00 | 100.0000 | 0.00 | 0.00 | 1,311.92 | 22.62 | 1,334.54 |
| 365 | | FRIAMAT | 10/1/2015 | SL /N/A | 7.0000 | 1,900.00 | 100.0000 | 0.00 | 0.00 | 1,311.92 | 22.62 | 1,334.54 |
| 367 | | NO 2-6 FUSION | 10/1/2015 | M /MQ | 7.0000 | 7,480.00 | 100.0000 | 0.00 | 0.00 | 6,731.69 | 27.21 | 6,758.90 |
| 368 | | TRASH PUMP | 10/29/2015 | SL /N/A | 7.0000 | 1,672.04 | 100.0000 | 0.00 | 0.00 | 1,134.62 | 19.91 | 1,154.53 |
| 369 | | STRAPS FOR | 10/16/2015 | SL /N/A | 5.0000 | 1,163.32 | 100.0000 | 0.00 | 0.00 | 1,124.54 | 19.39 | 1,143.93 |
| 370 | | 1050 LAMP | 10/22/2015 | SL /N/A | 5.0000 | 1,253.44 | 100.0000 | 0.00 | 0.00 | 1,190.77 | 20.89 | 1,211.66 |
| 371 | | STRAPS FOR | 10/22/2015 | SL /N/A | 5.0000 | 1,163.32 | 100.0000 | 0.00 | 0.00 | 1,105.15 | 19.39 | 1,124.54 |
| 372 | | SPREADER | 10/26/2015 | SL /N/A | 5.0000 | 8,851.00 | 100.0000 | 0.00 | 0.00 | 8,408.47 | 147.52 | 8,555.99 |
| 379 | | TRAILER | 11/3/2015 | SL /N/A | 5.0000 | 3,913.52 | 100.0000 | 0.00 | 0.00 | 3,717.86 | 65.23 | 3,783.09 |
| 380 | | WOOD OAR | 11/3/2015 | SL /N/A | 7.0000 | 1,632.22 | 100.0000 | 0.00 | 0.00 | 1,107.55 | 19.43 | 1,126.98 |
| 383 | | WATCHDOG | 11/19/2015 | SL /N/A | 7.0000 | 2,342.04 | 100.0000 | 0.00 | 0.00 | 1,561.36 | 27.88 | 1,689.24 |
| 396 | | PUMP 4" | 12/16/2015 | SL /N/A | 5.0000 | 2,214.34 | 100.0000 | 0.00 | 0.00 | 2,066.69 | 36.90 | 2,103.59 |
| 399 | | INTERPORT | 1/12/2016 | SL /N/A | 5.0000 | 2,350.00 | 100.0000 | 0.00 | 0.00 | 2,790.79 | 39.17 | 2,843.45 |
| 405 | | ALLEGRO MX | 3/9/2016 | SL /N/A | 7.0000 | 4,423.10 | 100.0000 | 0.00 | 0.00 | 2,154.19 | 52.66 | 2,193.36 |
| 406 | | IPS SCRAPER | 3/10/2016 | SL /N/A | 7.0000 | 4,430.80 | 100.0000 | 0.00 | 0.00 | 2,795.63 | 52.75 | 2,848.38 |
| 408 | | 4 FUSION | 3/11/2016 | SL /N/A | 7.0000 | 17,649.00 | 100.0000 | 0.00 | 0.00 | 11,135.71 | 210.11 | 11,345.82 |
| 409 | | GP SERIES | 3/15/2016 | SL /N/A | 7.0000 | 1,849.86 | 100.0000 | 0.00 | 0.00 | 1,167.17 | 22.02 | 1,189.19 |
| 414 | | DITCH WITCH | 3/28/2016 | SL /N/A | 7.0000 | 6,810.62 | 100.0000 | 0.00 | 0.00 | 4,216.12 | 81.08 | 4,297.20 |
| 416 | | 2" TRASH | 4/13/2016 | SL /N/A | 7.0000 | 1,234.90 | 100.0000 | 0.00 | 0.00 | 764.44 | 14.70 | 779.14 |
| 418 | | 2 - SEEK TECH | 4/12/2016 | SL /N/A | 7.0000 | 4,876.00 | 100.0000 | 0.00 | 0.00 | 3,018.49 | 58.05 | 3,076.54 |
| 419 | | SEEK TECH SR- | 4/12/2016 | SL /N/A | 7.0000 | 2,438.00 | 100.0000 | 0.00 | 0.00 | 1,509.23 | 29.02 | 1,538.25 |
| 420 | | 2189M PRO | 4/22/2016 | SL /N/A | 7.0000 | 2,574.46 | 100.0000 | 0.00 | 0.00 | 1,593.73 | 30.65 | 1,624.38 |
| 426 | | ALLEGRO MX | 6/15/2016 | SL /N/A | 7.0000 | 4,523.10 | 100.0000 | 0.00 | 0.00 | 3,769.28 | 75.39 | 3,844.67 |
| 427 | | CONFINED | 6/20/2016 | SL /N/A | 7.0000 | 16,890.33 | 100.0000 | 0.00 | 0.00 | 9,852.71 | 201.08 | 10,053.79 |
| 429 | | U2HT-21024QH | 6/23/2016 | SL /N/A | 7.0000 | 11,999.20 | 100.0000 | 0.00 | 0.00 | 6,999.55 | 142.85 | 7,142.40 |
| 430 | | BTSW-33/52 CL | 7/13/2016 | SL /N/A | 7.0000 | 3,604.00 | 100.0000 | 0.00 | 0.00 | 2,059.48 | 42.91 | 2,102.39 |
| 437 | | 2500 WATT | 7/12/2016 | SL /N/A | 5.0000 | 1,070.00 | 100.0000 | 0.00 | 0.00 | 855.98 | 17.83 | 873.81 |
| 438 | | HOLIDAY | 8/1/2016 | SL /N/A | 5.0000 | 961.93 | 100.0000 | 0.00 | 0.00 | 769.54 | 16.03 | 785.57 |
| 439 | | BEST LINE | 8/3/2016 | SL /N/A | 5.0000 | 4,171.00 | 100.0000 | 0.00 | 0.00 | 2,383.48 | 49.66 | 2,433.14 |
| 442 | | THE SHERWIN- | 8/12/2016 | SL /N/A | 7.0000 | 1,166.00 | 100.0000 | 0.00 | 0.00 | 638.51 | 13.88 | 652.39 |
| 444 | | INTEGRITY | 10/10/2016 | SL /N/A | 7.0000 | 2,139.99 | 100.0000 | 0.00 | 0.00 | 1,197.39 | 25.48 | 1,222.87 |
| 445 | | GARRETT | 9/9/2016 | SL /N/A | 7.0000 | 34,436.40 | 100.0000 | 0.00 | 0.00 | 18,038.15 | 409.96 | 18,448.11 |
| 455 | | RIGID 1224 | 12/1/2016 | SL /N/A | 7.0000 | 1,232.84 | 100.0000 | 0.00 | 0.00 | 645.80 | 14.68 | 660.48 |
| 456 | | | 11/18/2016 | SL /N/A | 7.0000 | 5,490.00 | 100.0000 | 0.00 | 0.00 | 2,941.11 | 65.36 | 3,006.47 |

**Miscellaneous**

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 457 | | H&M 8" PIPE | 11/2/2016 | SL /N/A | 7.0000 | 488.00 | 100.0000 | 0.00 | 0.00 | 261.42 | 5.81 | 267.23 |
| 458 | | H&M 8" PIPE | 11/2/2016 | SL /N/A | 7.0000 | 488.00 | 100.0000 | 0.00 | 0.00 | 261.42 | 5.81 | 267.23 |
| 459 | | HEATH DPIR- | 11/17/2016 | SL /N/A | 7.0000 | 4,250.00 | 100.0000 | 0.00 | 0.00 | 2,226.21 | 50.60 | 2,276.81 |
| 460 | | ODORATOR - | 11/17/2016 | SL /N/A | 7.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 785.75 | 17.86 | 803.61 |
| 461 | | RADIO | 11/17/2016 | SL /N/A | 7.0000 | 3,000.00 | 100.0000 | 0.00 | 0.00 | 1,571.39 | 35.71 | 1,607.10 |
| 462 | | MX ALLEGRO- | 11/17/2016 | SL /N/A | 7.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 1,833.36 | 41.67 | 1,875.03 |
| 463 | | FLUKE 87V - | 11/17/2016 | SL /N/A | 7.0000 | 190.00 | 100.0000 | 0.00 | 0.00 | 99.50 | 2.26 | 101.76 |
| 464 | | EXTECH AMP | 11/17/2016 | SL /N/A | 7.0000 | 125.00 | 100.0000 | 0.00 | 0.00 | 65.50 | 1.49 | 66.99 |
| 468 | | AUGER (12" | 12/7/2016 | SL /N/A | 7.0000 | 3,686.68 | 100.0000 | 0.00 | 0.00 | 1,931.13 | 43.89 | 1,975.02 |
| 469 | | DITCH WITCH | 12/31/2016 | SL /N/A | 7.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 3,327.37 | 77.38 | 3,404.75 |

Page 7 of 12

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 471 | | RIVET BUSTER | 1/9/2017 | SL /N/A | 5.0000 | 1,477.36 | 100.0000 | 0.00 | 0.00 | 1,058.75 | 24.62 | 1,083.37 |
| 472 | | RIVET BUSTER | 1/11/2017 | SL /N/A | 5.0000 | 1,556.86 | 100.0000 | 0.00 | 0.00 | 1,115.76 | 25.95 | 1,141.71 |
| 473 | | HOE HAMMER | 1/11/2017 | SL /N/A | 7.0000 | 6,625.00 | 100.0000 | 0.00 | 0.00 | 3,391.38 | 78.87 | 3,470.25 |
| 474 | | 1000 GALLON | 2/13/2017 | SL /N/A | 7.0000 | 8,808.24 | 100.0000 | 0.00 | 0.00 | 4,404.12 | 104.86 | 4,508.98 |
| 482 | | LINCOLN 300 | 1/10/2017 | SL /N/A | 7.0000 | 13,780.00 | 100.0000 | 0.00 | 0.00 | 7,054.06 | 164.05 | 7,218.11 |
| 483 | | 2 | 1/18/2017 | SL /N/A | 7.0000 | 3,159.89 | 100.0000 | 0.00 | 0.00 | 1,579.95 | 37.62 | 1,617.57 |
| 484 | | SOIL | 1/18/2017 | SL /N/A | 7.0000 | 1,442.79 | 100.0000 | 0.00 | 0.00 | 721.41 | 17.18 | 738.59 |
| 486 | | LEE SUPPLY | 1/27/2017 | SL /N/A | 7.0000 | 13,091.00 | 100.0000 | 0.00 | 0.00 | 6,545.53 | 155.85 | 6,701.38 |
| 492 | | DITCH WITCH | 2/10/2017 | SL /N/A | 5.0000 | 15,943.25 | 100.0000 | 0.00 | 0.00 | 11,160.27 | 265.72 | 11,425.99 |
| 493 | | OHIO TOOL | 2/21/2017 | SL /N/A | 6.0000 | 34,536.11 | 100.0000 | 0.00 | 0.00 | 23,599.66 | 575.60 | 24,175.26 |
| 494 | | OHIO TOOL | 3/1/2017 | SL /N/A | 5.0000 | 23,009.28 | 100.0000 | 0.00 | 0.00 | 15,723.03 | 383.49 | 16,106.52 |
| 495 | | OHIO TOOL | 3/1/2017 | SL /N/A | 5.0000 | 37,213.74 | 100.0000 | 0.00 | 0.00 | 25,429.40 | 620.23 | 26,049.63 |
| 496 | | PRODUCTIVITY | 3/1/2017 | SL /N/A | 5.0000 | 18,444.00 | 100.0000 | 0.00 | 0.00 | 12,603.40 | 307.40 | 12,910.80 |
| 498 | | PRODUCTIVITY | 3/2/2017 | SL /N/A | 5.0000 | 2,968.00 | 100.0000 | 0.00 | 0.00 | 2,028.16 | 49.47 | 2,077.63 |
| 499 | | MVB VISA - | 3/4/2017 | SL /N/A | 5.0000 | 1,068.93 | 100.0000 | 0.00 | 0.00 | 730.48 | 17.82 | 748.30 |
| 500 | | MVB VISA - | 3/4/2017 | SL /N/A | 5.0000 | 6,714.00 | 100.0000 | 0.00 | 0.00 | 4,587.90 | 111.90 | 4,699.80 |
| 501 | | HUNTINGTON | 3/13/2017 | SL /N/A | 5.0000 | 4,602.31 | 100.0000 | 0.00 | 0.00 | 3,144.94 | 76.71 | 3,221.65 |
| 502 | | AMERICAN | 4/1/2017 | SL /N/A | 5.0000 | 12,384.23 | 100.0000 | 0.00 | 0.00 | 8,256.14 | 206.40 | 8,462.54 |
| 503 | | OHIO TOOL | 4/3/2017 | SL /N/A | 7.0000 | 2,264.00 | 100.0000 | 0.00 | 0.00 | 1,509.31 | 37.73 | 1,547.04 |
| 504 | | OHIO TOOL | 4/4/2017 | SL /N/A | 7.0000 | 16,780.81 | 100.0000 | 0.00 | 0.00 | 11,187.20 | 279.68 | 11,466.88 |
| 505 | | AMERICAN | 4/27/2017 | SL /N/A | 5.0000 | 3,077.15 | 100.0000 | 0.00 | 0.00 | 2,000.18 | 51.29 | 2,051.47 |
| 507 | | OHIO TOOL | 5/19/2017 | SL /N/A | 7.0000 | 17,066.00 | 100.0000 | 0.00 | 0.00 | 10,808.44 | 284.43 | 11,092.87 |
| 510 | s | AGILENT GC | 2/28/2017 | SL /N/A | 7.0000 | 176,533.51 | 100.0000 | 0.00 | 0.00 | 86,165.16 | 2,101.59 | 88,266.75 |
| 511 | | MVB VISA - | 3/1/2017 | SL /N/A | 7.0000 | 1,170.00 | 100.0000 | 0.00 | 0.00 | 571.07 | 13.93 | 585.00 |
| 512 | | HACH | 3/1/2017 | SL /N/A | 7.0000 | 2,256.97 | 100.0000 | 0.00 | 0.00 | 1,101.61 | 26.87 | 1,128.48 |
| 513 | | SC/OTO VALVE | 3/6/2017 | SL /N/A | 7.0000 | 1,142.61 | 100.0000 | 0.00 | 0.00 | 557.68 | 13.60 | 571.28 |
| 514 | | MVB VISA - | 3/16/2017 | SL /N/A | 7.0000 | 1,359.00 | 100.0000 | 0.00 | 0.00 | 663.32 | 16.18 | 679.50 |
| 516 | | AIR | 6/2/2017 | SL /N/A | 5.0000 | 16,600.00 | 100.0000 | 0.00 | 0.00 | 10,513.36 | 276.67 | 10,790.03 |
| 517 | | AIR | 6/2/2017 | SL /N/A | 5.0000 | 16,600.00 | 100.0000 | 0.00 | 0.00 | 10,513.36 | 276.67 | 10,790.03 |
| 518 | | TAMPER S/N | 6/2/2017 | SL /N/A | 7.0000 | 2,150.00 | 100.0000 | 0.00 | 0.00 | 1,361.64 | 35.83 | 1,397.47 |
| 519 | | TAMPER S/N | 6/2/2017 | SL /N/A | 7.0000 | 2,150.00 | 100.0000 | 0.00 | 0.00 | 1,361.64 | 35.83 | 1,397.47 |
| 520 | | LESLIE | 7/1/2017 | SL /N/A | 7.0000 | 6,883.50 | 100.0000 | 0.00 | 0.00 | 3,031.81 | 81.94 | 3,113.75 |
| 521 | | OHIO TOOL | 7/12/2017 | SL /N/A | 7.0000 | 3,154.56 | 100.0000 | 0.00 | 0.00 | 1,389.48 | 37.55 | 1,427.03 |
| 525 | | 2014 Kubota | 8/8/2017 | SL /N/A | 7.0000 | 36,700.07 | 100.0000 | 0.00 | 0.00 | 15,728.64 | 436.91 | 16,165.55 |
| 526 | | PID METER W/ | 11/1/2017 | SL /N/A | 5.0000 | 3,926.03 | 100.0000 | 0.00 | 0.00 | 2,159.30 | 65.43 | 2,224.73 |
| 527 | | 3 HOTSY | 9/1/2017 | SL /N/A | 7.0000 | 49,092.08 | 100.0000 | 0.00 | 0.00 | 20,455.03 | 584.43 | 21,039.46 |

Page 8 of 12

RYAN ENVIRONMENTAL LLC [6000071]
## Depreciation Expense
Financial
08/01/2020 - 08/31/2020

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus/ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | | | | | | | |
| 528 | | 20' STEEL NEW | 9/13/2017 | SL /N/A | 7.0000 | 2,900.00 | 100.0000 | 0.00 | 0.00 | 1,208.32 | 34.52 | 1,242.84 |
| 529 | | ADVANCED | 9/1/2017 | SL /N/A | 7.0000 | 2,441.20 | 100.0000 | 0.00 | 0.00 | 1,017.15 | 29.06 | 1,046.21 |
| 531 | | SALT | 11/1/2017 | SL /N/A | 7.0000 | 10,297.50 | 100.0000 | 0.00 | 0.00 | 4,045.45 | 122.59 | 4,168.04 |
| 532 | | SINGLE | 11/3/2017 | SL /N/A | 7.0000 | 800.00 | 100.0000 | 0.00 | 0.00 | 314.27 | 9.52 | 323.79 |
| 533 | | BEVELING | 11/9/2017 | SL /N/A | 5.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 1,099.98 | 33.33 | 1,133.31 |
| 536 | | Vacuwox and | 11/3/2017 | SL /N/A | 7.0000 | 37,500.00 | 100.0000 | 0.00 | 0.00 | 14,732.15 | 446.43 | 15,178.58 |
| 538 | | Steel Road plate | 11/3/2017 | SL /N/A | 7.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 2,553.56 | 77.38 | 2,630.94 |
| 540 | | 10" line up | 11/3/2017 | SL /N/A | 7.0000 | 1,461.74 | 100.0000 | 0.00 | 0.00 | 556.84 | 17.40 | 574.24 |
| 548 | | 2006 Ingersoll | 4/23/2018 | SL /N/A | 7.0000 | 7,243.50 | 100.0000 | 0.00 | 0.00 | 2,328.26 | 86.23 | 2,414.49 |
| 549 | | 2011 Sullair Air | 4/23/2018 | SL /N/A | 7.0000 | 8,571.48 | 100.0000 | 0.00 | 0.00 | 2,755.11 | 102.04 | 2,857.15 |
| 550 | | 2012 Doosan | 4/23/2018 | SL /N/A | 7.0000 | 6,639.89 | 100.0000 | 0.00 | 0.00 | 2,134.28 | 79.05 | 2,213.33 |
| 552 | | BERKELEY | 5/1/2018 | SL /N/A | 7.0000 | 4,333.33 | 100.0000 | 0.00 | 0.00 | 1,392.88 | 51.59 | 1,444.47 |
| 553 | | BERKELEY | 5/1/2018 | SL /N/A | 7.0000 | 4,333.33 | 100.0000 | 0.00 | 0.00 | 1,392.88 | 51.59 | 1,444.47 |

**RYAN ENVIRONMENTAL LLC [6000071]**
**Depreciation Expense**
Financial
08/01/2020 - 08/31/2020

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus:/ Inv. % | Sec. 179/ Bonus | Salvage/Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Miscellaneous** | | | | | | | | | | | | |
| 554 | | BERKELEY | 5/1/2018 | SL /N/A | 7.0000 | 4,333.34 | 100.0000 | 0.00 | 0.00 | 1,392.88 | 51.59 | 1,444.47 |
| 557 | | BASCOM- | 3/1/2018 | SL /N/A | 7.0000 | 1,592.50 | 100.0000 | 0.00 | 0.00 | 549.80 | 18.96 | 568.76 |
| 558 | | BASCOM- | 3/1/2018 | SL /N/A | 7.0000 | 1,592.50 | 100.0000 | 0.00 | 0.00 | 549.80 | 18.96 | 568.76 |
| 559 | | CLEVELAND | 4/1/2018 | SL /N/A | 7.0000 | 2,265.22 | 100.0000 | 0.00 | 0.00 | 755.09 | 26.97 | 782.06 |
| 560 | | CLEVELAND | 4/2/2018 | SL /N/A | 7.0000 | 2,265.22 | 100.0000 | 0.00 | 0.00 | 755.09 | 26.97 | 782.06 |
| 561 | | OHIO TOOL | 4/4/2018 | SL /N/A | 7.0000 | 3,167.97 | 100.0000 | 0.00 | 0.00 | 1,055.97 | 37.71 | 1,093.68 |
| 562 | | McElroy 28 | 4/23/2018 | SL /N/A | 7.0000 | 10,010.00 | 100.0000 | 0.00 | 0.00 | 3,217.52 | 119.17 | 3,336.69 |
| 563 | | Steel Plates | 4/23/2018 | SL /N/A | 7.0000 | 11,170.00 | 100.0000 | 0.00 | 0.00 | 3,590.38 | 132.98 | 3,723.36 |
| 564 | | Trench Shield | 4/23/2018 | SL /N/A | 7.0000 | 9,193.28 | 100.0000 | 0.00 | 0.00 | 2,954.96 | 109.44 | 3,064.40 |
| 565 | | OHIO TOOL | 5/1/2018 | SL /N/A | 7.0000 | 4,139.28 | 100.0000 | 0.00 | 0.00 | 1,330.51 | 49.28 | 1,379.79 |
| 566 | | OHIO TOOL | 5/1/2018 | SL /N/A | 7.0000 | 6,526.16 | 100.0000 | 0.00 | 0.00 | 2,097.68 | 77.69 | 2,175.37 |
| 567 | | AMERICAN | 5/4/2018 | SL /N/A | 7.0000 | 2,800.30 | 100.0000 | 0.00 | 0.00 | 900.11 | 33.34 | 933.45 |
| 568 | | LEE SUPPLY | 5/29/2018 | SL /N/A | 7.0000 | 2,968.00 | 100.0000 | 0.00 | 0.00 | 918.64 | 35.33 | 953.97 |
| 569 | | EASTCOM | 1/12/2018 | SL /N/A | 7.0000 | 5,720.00 | 100.0000 | 0.00 | 0.00 | 2,110.98 | 68.10 | 2,179.08 |
| 570 | | WILSON | 2/12/2018 | SL /N/A | 7.0000 | 11,660.00 | 100.0000 | 0.00 | 0.00 | 4,164.28 | 138.81 | 4,303.09 |
| 571 | | SKID PRO | 3/1/2018 | SL /N/A | 7.0000 | 6,676.85 | 100.0000 | 0.00 | 0.00 | 2,305.14 | 79.49 | 2,384.63 |
| 572 | | VERMEER | 3/1/2018 | SL /N/A | 7.0000 | 6,179.12 | 100.0000 | 0.00 | 0.00 | 2,133.26 | 73.56 | 2,206.82 |
| 573 | | PRODUCTIVITY | 3/26/2018 | SL /N/A | 7.0000 | 5,136.00 | 100.0000 | 0.00 | 0.00 | 1,711.97 | 61.14 | 1,773.11 |
| 574 | | SUNBELT | 4/1/2018 | SL /N/A | 7.0000 | 2,395.51 | 100.0000 | 0.00 | 0.00 | 798.53 | 28.52 | 827.05 |
| 575 | | SUNBELT | 4/1/2018 | SL /N/A | 7.0000 | 1,558.30 | 100.0000 | 0.00 | 0.00 | 519.40 | 18.55 | 537.95 |
| 576 | | 2012 Sullivan- | 4/23/2018 | SL /N/A | 7.0000 | 11,976.25 | 100.0000 | 0.00 | 0.00 | 3,849.47 | 142.57 | 3,992.04 |
| 577 | | ELKINS | 4/9/2018 | SL /N/A | 7.0000 | 11,500.00 | 100.0000 | 0.00 | 0.00 | 3,833.38 | 136.91 | 3,970.29 |
| 578 | | Trench Shield | 4/23/2018 | SL /N/A | 7.0000 | 4,346.37 | 100.0000 | 0.00 | 0.00 | 1,397.03 | 51.74 | 1,448.77 |
| 579 | | PIPELINE | 5/21/2018 | SL /N/A | 7.0000 | 4,277.98 | 100.0000 | 0.00 | 0.00 | 1,324.15 | 50.93 | 1,375.08 |
| 587 | | FLEET PRIDE - | 6/1/2018 | SL /N/A | 7.0000 | 4,172.99 | 100.0000 | 0.00 | 0.00 | 1,291.65 | 49.68 | 1,341.33 |
| 588 | | SUNBELT | 6/1/2018 | SL /N/A | 7.0000 | 9,187.29 | 100.0000 | 0.00 | 0.00 | 2,843.67 | 109.37 | 2,953.04 |
| 591 | | CARRIE | 6/21/2018 | SL /N/A | 7.0000 | 4,000.00 | 100.0000 | 0.00 | 0.00 | 1,190.49 | 47.62 | 1,238.11 |
| 593 | | BLUE | 6/21/2018 | SL /N/A | 7.0000 | 1,750.00 | 100.0000 | 0.00 | 0.00 | 520.81 | 20.83 | 541.64 |
| 594 | | INTERPORT | 7/9/2018 | SL /N/A | 7.0000 | 3,875.00 | 100.0000 | 0.00 | 0.00 | 1,153.27 | 46.13 | 1,199.40 |
| 597 | | MCDIFF -4 | 7/1/2018 | SL /N/A | 7.0000 | 7,000.00 | 100.0000 | 0.00 | 0.00 | 2,083.31 | 83.33 | 2,166.64 |
| 598 | | MCDIFF -4 | 7/1/2018 | SL /N/A | 7.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 595.24 | 23.81 | 619.05 |
| 599 | | MCDIFFITT | 9/4/2018 | SL /N/A | 7.0000 | 21,000.00 | 100.0000 | 0.00 | 0.00 | 5,750.00 | 250.00 | 6,000.00 |
| 600 | | MCDIFF - | 7/1/2018 | SL /N/A | 7.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 1,488.08 | 59.52 | 1,547.60 |
| 601 | | MCDIFF - AIR | 7/1/2018 | SL /N/A | 7.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 446.46 | 17.86 | 464.32 |
| 602 | | Grader Rebuild | 10/1/2018 | SL /N/A | 7.0000 | 17,373.30 | 100.0000 | 0.00 | 0.00 | 4,550.19 | 206.83 | 4,757.02 |
| 604 | | Spreader - Skid | 12/1/2018 | SL /N/A | 7.0000 | 4,187.00 | 100.0000 | 0.00 | 0.00 | 996.93 | 49.85 | 1,046.78 |
| 605 | | 2018 Taylor | 12/1/2018 | SL /N/A | 7.0000 | 4,601.00 | 100.0000 | 0.00 | 0.00 | 1,095.45 | 54.77 | 1,150.22 |
| 606 | | 2018 Taylor | 12/1/2018 | SL /N/A | 7.0000 | 4,601.00 | 100.0000 | 0.00 | 0.00 | 1,095.45 | 54.77 | 1,150.22 |
| 607 | | 1-4" Fusion | 11/2/2018 | SL /N/A | 7.0000 | 7,449.68 | 100.0000 | 0.00 | 0.00 | 1,862.44 | 88.69 | 1,951.13 |
| 609 | | HOLIDAY | 1/16/2019 | M /HY | 7.0000 | 7,337.98 | 100.0000 | 0.00 | 0.00 | 2,096.60 | 149.76 | 2,246.36 |
| 611 | | Greenwood | 12/1/2018 | SL /N/A | 7.0000 | 35,310.00 | 100.0000 | 0.00 | 0.00 | 8,407.17 | 420.36 | 8,827.53 |
| 619 | | FLANGED | 3/6/2019 | M /HY | 7.0000 | 3,384.43 | 100.0000 | 0.00 | 0.00 | 966.98 | 69.07 | 1,036.05 |
| 620 | | FLG RING, | 3/1/2019 | M /HY | 7.0000 | 5,750.93 | 100.0000 | 0.00 | 0.00 | 1,643.15 | 117.37 | 1,760.52 |
| 621 | | FAB WYES, | 3/1/2019 | M /HY | 7.0000 | 6,145.20 | 100.0000 | 0.00 | 0.00 | 1,755.76 | 125.41 | 1,881.17 |
| 622 | | PULL HEADS | 3/1/2019 | M /HY | 7.0000 | 3,106.08 | 100.0000 | 0.00 | 0.00 | 887.46 | 63.39 | 950.85 |
| 623 | | FLANGHED | 3/1/2019 | M /HY | 7.0000 | 4,391.41 | 100.0000 | 0.00 | 0.00 | 1,254.68 | 89.62 | 1,344.30 |
| 624 | | 1000' OF 12" | 2/1/2019 | M /HY | 7.0000 | 48,357.20 | 100.0000 | 0.00 | 0.00 | 13,816.33 | 986.88 | 14,803.21 |
| 625 | | 2240' OF 12" | 2/7/2019 | M /HY | 7.0000 | 65,143.36 | 100.0000 | 0.00 | 0.00 | 18,612.41 | 1,329.46 | 19,941.87 |
| 626 | | 2200' OF 12" | 2/7/2019 | M /HY | 7.0000 | 56,900.60 | 100.0000 | 0.00 | 0.00 | 16,257.37 | 1,161.24 | 17,418.61 |

Page 9 of 12

9/14/2020
3:55:58 PM

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 627 | | 780' OF 12" | 2/7/2019 | M /HY | 7.0000 | 23,512.92 | 100.0000 | 0.00 | 0.00 | 6,718.01 | 479.86 | 7,197.87 |
| 628 | | 2300' OF 12" | 2/8/2019 | M /HY | 7.0000 | 59,487.20 | 100.0000 | 0.00 | 0.00 | 16,996.31 | 1,214.02 | 18,210.33 |
| 629 | | 2400' OF 12" | 2/12/2019 | M /HY | 7.0000 | 62,815.60 | 100.0000 | 0.00 | 0.00 | 17,947.31 | 1,281.95 | 19,229.26 |
| 630 | | 2400' OF 12" | 2/13/2019 | M /HY | 7.0000 | 62,815.60 | 100.0000 | 0.00 | 0.00 | 17,947.31 | 1,281.95 | 19,229.26 |
| 631 | | 1500' OF 12" | 2/14/2019 | M /HY | 7.0000 | 39,538.00 | 100.0000 | 0.00 | 0.00 | 11,296.59 | 806.90 | 12,103.49 |
| 632 | | 1200' OF 12" | 2/15/2019 | M /HY | 7.0000 | 31,036.80 | 100.0000 | 0.00 | 0.00 | 8,867.63 | 633.40 | 9,501.03 |
| 633 | | WATER | 3/1/2019 | M /HY | 7.0000 | 37,668.43 | 100.0000 | 0.00 | 0.00 | 10,762.38 | 768.74 | 11,531.12 |
| 640 | | OCTANE | 7/10/2019 | M /HY | 5.0000 | 44,577.13 | 100.0000 | 0.00 | 0.00 | 17,236.47 | 1,188.72 | 18,425.19 |
| 644 | | MCELROY | 4/1/2020 | M /HY | 5.0000 | 5,204.60 | 100.0000 | 0.00 | 0.00 | 462.64 | 115.66 | 578.30 |
| **Subtotal: Miscellaneous** | | | | | | 2,334,252.16 | | 0.00 | 0.00 | 1,309,077.17 | 30,069.21 | 1,339,146.38 |
| Less dispositions and exchanges: | | | | | | 0.00 | | | | | 0.00 | 0.00 |
| **Net for: Miscellaneous** | | | | | | 2,334,252.16 | | 0.00 | 0.00 | 1,309,077.17 | 30,069.21 | 1,339,146.38 |
| **Trailers** | | | | | | | | | | | | |
| 39 | | 1985 PINES | 10/22/2012 | M /MQ | 5.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 41 | | 1998 UNITED | 10/22/2012 | M /MQ | 5.0000 | 6,500.00 | 100.0000 | 0.00 | 0.00 | 6,500.00 | 0.00 | 6,500.00 |
| 49 | | 1996 US | 10/22/2012 | M /MQ | 5.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 |
| 51 | | 1999 CORN | 10/22/2012 | M /MQ | 5.0000 | 5,750.00 | 100.0000 | 0.00 | 0.00 | 5,750.00 | 0.00 | 5,750.00 |
| 54 | | 2010 BRIMER | 10/22/2012 | M /MQ | 5.0000 | 7,000.00 | 100.0000 | 0.00 | 0.00 | 7,000.00 | 0.00 | 7,000.00 |
| 57 | | 2003 | 10/22/2012 | M /MQ | 7.0000 | 17,500.00 | 100.0000 | 0.00 | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| 58 | | 2004 HAUL | 10/22/2012 | M /MQ | 5.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 59 | | 2004 | 10/22/2012 | M /MQ | 5.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 60 | | 2004 TOP | 10/22/2012 | M /MQ | 5.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 61 | | 2005 TB | 10/22/2012 | M /MQ | 5.0000 | 600.00 | 100.0000 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 |
| 62 | | 2006 | 10/22/2012 | M /MQ | 5.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 |
| 64 | | 2007 QUALITY | 10/22/2012 | M /MQ | 5.0000 | 3,250.00 | 100.0000 | 0.00 | 0.00 | 3,250.00 | 0.00 | 3,250.00 |
| 65 | | 2007 WELLS | 10/22/2012 | M /MQ | 5.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 66 | | 2008 CARRY | 10/22/2012 | M /MQ | 5.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 67 | | 008 TOP | 10/22/2012 | M /MQ | 5.0000 | 5,500.00 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 |

RYAN ENVIRONMENTAL LLC [600071]

Depreciation Expense

Financial

08/01/2020 - 08/31/2020

Page 10 of 12

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trailers** | | | | | | | | | | | | |
| 68 | | 2009 EAGER | 10/22/2012 | M /MQ | 5.0000 | 37,500.00 | 100.0000 | 0.00 | 0.00 | 37,500.00 | 0.00 | 37,500.00 |
| 134 | | 2001 TOP | 8/26/2013 | M /HY | 5.0000 | 500.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| 135 | | 2014 | 9/24/2013 | M /HY | 5.0000 | 5,530.00 | 100.0000 | 0.00 | 0.00 | 5,530.00 | 0.00 | 5,530.00 |
| 136 | | 2013 FELLING | 10/18/2013 | M /HY | 5.0000 | 5,125.00 | 100.0000 | 0.00 | 0.00 | 5,125.00 | 0.00 | 5,125.00 |
| 137 | | 2013 FELLING | 10/18/2013 | M /HY | 5.0000 | 6,225.00 | 100.0000 | 0.00 | 0.00 | 6,225.00 | 0.00 | 6,225.00 |
| 138 | | PITTS | 10/25/2013 | M /HY | 7.0000 | 27,440.00 | 100.0000 | 0.00 | 0.00 | 27,440.00 | 0.00 | 27,440.00 |
| 212 | | 2009 PITTS | 2/5/2014 | M /HY | 7.0000 | 20,500.00 | 100.0000 | 0.00 | 0.00 | 18,822.90 | 152.47 | 18,975.37 |
| 213 | | 2009 PITTS | 2/5/2014 | M /HY | 7.0000 | 20,500.00 | 100.0000 | 0.00 | 0.00 | 18,822.90 | 152.47 | 18,975.37 |
| 215 | | 2014 | 6/5/2014 | M /HY | 7.0000 | 5,530.00 | 100.0000 | 0.00 | 0.00 | 5,046.14 | 43.98 | 5,090.12 |
| 216 | | 2014 FELLING | 7/15/2014 | M /HY | 7.0000 | 5,550.00 | 100.0000 | 0.00 | 0.00 | 5,006.28 | 44.88 | 5,051.16 |
| 217 | | 2014 FELLING | 7/15/2014 | M /HY | 7.0000 | 5,550.00 | 100.0000 | 0.00 | 0.00 | 5,006.28 | 44.88 | 5,051.16 |
| 289 | | Big Tex | 1/5/2015 | SL N/A | 5.0000 | 4,000.00 | 100.0000 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 |
| 290 | | 1985 ASM | 1/5/2015 | SL N/A | 5.0000 | 2,750.00 | 100.0000 | 0.00 | 0.00 | 2,750.00 | 0.00 | 2,750.00 |
| 293 | | 20'L Sea | 1/5/2015 | SL N/A | 5.0000 | 100.00 | 100.0000 | 0.00 | 0.00 | 100.00 | 0.00 | 100.00 |
| 297 | | 1999 Haulmark | 1/5/2015 | SL N/A | 5.0000 | 3,250.00 | 100.0000 | 0.00 | 0.00 | 3,250.00 | 0.00 | 3,250.00 |
| 299 | | 1985 Freight | 1/5/2015 | SL N/A | 5.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 300 | | Hct and Mighty | 8/14/2015 | SL N/A | 7.0000 | 27,870.00 | 100.0000 | 0.00 | 0.00 | 27,870.00 | 0.00 | 27,870.00 |
| 366 | | SWEETWATER | 10/1/2015 | SL N/A | 5.0000 | 9,090.50 | 100.0000 | 0.00 | 0.00 | 8,787.50 | 151.51 | 8,939.01 |
| 381 | | 2016 BIG TEX | 11/12/2015 | SL N/A | 5.0000 | 4,191.00 | 100.0000 | 0.00 | 0.00 | 3,981.45 | 69.85 | 4,051.30 |

9/4/2020
3:50 PM

**RYAN ENVIRONMENTAL LLC [600071]**
**Depreciation Expense**
Financial
08/01/2020 - 08/31/2020

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 382 | | 2016 BIG TEX | 11/12/2015 | SL /N/A | 5.0000 | 4,191.00 | 100.0000 | 0.00 | 0.00 | 3,981.45 | 69.85 | 4,051.30 |
| 401 | | MORGANTOW | 2/12/2017 | SL /N/A | 5.0000 | 3,047.50 | 100.0000 | 0.00 | 0.00 | 2,133.24 | 50.79 | 2,184.03 |
| 407 | | 2016 | 3/11/2016 | SL /N/A | 5.0000 | 4,213.12 | 100.0000 | 0.00 | 0.00 | 3,721.58 | 70.22 | 3,791.80 |
| 410 | | SWEETWATER | 3/18/2016 | SL /N/A | 7.0000 | 9,322.70 | 100.0000 | 0.00 | 0.00 | 5,771.15 | 110.98 | 5,882.13 |
| 411 | | SWEETWATER | 3/18/2016 | SL /N/A | 7.0000 | 9,322.70 | 100.0000 | 0.00 | 0.00 | 5,771.15 | 110.98 | 5,882.13 |
| 412 | | 2016 SURE | 3/24/2016 | SL /N/A | 5.0000 | 4,425.98 | 100.0000 | 0.00 | 0.00 | 3,835.89 | 73.77 | 3,909.66 |
| 413 | | 2016 SURE | 3/24/2016 | SL /N/A | 5.0000 | 4,425.98 | 100.0000 | 0.00 | 0.00 | 3,835.89 | 73.77 | 3,909.66 |
| 415 | | 2016 RC | 3/23/2016 | SL /N/A | 7.0000 | 3,017.00 | 100.0000 | 0.00 | 0.00 | 1,867.69 | 35.92 | 1,903.61 |
| 417 | | 2016 BIG TEX | 4/18/2016 | SL /N/A | 7.0000 | 5,517.00 | 100.0000 | 0.00 | 0.00 | 3,349.61 | 65.68 | 3,415.29 |
| 423 | | 2016 | 6/6/2016 | SL /N/A | 5.0000 | 2,589.00 | 100.0000 | 0.00 | 0.00 | 2,157.50 | 43.15 | 2,200.65 |
| 431 | | 2016 BIG TEX | 7/20/2016 | SL /N/A | 5.0000 | 4,000.00 | 100.0000 | 0.00 | 0.00 | 3,200.02 | 66.67 | 3,266.69 |
| 432 | | 2016 BIG TEX | 7/20/2016 | SL /N/A | 5.0000 | 4,000.00 | 100.0000 | 0.00 | 0.00 | 3,200.02 | 66.67 | 3,266.69 |
| 433 | | KAUFMAN | 7/29/2016 | SL /N/A | 5.0000 | 52,852.80 | 100.0000 | 0.00 | 0.00 | 42,282.24 | 880.88 | 43,163.12 |
| 434 | | 2015 | 8/1/2016 | SL /N/A | 5.0000 | 1,208.28 | 100.0000 | 0.00 | 0.00 | 966.65 | 20.14 | 986.79 |
| 435 | | TJT TRAILER | 8/1/2016 | SL /N/A | 5.0000 | 5,062.50 | 100.0000 | 0.00 | 0.00 | 4,050.04 | 84.38 | 4,134.42 |
| 436 | | 2017 RC 7X16 | 8/29/2016 | SL /N/A | 5.0000 | 4,546.00 | 100.0000 | 0.00 | 0.00 | 3,561.06 | 75.77 | 3,636.83 |
| 441 | | KAUFMAN | 9/26/2016 | SL /N/A | 7.0000 | 19,992.00 | 100.0000 | 0.00 | 0.00 | 10,948.00 | 238.00 | 11,186.00 |
| 443 | | JARCO | 10/12/2016 | SL /N/A | 7.0000 | 4,497.58 | 100.0000 | 0.00 | 0.00 | 2,462.94 | 53.54 | 2,516.48 |
| 485 | | 2016 SURE | 1/25/2017 | SL /N/A | 7.0000 | 3,992.98 | 100.0000 | 0.00 | 0.00 | 1,996.53 | 47.54 | 2,044.07 |
| 487 | | 2017 BRAVO | 2/1/2017 | SL /N/A | 7.0000 | 6,091.00 | 100.0000 | 0.00 | 0.00 | 3,045.48 | 72.51 | 3,117.99 |
| 543 | | JARCO | 4/11/2018 | SL /N/A | 7.0000 | 5,783.00 | 100.0000 | 0.00 | 0.00 | 1,927.70 | 68.85 | 1,996.55 |
| 544 | | BROWNSTONE | 4/11/2018 | SL /N/A | 7.0000 | 4,425.00 | 100.0000 | 0.00 | 0.00 | 1,475.01 | 52.68 | 1,527.69 |
| 545 | | BROWNSTONE | 4/23/2018 | SL /N/A | 7.0000 | 4,425.00 | 100.0000 | 0.00 | 0.00 | 1,422.33 | 52.68 | 1,475.01 |
| 546 | | BROWNSTONE | 4/17/2018 | SL /N/A | 7.0000 | 4,425.00 | 100.0000 | 0.00 | 0.00 | 1,475.01 | 52.68 | 1,527.69 |
| 551 | | Box Pressure | 4/27/2018 | SL /N/A | 7.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 2,410.75 | 89.29 | 2,500.04 |
| 595 | | ARISING 7X16 | 8/21/2018 | SL /N/A | 7.0000 | 4,861.00 | 100.0000 | 0.00 | 0.00 | 1,331.00 | 57.87 | 1,388.87 |
| 612 | | RISING 7X16 | 2/5/2019 | M /HY | 7.0000 | 5,075.00 | 100.0000 | 0.00 | 0.00 | 1,449.99 | 103.57 | 1,553.56 |
| **Subtotal: Trailers** | | | | | | **467,010.62** | | **0.00** | **0.00** | **392,493.37** | **3,448.87** | **395,942.24** |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net for: Trailers** | | | | | | **467,010.62** | | **0.00** | **0.00** | **392,493.37** | **3,448.87** | **395,942.24** |

**Vehicles**

| System No. | S | Description | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | 2008 DODGE | 10/22/2012 | M /MQ | 5.0000 | 21,750.00 | 100.0000 | 0.00 | 0.00 | 21,750.00 | 0.00 | 21,750.00 |
| 30 | | 2011 TOYOTA | 10/22/2012 | M /MQ | 5.0000 | 30,750.00 | 100.0000 | 0.00 | 0.00 | 30,750.00 | 0.00 | 30,750.00 |
| 37 | | 2011 DODGE | 10/22/2012 | M /MQ | 5.0000 | 38,500.00 | 100.0000 | 0.00 | 0.00 | 38,500.00 | 0.00 | 38,500.00 |
| 82 | | 1985 AM | 1/5/2015 | SL /N/A | 5.0000 | 2,750.00 | 100.0000 | 0.00 | 0.00 | 2,750.00 | 0.00 | 2,750.00 |
| 127 | | 2007 FORD | 8/19/2013 | M /HY | 5.0000 | 34,980.00 | 100.0000 | 0.00 | 0.00 | 34,980.00 | 0.00 | 34,980.00 |
| 128 | | 2007 FORD | 8/19/2013 | M /HY | 5.0000 | 34,980.00 | 100.0000 | 0.00 | 0.00 | 34,980.00 | 0.00 | 34,980.00 |
| 129 | | CM TRUCK | 9/23/2013 | M /HY | 5.0000 | 3,465.00 | 100.0000 | 0.00 | 0.00 | 3,465.00 | 0.00 | 3,465.00 |
| 131 | | 2004 FORD 650 | 10/2/2013 | M /HY | 5.0000 | 28,000.00 | 100.0000 | 0.00 | 0.00 | 28,000.00 | 0.00 | 28,000.00 |
| 211 | | 2014 | 10/31/2014 | M /HY | 5.0000 | 41,104.45 | 100.0000 | 0.00 | 0.00 | 41,104.45 | 0.00 | 41,104.45 |
| 261 | | 1994 | 1/5/2015 | SL /N/A | 5.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 263 | | 2001 Kenworth | 1/5/2015 | SL /N/A | 5.0000 | 32,500.00 | 100.0000 | 0.00 | 0.00 | 32,500.00 | 0.00 | 32,500.00 |
| 265 | | 2015 GMC | 4/5/2015 | SL /N/A | 5.0000 | 63,961.70 | 100.0000 | 0.00 | 0.00 | 63,961.70 | 0.00 | 63,961.70 |
| 378 | | 2016 FORD | 11/3/2015 | SL /N/A | 5.0000 | 43,387.00 | 100.0000 | 0.00 | 0.00 | 41,217.67 | 723.12 | 41,940.79 |
| 390 | | 2016 FORD | 11/1/2015 | SL /N/A | 5.0000 | 58,412.40 | 100.0000 | 0.00 | 0.00 | 55,491.78 | 973.54 | 56,465.32 |
| 393 | | 2016 FORD | 11/2/2015 | SL /N/A | 5.0000 | 58,832.40 | 100.0000 | 0.00 | 0.00 | 55,890.78 | 980.54 | 56,871.32 |
| 424 | | 2013 RAM 1500 | 6/14/2016 | SL /N/A | 5.0000 | 6,969.63 | 100.0000 | 0.00 | 0.00 | 5,808.04 | 116.16 | 5,924.20 |
| 466 | | 2017 MACK | 11/1/2016 | SL /N/A | 5.0000 | 125,215.00 | 100.0000 | 0.00 | 0.00 | 93,911.27 | 2,086.82 | 95,998.19 |
| 467 | | TK #026 | 12/1/2016 | SL /N/A | 5.0000 | 6,550.53 | 100.0000 | 0.00 | 0.00 | 4,803.77 | 109.18 | 4,912.95 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 475 | 2005 | | 3/3/2017 | SL /N/A | 5.0000 | 15,150.00 | 100.0000 | 0.00 | 0.00 | 10,352.50 | 0.00 | 252.50 | 10,605.00 |
| 589 | | FORD F350 | 6/1/2018 | SL /N/A | 5.0000 | 13,444.11 | 100.0000 | 0.00 | 0.00 | 5,825.79 | 0.00 | 224.07 | 6,049.86 |
| 596 | | 2019 Peterbilt | 9/24/2018 | SL /N/A | 5.0000 | 171,514.40 | 100.0000 | 0.00 | 0.00 | 62,888.59 | 0.00 | 2,858.57 | 65,747.16 |
| Subtotal: Vehicles | | | | | | 835,716.62 | | 0.00 | 0.00 | 672,431.34 | 0.00 | 8,324.60 | 680,755.94 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net for: Vehicles | | | | | | 835,716.62 | | 0.00 | 0.00 | 672,431.34 | 0.00 | 8,324.60 | 680,755.94 |
| Subtotal: | | | | | | 7,873,152.45 | | 0.00 | 0.00 | 4,919,194.19 | 0.00 | 89,556.85 | 5,008,751.04 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Grand Totals: | | | | | | 7,873,152.45 | | 0.00 | 0.00 | 4,919,194.19 | 0.00 | 89,556.85 | 5,008,751.04 |

9/14/2020
3:55:14 PM

46-1064202
01/01/2020 - 12/31/2020
Sorted: General - category

**RYAN ENVIRONMENTAL LLC [600071]**
**Amortization Expense**
Financial
08/01/2020 - 08/31/2020

| System No. | S | Description | Date In Service | Amort. Code Sec. | Life | Cost / Other Basis | Bus. / Inv. % | Beg. Accum. Amortization | Current Amortization | End. Accum. Amortization |
|---|---|---|---|---|---|---|---|---|---|---|
| **Intangible Assets** | | | | | | | | | | |
| 119 | | START UP | 10/22/2012 | Sec. 195 | 84.0000 | 43,500.00 | 100.0000 | 43,500.00 | 0.00 | 43,500.00 |
| 120 | | GOODWILL | 10/22/2012 | Sec. 197 | 0.0000 | 532,524.00 | 100.0000 | 0.00 | 0.00 | 0.00 |
| 384 | | GOODWILL - | 1/5/2015 | Sec. 197 | 0.0000 | 430,200.00 | 100.0000 | 0.00 | 0.00 | 0.00 |
| 388 | | LOAN COST - | 1/5/2015 | Sec. 461 | 84.0000 | 13,976.00 | 100.0000 | 11,147.51 | 166.38 | 11,313.89 |
| 389 | | LOAN COST - | 4/22/2015 | Sec. 461 | 84.0000 | 400.00 | 100.0000 | 299.98 | 4.76 | 304.74 |
| 391 | | LOAN COST - | 8/13/2015 | Sec. 461 | 60.0000 | 1,076.00 | 100.0000 | 1,076.00 | 0.00 | 1,076.00 |
| 392 | | PROFESSIONA | 2/5/2015 | Sec. 197 | 84.0000 | 19,702.56 | 100.0000 | 15,480.55 | 234.55 | 15,715.10 |
| 395 | | COVENENT | 10/22/2012 | Sec. 197 | 60.0000 | 150,000.00 | 100.0000 | 150,000.00 | 0.00 | 150,000.00 |
| 402 | | LOAN FEES - | 1/31/2016 | Sec. 461 | 180.0000 | 11,596.00 | 100.0000 | 3,478.79 | 64.42 | 3,543.21 |
| 477 | | LOAN FEES | 2/28/2017 | Unassigned | 180.0000 | 3,000.00 | 100.0000 | 683.36 | 16.67 | 700.03 |
| 478 | | LOAN FEES | 3/1/2017 | Unassigned | 180.0000 | 5,076.00 | 100.0000 | 1,156.20 | 28.20 | 1,184.40 |
| **Subtotal: Intangible Assets** | | | | | | 1,211,050.56 | | 226,822.39 | 514.98 | 227,337.37 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Net for: Intangible Assets** | | | | | | 1,211,050.56 | | 226,822.39 | 514.98 | 227,337.37 |
| **Subtotal:** | | | | | | 1,211,050.56 | | 226,822.39 | 514.98 | 227,337.37 |
| Less dispositions and exchanges: | | | | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Grand Totals:** | | | | | | 1,211,050.56 | | 226,822.39 | 514.98 | 227,337.37 |

| | |
|---|---|
| Debtor name | **Ryan Environmental,LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Clayton Rice**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$1,130,305.02** | **$0.00** |
| **2045 Natalie Drive**<br>**Bridgeport, WV 26330**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No<br>☑ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| **2.2** **CNH Industrial Capital**<br>**America LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment secured to CNH** | $19,425.65 | $0.00 |
| **P.O. Box 71264**<br>**Philadelphia, PA**<br>**19176-6264**<br>Creditor's mailing address | | | |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**12/31/2015** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**2003** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **CNH Industrial  Capital America LLC** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 71264**
**Philadelphia, PA**
**19176-6264**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/14/19**
**Last 4 digits of account number**
**2004**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**used case 210 and used case 250**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$185,753.08          $0.00

---

| 2.4 | **First United Bank & Trust** | | |
|---|---|---|---|

Creditor's Name

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/05/2015**
**Last 4 digits of account number**
**9004**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Hawkeye Acquisition equipment-2nd lien**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$46,681.02          $0.00

---

| 2.5 | **First United Bank & Trust** | | |
|---|---|---|---|

Creditor's Name

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Kenworth Rollback**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No

$1,500.78          $0.00

---

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/14/2015**                                            ☐ No

**Last 4 digits of account number**                      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9006**
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                     ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

| 2.6 | **First United Bank & Trust** | Describe debtor's property that is subject to a lien | $182,911.89 | $0.00 |

Creditor's Name                                          **Various assets**

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address                               Describe the lien

                                                         **Is the creditor an insider or related party?**

                                                         ■ No
Creditor's email address, if known                       ☐ Yes
                                                         **Is anyone else liable on this claim?**
**Date debt was incurred**                               ☐ No
**10/1/15**
**Last 4 digits of account number**                      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9007**
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                     ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

| 2.7 | **First United Bank & Trust** | Describe debtor's property that is subject to a lien | $3,176.69 | $0.00 |

Creditor's Name                                          **various assets- trailers/fusion machines**

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address                               Describe the lien

                                                         **Is the creditor an insider or related party?**

                                                         ■ No
Creditor's email address, if known                       ☐ Yes
                                                         **Is anyone else liable on this claim?**
**Date debt was incurred**                               ☐ No
**03/23/16**
**Last 4 digits of account number**                      ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**0102**
**Do multiple creditors have an**                        **As of the petition filing date, the claim is:**
**interest in the same property?**                       Check all that apply
■ No                                                     ☐ Contingent
☐ Yes. Specify each creditor,                            ☐ Unliquidated
including this creditor and its relative                 ☐ Disputed
priority.

---

| 2.8 | **First United Bank & Trust** | Describe debtor's property that is subject to a lien | $13,700.69 | $0.00 |

---

Name

| | |
|---|---|
| Creditor's Name | **various assets- trailers/air compressor** |

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**07/25/16**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0103**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **First United Bank & Trust** | Describe debtor's property that is subject to a lien | $59,805.73 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **various lab assets** | | |

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**1/10/17**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0104**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **First United Bank & Trust** | Describe debtor's property that is subject to a lien | $270,872.17 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**3/1/17**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9009**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 14

Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | First United Bank & Trust | Describe debtor's property that is subject to a lien | $71,083.92 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Consumer gas - nitro assets**

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**4/6/17**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0105**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | First United Bank & Trust | Describe debtor's property that is subject to a lien | $36,041.55 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Consumer gas - nitro assets**

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**8/2/17**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0106**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | First United Bank & Trust | Describe debtor's property that is subject to a lien | $188,699.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**CKS assets**

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

---

**Is the creditor an insider or related party?**

☐ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/15/17**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0107**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 4 | **First United Bank & Trust** | **Describe debtor's property that is subject to a lien** | $20,595.37 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Various assets**

**19 South Second Street
Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**4/30/18**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0108**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **First United Bank & Trust** | **Describe debtor's property that is subject to a lien** | $65,611.36 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**JD Telehandler**

**19 South Second Street
Oakland, MD 21550**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/7/18**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**109**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor No. 1-20-bk-00739 Doc 1 Filed 09/29/20 Entered 09/29/20 17:00:58 Page 40 of
Ryan Environmental, LLC 134
Name Case number (if known)

| 2.1 6 | **First United Bank & Trust** | **Describe debtor's property that is subject to a lien** | $29,459.23 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/27/18**

**Last 4 digits of account number**
**110**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Various assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **First United Bank & Trust** | **Describe debtor's property that is subject to a lien** | $1,474,414.74 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**19 South Second Street**
**Oakland, MD 21550**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/22/14**

**Last 4 digits of account number**
**9002**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Line of Credit**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $7,439.92 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Box 220564**
**Pittsburgh, PA 15257-2564**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2016 Ford F 350 Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 14

**11/2/15**
**Last 4 digits of account number**
**9052**
**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Ford Credit** | Describe debtor's property that is subject to a lien | $7,493.19 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F 350 Truck**

**Box 220564**
**Pittsburgh, PA 15257-2564**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2/15**
**Last 4 digits of account number**
**9051**
**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Ford Credit** | Describe debtor's property that is subject to a lien | $7,493.19 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Ford F 350 Truck**

**Box 220564**
**Pittsburgh, PA 15257-2564**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2/15**
**Last 4 digits of account number**
**9050**
**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Ford Credit** | Describe debtor's property that is subject to a lien | $14,414.23 | $0.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Creditor's Name | **Ford F 550 Dump Truck** | |

**Box 220564**
**Pittsburgh, PA 15257-2564**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**5/17/17**

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **James J. Cava, Jr.** | Describe debtor's property that is subject to a lien | $4,771,944.92 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**190 Ridgeway Drive**
**Bridgeport, WV 26330**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Komatsu Financial Limited Partnership** | Describe debtor's property that is subject to a lien | $333,108.71 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Komatsu 240 excavator** | | |

**P.O. Box 99303**
**Chicago, IL 60693**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**9/1/19**
Last 4 digits of account number
**9010**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| | | | |
|---|---|---|---|
| | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | |

---

| 2.2 4 | **Komatsu Financial Limited Partnership** Creditor's Name P.O. Box 99303 Chicago, IL 60693 Creditor's mailing address _____ Creditor's email address, if known **Date debt was incurred 9/1/19** **Last 4 digits of account number 9009** **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** **Komatsu D65 Dozer** _____ **Describe the lien** _____ **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | $223,039.63 | $0.00 |

---

| 2.2 5 | **Komatsu Financial Limited Partnership** Creditor's Name P.O. Box 99303 Chicago, IL 60693 Creditor's mailing address _____ Creditor's email address, if known **Date debt was incurred 8/18/20** **Last 4 digits of account number 0756** **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** **Komatsu D61PX-24 Crawler Dozer** _____ **Describe the lien** _____ **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | $278,487.00 | $0.00 |

---

| 2.2 6 | **Kubota Credit Corporation, USA** Creditor's Name P.O. Box 2046 Grapevine, TX 76099 Creditor's mailing address | **Describe debtor's property that is subject to a lien** **Skid Steer** _____ **Describe the lien** | $9,656.44 | $0.00 |

---

No. 1-20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 44 of 134

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/17/16**

**Last 4 digits of account number**
**7040**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **Kubota Credit Corporation, USA** | Describe debtor's property that is subject to a lien | $36,227.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559**
**Carol Stream, IL**
**60132-0559**

Creditor's mailing address

**2 Kubota Skid Steers**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2/17**

**Last 4 digits of account number**
**3902**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 8 | **Kubota Credit Corporation, USA** | Describe debtor's property that is subject to a lien | $30,946.49 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559**
**Carol Stream, IL**
**60132-0559**

Creditor's mailing address

**2 Kubota mini Excavators**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2/17**

**Last 4 digits of account number**
**4546**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Kubota Credit Corporation, USA** | Describe debtor's property that is subject to a lien | $43,764.31 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559
Carol Stream, IL
60132-0559**

Creditor's mailing address

**Mini ex and skid street**

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
5/2/2018**

**Last 4 digits of account number
7378**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **MVB BANK** | Describe debtor's property that is subject to a lien | $285,960.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1000 JOHNSON AVE.
Bridgeport, WV 26330**

Creditor's mailing address

**Poly Pipe**

Describe the lien

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
3/18/19**

**Last 4 digits of account number
4855**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.31 | **Paccar Financial Corp** | Describe debtor's property that is subject to a lien | $85,230.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 121166
Dallas, TX 75312-1166**

Creditor's mailing address

**2019 Peterbilt Tractor**

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

No. 1-20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 46 of 134

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9/20/18**

**Last 4 digits of account number**
**9390**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 2 | **SBA** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $209,200.00 | $0.00 |
| | **14925 Kingsport Rd** **Fort Worth, TX 76155-2243** | **EIDL Loan** | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/21/20**

**Last 4 digits of account number**
**7402**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **VFS US LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $30,415.40 | $0.00 |
| | **PO Box 7247-0236** **Philadelphia, PA** **19170-0236** | **2017 Mack CHU613** | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**09/17/16**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

No. 1:20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 47 of 134

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,174,860.60 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ryan Environmental,LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $14,605.95 |
| | **2-2-0 CORP**<br>**dba STAR WELD**<br>**PO BOX 746**<br>**Spencer, WV 25276** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $2,411.76 |
| | **A&A Supply, LLC**<br>**22155 ENERGY HWY.**<br>**New Martinsville, WV 26155** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $1,025.00 |
| | **ACCURATE SAFETY COMPLIANCE, LLC**<br>**P.O. BOX 721011**<br>**Norman, OK 73070** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $8,433.51 |
| | **ACE AGGREGATES**<br>**70 COLUMBIA BLVD**<br>**Clarksburg, WV 26301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |

No. 1:20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 49 of 134

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,202.93 |
|---|---|---|---|
| | ACF ENVIRONMENTAL<br>PO BOX 758763<br>Baltimore, MD 21275-8763 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,534.96 |
|---|---|---|---|
| | ACUREN INSPECTION INC<br>PO BOX 846313<br>Dallas, TX 75284-6313 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,597.43 |
|---|---|---|---|
| | Adler Tank Rentals LLC<br>PO BOX 45081<br>San Francisco, CA 94145-0081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|
| | ADM Welding & Fabrication, LLC<br>37 BROADHEAD STREET<br>Warren, PA 16365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,585.05 |
|---|---|---|---|
| | Advance Auto Parts<br>AAP FINANCIAL SERVICES<br>P.O. Box 742063<br>Atlanta, GA 30374-2063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,300.00 |
|---|---|---|---|
| | Advanced Energy Services<br>305 SPINDLE CT<br>Canonsburg, PA 15317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,121.32 |
|---|---|---|---|
| | Advantage Technology LLC<br>950 KANAWHA BLVD E<br>Charleston, WV 25301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.46 |
|---|---|---|---|

**AFLAC**
**REMITTANCE PROCESSING SERVICE**
**1932 WYNNTON ROAD**
**Columbus, GA 31999-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,520.50 |
|---|---|---|---|

**AIRGAS NITROGEN SERVICES, LLC (N199)**
**3225 SOLUTIONS CTR**
**Chicago, IL 60677-3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.07 |
|---|---|---|---|

**Airgas Usa, LLC**
**PO BOX 734672**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,150.00 |
|---|---|---|---|

**AlignHR, LLC**
**1116 SMITH STREET**
**Suite 410**
**Charleston, WV 25301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.59 |
|---|---|---|---|

**ALLEGANY AGGREGATES, INC.**
**P.O. BOX 127**
**Cumberland, MD 21502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $415.84 |
|---|---|---|---|

**ALTUS GLOBAL TRADE SOLUTIONS**
**PO BOX 1389**
**Kenner, LA 70063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,920.00 |
|---|---|---|---|

**AMERICAN INNOVATIONS, LTD**
**12211 TECHNOLOGY BLVD**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.04 |
|---|---|---|---|

**AMERICAN PRODUCERS SUPPLY CO., INC**
119 2ND ST
P O BOX 1050
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,710.19 |
|---|---|---|---|

**ANDERSON EQUIPMENT COMPANY**
PO BOX 823580
Philadelphia, PA 19182-3580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**APPALACHIAN TIMBER SERVICES, LLC**
393 EDGAR GIVEN PARKWAY
Sutton, WV 26601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.80 |
|---|---|---|---|

**ARNETT CARBIS TOOTHMAN LLP**
PO BOX 45723
Baltimore, MD 21297-5723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,574.18 |
|---|---|---|---|

**ART'S RENTAL EQUIPMENT & SUPPLY**
215EAST 6TH STREET
Newport, KY 41071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,590.00 |
|---|---|---|---|

**ASSOC BUILDERS & CONTRACTORS INC**
WV CHAPTER - SARAH FRANCKE
P.O. BOX 3965
Charleston, WV 25339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,095.10 |
|---|---|---|---|

**ATLANTIC NITROGEN AND TESTING LLC**
100 HAMILTON ST.
Washington, PA 15301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,054.18** |
|---|---|---|---|
| | **ATLANTIC NITROGEN PUMPING SERVICES, LLC** | ☐ Contingent | |
| | **100 HAMILTON ST.** | ☐ Unliquidated | |
| | **Washington, PA 15301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **B&B ENERGY SERVICES** | ☐ Contingent | |
| | **1925 LINCOLN HIGHWAY** | ☐ Unliquidated | |
| | **Chester, WV 26034** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,024.75** |
|---|---|---|---|
| | **B&B HOLDINGS, PLLC** | ☐ Contingent | |
| | **PO BOX 554** | ☐ Unliquidated | |
| | **Ashland, KY 41105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,526.35** |
|---|---|---|---|
| | **BADGER DAYLIGHTING CORP.** | ☐ Contingent | |
| | **75 REMITTANCE DRIVE SUITE 3185** | ☐ Unliquidated | |
| | **Chicago, IL 60675-3185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.20** |
|---|---|---|---|
| | **BELMONT MILLS, INC.** | ☐ Contingent | |
| | **400 S. JEFFERSON ST.** | ☐ Unliquidated | |
| | **Belmont, OH 43718** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **BELMONT SOLIDS CONTROL LLC** | ☐ Contingent | |
| | **7716 DEPOT RD UNIT 1** | ☐ Unliquidated | |
| | **Lisbon, OH 44432** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|
| | **BENCHMARK SAFETY, HEALTH, &** | ☐ Contingent | |
| | **1000 GREEN RIVER DR, SUITE 116** | ☐ Unliquidated | |
| | **Fairmont, WV 26554** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,121.88 |
|---|---|---|---|

**BEST LINE EQUIPMENT**
**2582 GATEWAY DRIVE**
**State College, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**BIG BEAVER MUNICIPAL AUTHORITY**
**114 FOREST DRIVE**
**Darlington, PA 16115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,765.67 |
|---|---|---|---|

**BK CORROSION, LLC**
**PO BOX 227**
**Houston, TX 77001-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,765.67 |
|---|---|---|---|

**BLACK DIAMOND EQUIP. RENTAL LLC**
**732 MCCLELLANDTOWN ROAD**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,502.00 |
|---|---|---|---|

**BLAST ONE LOCK BOX**
**P O BOX 933052**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.05 |
|---|---|---|---|

**BOB SCULLION & ASSOCIATES, INC.**
**9703 GUILDFORD DRIVE**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**BOSLEY RENTAL & SUPPLY**
**1 BOSLEY AVENUE**
**Parkersburg, WV 26101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,883.26 |
|---|---|---|---|
| | **BOSLEY RENTAL & SUPPLY, INC**<br>**497 GOFF MOUNTAIN ROAD**<br>**Charleston, WV 25313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,474.16 |
|---|---|---|---|
| | **BRIDGEPORT EQUIP & TOOL**<br>**500 HALL STREET**<br>**Bridgeport, OH 43912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|
| | **BRIDGEPORT STORAGE, LLC**<br>**PO BOX 1296**<br>**Bridgeport, WV 26330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,017.91 |
|---|---|---|---|
| | **BRIDGEPORT TIRE & SUPPLY**<br>**P.O. BOX 877**<br>**US RTE. 50 & 131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|
| | **BUCKEYE WATER DISTRICT**<br>**1925 CLARK AVE.**<br>**P.O. Box 105**<br>**Wellsville, OH 43968-0105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,108.78 |
|---|---|---|---|
| | **BUCKEYE WATER SERVICE COMPANY**<br>**P.O. BOX 409**<br>**New Concord, OH 43762-0409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|
| | **CAPITOL SERVICES, INC**<br>**PO BOX 1831**<br>**Austin, TX 78767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.40 |
|---|---|---|---|

**CATERPILLAR FINANCIAL SERVICES CORP**
PO BOX 13834
Newark, NJ 07188-0834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,382.75 |
|---|---|---|---|

**CAVA & BANKO, P.L.L.C.**
117 EAST MAIN STREET
Bridgeport, WV 26330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67,958.28 |
|---|---|---|---|

**CECIL I. WALKER MACHINERY CO**
29773 NEWTWORK PLACE
Chicago, IL 60673-1297

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,315.00 |
|---|---|---|---|

**CENTRAL GARDEN & PET**
PO BOX 277743
Atlanta, GA 30384-7740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,034.58 |
|---|---|---|---|

**CHARLES RYAN ASSOCIATES**
L-3215
Columbus, OH 43260-3215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**CHARLESON FLEET**
4617 WASHINGTON ST W
Charleston, WV 25313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $346.91 |
|---|---|---|---|

**CINTAS FIRST AID & SAFETY LOC #D28**
PO BOX 631025
Cincinnati, OH 45263-1025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $233,631.94 |
|---|---|---|---|

**CLEVELAND BROTHERS EQUIP CO., INC.**
PO BOX 417094
Boston, MA 02241-7094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,414.73 |
|---|---|---|---|

**COMPLETE ENERGY SERVICES, LLC**
216 MARKET STREET
Spencer, WV 25276

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,716.99 |
|---|---|---|---|

**CONSTRUCTCONNECT**
PO BOX 207121
Dallas, TX 75320-7121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**COPPER RUN CAPITAL LLC**
1201 DUBLIN RD
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,543.10 |
|---|---|---|---|

**CORRPRO COMPANIES, INC.**
P.O. BOX 674173
Dallas, TX 75267-4173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,064.43 |
|---|---|---|---|

**DAMAGE RECOVERY**
PO BOX 843369
Kansas City, MO 64184-0024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.50 |
|---|---|---|---|

**DAVID GLOTFELTY**
204 CANTON VILLAGE
Morgantown, WV 26508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Ryan Environmental, LLC
         Name

No. 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 57 of
                                        134
                                                Case Number (if known)

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**DELRICK CORPORATION**
**PO BOX 693**
**Tazewell, VA 24651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,788.00 |
|---|---|---|---|

**DIAMOND TECHNICAL SERVICES**
**163 WEST BURRELL STREET**
**Blairsville, PA 15717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,490.00 |
|---|---|---|---|

**DIEFFENBAUCH & HRITZ, LLC**
**1095 CHAPLIN ROAD**
**Suite 200**
**Morgantown, WV 26501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,102.19 |
|---|---|---|---|

**DISCOUNT INDUSTRIAL SUPP. CORP**
**912 FIFTH ST. WEST**
**Huntington, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**DODDRIDGE CO LIVESTOCK SALE**
**461 MAIN STREET**
**West Union, WV 26456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.50 |
|---|---|---|---|

**E.M.P., INC.**
**PO BOX 1103**
**Glenpool, OK 74033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.00 |
|---|---|---|---|

**EDR**
**PO BOX 414176**
**Boston, MA 02241-4176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**EDWARDS CO., LLC**
**1182 STEVENS RUN RD**
**Lost Creek, WV 26385-7173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.50 |
|---|---|---|---|

**ELECTRICAL CONNECTIONS, LLC**
**94 OAK RIDGE ESTATES ROAD**
**Mount Clare, WV 26408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**EMORY ROTHENBUHLER AND SONS,INC.**
**47126 SUNFISH CREEK RD**
**Beallsville, OH 43716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,503.50 |
|---|---|---|---|

**ENERGY TRANSPORTATION LLC**
**PO BOX 430**
**Bridgeport, WV 26330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,612.53 |
|---|---|---|---|

**ENI USA R&M CO., INC. - CABOT, PA**
**PO BOX 7247-7028**
**Philadelphia, PA 19170-7028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**ENTERPRISE**
**PO BOX 843369**
**Kansas City, MO 64184-0024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,804.72 |
|---|---|---|---|

**ENVIROCLEAN, LLC**
**dba M&M SEPTIC PUMPING**
**PO BOX 550**
**Clarksburg, WV 26302-0550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor No. 1-20-bk-00738 Doc 1 Filed 09/29/20 Entered 09/29/20 17:00:58 Page 59 of
Ryan Environmental, LLC                                    Case number (if known) 134
Name

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **ENVIROPROBE INTEGRATED SOLUTIONS, INC.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **630 CROSS LANES DRIVE** | ☐ Disputed | |
| | **Nitro, WV 25143** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,459.50** |
|---|---|---|---|
| | **EULER HERMES NORTH AMERICA INSURANCE CO** | ☐ Contingent | |
| | **C/O FINANCE DEPARTMENT** | ☐ Unliquidated | |
| | **800 RED BROOK BLVD** | ☐ Disputed | |
| | **Owings Mills, MD 21117-1008** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,027.25** |
|---|---|---|---|
| | **EUREKA MIDSTREAM, LLC** | ☐ Contingent | |
| | **1701 1/2 POST OAK BLVD., #479** | ☐ Unliquidated | |
| | **Houston, TX 77056** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.00** |
|---|---|---|---|
| | **EUROFINS CEI, INC.** | ☐ Contingent | |
| | **730 SE MAYNARD ROAD** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,105,800.00** |
|---|---|---|---|
| | **First United Bank & Trust** | ☐ Contingent | |
| | **19 South Second Street** | ☐ Unliquidated | |
| | **Oakland, MD 21550** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/14/20** | **Basis for the claim:**  **No collateral** | |
| | Last 4 digits of account number  **7001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30.39** |
|---|---|---|---|
| | **FLEET PRIDE** | ☐ Contingent | |
| | **P.O. BOX 281811** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-1811** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,807.09** |
|---|---|---|---|
| | **FLEX FLEET RENTAL** | ☐ Contingent | |
| | **2855 E. COTTONWOOD PARKWAY** | ☐ Unliquidated | |
| | **Ste 100** | ☐ Disputed | |
| | **Salt Lake City, UT 84121** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,783.69 |
|---|---|---|---|

**FOSTER SUPPLY, INC.**
P O BOX 488
4847 TEAYS VALLEY ROAD
Scott Depot, WV 25560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,125.00 |
|---|---|---|---|

**G.O.B. SERVICES LLC**
832 BROAD ST
Summersville, WV 26651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,382.57 |
|---|---|---|---|

**GARRETT COMPANY, LLC**
dba SWISHER FEED & SUPPLY
Weston, WV 26452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.05 |
|---|---|---|---|

**GARRETT INDUSTRIAL SUPPLY, INC.**
104 COMMERCE DRIVE
Oakland, MD 21550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.00 |
|---|---|---|---|

**GAS ANALYTICAL SERVICES, INC.**
29059 NETWORK PLACE
Chicago, IL 60673-1290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.28 |
|---|---|---|---|

**GEO SEARCH**
PO BOX 975353
Dallas, TX 75397-5353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**GLOTFELTY ENTERPRISES, INC.**
14161 GARRETT HWY
Oakland, MD 21550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor Ryan Environmental, LLC
Name
No. 1:20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 61 of 134
Case Number (if known)

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | $7,767.04 |
| | GOPHER MATS, LLC | |
| | dba VIKING MAT COMPANY | |
| | PO BOX 743790 | |
| | Atlanta, GA 30374-3790 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | $2,746.99 |
| | GREEN'S FEED & SEED, INC. | |
| | 314 PIEDMONT ROAD | |
| | Charleston, WV 25301 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | $4,000.00 |
| | GREENTREE SERVICES, INC. | |
| | 28 3RD STREET NE #692 | |
| | Faribault, MN 55021 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | $1,328.60 |
| | GUMP'S SEPTIC & PORTABLE RESTROOM SVC | |
| | PO BOX 441 | |
| | Reader, WV 26167 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | $7,038.56 |
| | GUTTMAN ENERGY, INC. | |
| | PO BOX 536250 | |
| | Pittsburgh, PA 15253-5904 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | $8,344.55 |
| | HALL DRILLING,LLC | |
| | 1137 E WASHINGTON AVE | |
| | Ellenboro, WV 26346 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | $38,024.21 |
| | HIGHMARK WV | |
| | PO BOX 382153 | |
| | Pittsburgh, PA 15251-8113 | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,537.67 |
|---|---|---|---|
| | **HOG LICK AGGREGATES LLC**<br>**340 HOG LICK HOLLOW**<br>**Fairmont, WV 26554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,681.45 |
|---|---|---|---|
| | **HOGAN'S CRANE SERVICE, LLC**<br>**TIMOTHY F. HOGAN**<br>**Bridgeport, WV 26330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,429.75 |
|---|---|---|---|
| | **HOWARD L. BOWERS CONTRACTING CO., INC.**<br>**PO BOX 2249**<br>**Steubenville, OH 43953** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.50 |
|---|---|---|---|
| | **HURSHEL ROWAN**<br>**dba SUTTON SERVICES**<br>**P.O. Box 114**<br>**Sutton, WV 26601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,373.37 |
|---|---|---|---|
| | **HYDROTECH TESTING SERVICES**<br>**87 SHILOH DRIVE**<br>**Chester, WV 26034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,936.08 |
|---|---|---|---|
| | **ILEASE & RENTALS LLC**<br>**PO BOX 848**<br>**Bridgeport, WV 26330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,700.00 |
|---|---|---|---|
| | **INDEPENDENT CONTRACTORS DISTRIBUTORS**<br>**P O BOX 2587**<br>**Ashland, KY 41105-2587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,840.00** |
|---|---|---|---|
| | **INDUSTRIAL TRAINING SERVICES, INC.**<br>**120 MAX HURT DR**<br>**Murray, KY 42071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,626.00** |
|---|---|---|---|
| | **INSTANT GROWTH HYDROSEEDING, LLC**<br>**140 VIP DRIVE**<br>**Masontown, WV 26542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,200.00** |
|---|---|---|---|
| | **INTEGRITY MEASUREMENT & CONTROL, LP**<br>**P.O. BOX 1889**<br>**Sugar Land, TX 77487-1189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|
| | **J&J PAVING**<br>**273 HILLTOP DRIVE**<br>**Princeton, WV 24740-7329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$745.00** |
|---|---|---|---|
| | **J-B CONSULTING SAFETY TRAINING**<br>**1831 PLEASANT VALLEY ROAD**<br>**Fairmont, WV 26554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130,071.00** |
|---|---|---|---|
| | **JAN X-RAY SERVICES, INC.**<br>**PO Box 29253**<br>**New York, NY 10087-9253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,420.74** |
|---|---|---|---|
| | **JAY D ENTERPRISES**<br>**253 EAST FIRST STREET**<br>**Waynesburg, PA 15370** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

No. 1-20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 64 of 134

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,291.17 |
|---|---|---|---|
| | **JGM SALES** | ☐ Contingent | |
| | **139 SHIDLER RUN ROAD** | ☐ Unliquidated | |
| | **Amity, PA 15311** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,093.30 |
|---|---|---|---|
| | **JOE'S AUTO GLASS, LLC** | ☐ Contingent | |
| | **3347 US HWY 33 W** | ☐ Unliquidated | |
| | **Weston, WV 26452** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,331.89 |
|---|---|---|---|
| | **KINGS TIRE SERVICE, INC.** | ☐ Contingent | |
| | **US ROUTE 52 NORTH** | ☐ Unliquidated | |
| | **Bluefield, WV 24701** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,908.00 |
|---|---|---|---|
| | **KLRS,LLC** | ☐ Contingent | |
| | **277 CHRISTOPHER AVE.** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,113.47 |
|---|---|---|---|
| | **KUBOTA CREDIT CORPORATION, USA** | ☐ Contingent | |
| | **PO BOX 0559** | ☐ Unliquidated | |
| | **Dallas, GA 30132-0559** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,909.00 |
|---|---|---|---|
| | **LAND CLEARING SPECIALISTS, INC.** | ☐ Contingent | |
| | **111 KELSO ROAD** | ☐ Unliquidated | |
| | **Mc Donald, PA 15057** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,086.00 |
|---|---|---|---|
| | **LEE SUPPLY CO, INC** | ☐ Contingent | |
| | **PO BOX 640335** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264-0335** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $869.20 |
|---|---|---|---|

**LEEMAX SAFETY SOLUTIONS, LLC**
**1310 GREENMONT HILLS DRIVE**
**Vienna, WV 26105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,553.47 |
|---|---|---|---|

**LESLIE EQUIPMENT COMPANY**
**P.O. BOX 1547**
**Elkins, WV 26241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,001.46 |
|---|---|---|---|

**LIBERTY SALES AND DISTRIBUTION, LLC**
**2880 BERGEY ROAD, SUITE F**
**Hatfield, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160,520.00 |
|---|---|---|---|

**LIGONIER CONSTRUCTION COMPANY**
**P.O. BOX 277**
**Laughlintown, PA 15655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,281.47 |
|---|---|---|---|

**LITMAN EXCAVATING, INC.**
**836 1ST STREET**
**New Martinsville, WV 26155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.04 |
|---|---|---|---|

**LOFFA ENTERPRISES INC**
**dba SPECIALTY SUPPLY COMPANY**
**Wheeling, WV 26003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,842.10 |
|---|---|---|---|

**MAGNA SERVICE AGENCY**
**600 OLD POND RD, STE 507**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.00 |
|---|---|---|---|
| | **MAGNOLIA LAYNE BOUTIQUE**<br>**832 CALL VALLEY ROAD**<br>**Swords Creek, VA 24649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,842.00 |
|---|---|---|---|
| | **MARK KILKENNY HEALTH & SAFETY CONSULTAN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,247.82 |
|---|---|---|---|
| | **MARSHALL COUNTY COOPERATIVE IN**<br>**400 ELEVENTH STREET**<br>**PO BOX 455**<br>**Moundsville, WV 26041-0455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $852.79 |
|---|---|---|---|
| | **MATTHEWS LUBRICANTS INC**<br>**3498 GRAND AVENUE**<br>**Pittsburgh, PA 15225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.04 |
|---|---|---|---|
| | **MCM BUSINESS SYSTEMS**<br>**1315 BUCKHANNON PIKE**<br>**Clarksburg, WV 26301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,898.00 |
|---|---|---|---|
| | **MEDEXPRESS URGENT CARE, PC**<br>**PO BOX 7959**<br>**Belfast, ME 04915-7900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,275.00 |
|---|---|---|---|
| | **MID ATLANTIC MAINTENANCE**<br>**PO BOX 3405**<br>**Parkersburg, WV 26103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,786.17 |
|---|---|---|---|
| | **MILLENIUM TORQUE & TENSIONING, INC.**<br>PO BOX 13<br>Eighty Four, PA 15330-0365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,403.47 |
|---|---|---|---|
| | **MINGO JUNCTION STEEL WORKS LLC**<br>500 SENECA STREET<br>Suite 504<br>Buffalo, NY 14204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $458.19 |
|---|---|---|---|
| | **MON POWER**<br>PO BOX 3615<br>Akron, OH 44309-3615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,388.52 |
|---|---|---|---|
| | **MONT LEVINE, INC.**<br>P.O. BOX 2080<br>Fairmont, WV 26555-2080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,053.00 |
|---|---|---|---|
| | **MOOREHEAD BROTHERS INC**<br>PO BOX 124<br>Blacksburg, SC 29702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,397.36 |
|---|---|---|---|
| | **MORAIN SALES AND SERVICES, INC.**<br>1217 SALT SPRINGS ROAD<br>Mineral Ridge, OH 44440 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,544.85 |
|---|---|---|---|
| | **MORGAN & SONS, INC.**<br>1380 EAST GRAFTON RD<br>Fairmont, WV 26554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,744.20 |
|---|---|---|---|
| | **MORGANTOWN POWER EQUIPMENT** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,280.40 |
|---|---|---|---|
| | **MSES CONSULTANTS, INC.** | ☐ Contingent | |
| | **P.O. DRAWER 190** | ☐ Unliquidated | |
| | **Clarksburg, WV 26302-0190** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.13 |
|---|---|---|---|
| | **MT STATE TRAILER RENTAL, INC.** | ☐ Contingent | |
| | **482 LOWER AARON'S CREEK RD** | ☐ Unliquidated | |
| | **Morgantown, WV 26508** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $570.20 |
|---|---|---|---|
| | **MURPHY TRACTOR & EQUIPMENT CO., INC.** | ☐ Contingent | |
| | **60611 HULSE ROAD** | ☐ Unliquidated | |
| | **Cambridge, OH 43725** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.54 |
|---|---|---|---|
| | **MVB VISA** | ☐ Contingent | |
| | **1000 JOHNSON AVE.** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Casto, J.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,489.41 |
|---|---|---|---|
| | **MVB Visa** | ☐ Contingent | |
| | **1000 Johnson Ave.** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Fowl** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,684.67 |
|---|---|---|---|
| | **MVB VISA** | ☐ Contingent | |
| | **1000 Johnson Ave.** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Lewis, S** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | **NATERNICOLA'S MASONRY, LLC**<br>**626 MARYLAND AVENUE**<br>**Fairmont, WV 26554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.19 |
|---|---|---|---|
| | **NATIONAL LIME & STONE COMPANY**<br>**PO BOX 120**<br>**Findlay, OH 45839-0120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.27 |
|---|---|---|---|
| | **NATIONAL TANK & EQUIPMENT**<br>**1600 ROUTE 136**<br>**Washington, PA 15301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,712.00 |
|---|---|---|---|
| | **NEEDS FARMS LLC**<br>**C/O STEVE NEEDS**<br>**3491 Canal Rd. NE**<br>**Millersport, OH 43046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,932.15 |
|---|---|---|---|
| | **NEWLONS INTERNATIONAL SALES, LLC**<br>**PO BOX 1334**<br>**Elkins, WV 26241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.00 |
|---|---|---|---|
| | **NONDESTRUCTIVE INSPECTION SERVICE INC**<br>**2825 ROUTE 60, EAST**<br>**Hurricane, WV 25526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,840.12 |
|---|---|---|---|
| | **OCTANE ENVIRONMENTAL LLC**<br>**PO BOX 67**<br>**Bridgeport, WV 26330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor Ryan Environmental, LLC
Name
No. 1:20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 70 of
134
Case number *(if known)*

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,469.52 |
|---|---|---|---|

**OHIO VALLEY SEPTIC INC.**
**190 VALLEY VIEW DRIVE**
**Wellsburg, WV 26070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $813.56 |
|---|---|---|---|

**OLIVER FUELS AND OIL INC**
**PO BOX 2208**
**Decatur, AL 35609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,954.00 |
|---|---|---|---|

**OMNI METRIX GLOBAL MONITORING AND**
**CNTRL**
**4295 HAMILTON MILL ROAD**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,230.03 |
|---|---|---|---|

**PAC-VAN, INC.**
**75 REMITTANCE DRIVE**
**Suite 3300**
**Chicago, IL 60675-3300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,812.30 |
|---|---|---|---|

**PACE ANALYTICAL SERVICES, LLC**
**P.O. BOX 684056**
**Chicago, IL 60695-4056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.00 |
|---|---|---|---|

**PATRIOT PILOTING SERVICES LLC**
**PO BOX 114**
**Lawrence, PA 15055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.30 |
|---|---|---|---|

**PEACEMAKER SEPTIC SERVICE FARMS**
**18410 BLOOMERYPIKE**
**Bloomery, WV 26817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.74 |
|---|---|---|---|
| | **PEOPLES - WV**<br>**PO BOX 645345**<br>**Pittsburgh, PA 15264-5251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,130.90 |
|---|---|---|---|
| | **PERKINS SUPPLY, INC.**<br>**2966 NORTHWEST PIKE**<br>**Pennsboro, WV 26415-9624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.25 |
|---|---|---|---|
| | **PETROMAX, LTD**<br>**301 PRESTLEY ST.**<br>**Carnegie, PA 15106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.94 |
|---|---|---|---|
| | **PITNEY BOWES GLOBAL FINANCIAL SER.,INC**<br>**PO BOX 371887**<br>**Pittsburgh, PA 15250-7887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.87 |
|---|---|---|---|
| | **PITNEY BOWES POSTAGE BY PHONE**<br>**PO BOX 371874**<br>**Pittsburgh, PA 15250-7874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,951.07 |
|---|---|---|---|
| | **PRODUCTIVITY PLUS**<br>**DEPT. 93 - 55002218881**<br>**Phoenix, AZ 85062-8004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,519.46 |
|---|---|---|---|
| | **PURDY RUN AGGREGATES, LLC**<br>**PO BOX 4265**<br>**Clarksburg, WV 26302-4265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address**<br>**QUALITY MACHINE CO INC**<br>**P O BOX 878**<br>**Bridgeport, WV 26330** | **$1,785.15** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address**<br>**QW HOLDING CORPORATION**<br>**dba: QUALA**<br>**P.O. BOX 534698**<br>**Atlanta, GA 30353-4698** | **$477.75** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address**<br>**RANDOM PRODUCTS INC.**<br>**PO BOX 25065**<br>**Cleveland, OH 44125** | **$3,067.00** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address**<br>**RANSON INSPECTION SERVICES, LLC**<br>**422 COLEMAN BRANCH ROAD**<br>**Ripley, WV 25271** | **$2,970.00** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address**<br>**RDR ENERGY RESOURCES, INC.**<br>**1272 E. PIKE ST**<br>**Clarksburg, WV 26301** | **$16,000.00** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address**<br>**REDBIRD DEVELOPMENT, LLC**<br>**11565 STATE ROUTE 676**<br>**Vincent, OH 45784** | **$168.00** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address**<br>**RELIANCE LABORATORIES INC**<br>**P O BOX 4657**<br>**Bridgeport, WV 26330-4657** | **$70.00** |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $278,230.29 |
|---|---|---|---|
| | **RIDGE RUNNER PIPELINE SERVICES** | ☐ Contingent | |
| | **P.O. Box 159** | ☐ Unliquidated | |
| | **Maidsville, WV 26541** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,850.00 |
|---|---|---|---|
| | **RISH EQUIPMENT CO.** | ☐ Contingent | |
| | **5957 WINDSWEPT BLVD** | ☐ Unliquidated | |
| | **Wise, VA 24293** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,223.24 |
|---|---|---|---|
| | **RON'S PORTA JOHNS,INC** | ☐ Contingent | |
| | **346 INDIAN RUN ROAD** | ☐ Unliquidated | |
| | **Marietta, OH 45750** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128,804.12 |
|---|---|---|---|
| | **RYAN ENVIRONMENTAL TRANSPORT** | ☐ Contingent | |
| | **5793 W. VETERANS MEMORIAL HWY** | ☐ Unliquidated | |
| | **Bridgeport, WV 26330** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,312.27 |
|---|---|---|---|
| | **SAFETY-KLEEN SYSTEMS, INC.** | ☐ Contingent | |
| | **PO BOX 382066** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-8066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,300.00 |
|---|---|---|---|
| | **SANDBAGS LLC** | ☐ Contingent | |
| | **4301 S VALLEY VIEW BLVD STE 19** | ☐ Unliquidated | |
| | **Las Vegas, NV 89103-4008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,927.33 |
|---|---|---|---|
| | **SECUR O&G, LLC** | ☐ Contingent | |
| | **409 BROAD STREET** | ☐ Unliquidated | |
| | **Allison Park, PA 15101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,323.54 |
|---|---|---|---|

**3.180** Nonpriority creditor's name and mailing address
SHAFER EQUIPMENT, LLC
141 CAMPBELLS CREEK RD
Charleston, WV 25306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$12,323.54

---

**3.181** Nonpriority creditor's name and mailing address
SHAMBLIN STONE, INC.
P.O. BOX 744199
Atlanta, GA 30374

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,368.19

---

**3.182** Nonpriority creditor's name and mailing address
SLEEP INN & SUITES
8 WAL MART DRIVE
Moundsville, WV 26041

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,762.80

---

**3.183** Nonpriority creditor's name and mailing address
SOUTHEASTERN EQUIPMENT CO., INC.
PO BOX 536
Cambridge, OH 43725

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$68,009.21

---

**3.184** Nonpriority creditor's name and mailing address
SPARKLE WASH
231 CATAWBA ROAD
Fairmont, WV 26554

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,154.98

---

**3.185** Nonpriority creditor's name and mailing address
SPARTAN MAT, LLC
3158 E BONANZA CT
Gilbert, AZ 85297

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,795.36

---

**3.186** Nonpriority creditor's name and mailing address
SPRINT
PO BOX 4181
Carol Stream, IL 60197-4181

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,200.00

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,135.24 |
|---|---|---|---|
| | **STATE ELECTRIC**<br>**PO BOX 890889**<br>**Charlotte, NC 28289-0089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,459.82 |
|---|---|---|---|
| | **STEPTOE & JOHNSON PLLC**<br>**400 WHITE OAKS BLVD**<br>**Suite 247**<br>**Bridgeport, WV 26330-0247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|
| | **STEWART'S ELECTRICAL INSPECTION**<br>**305 OAK STREET**<br>**Irwin, PA 15642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,775.00 |
|---|---|---|---|
| | **SUPREME TRAFFIC CONTROL SERVICE LLC**<br>**3851 PERRYSVILLE AVENUE**<br>**Pittsburgh, PA 15214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,190.42 |
|---|---|---|---|
| | **SUSQUEHANNA WIRE ROPE & RIGGING**<br>**PO BOX P**<br>**Ridgway, PA 15853** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,460.00 |
|---|---|---|---|
| | **TANK SERVICES**<br>**PO BOX 71**<br>**Dennison, OH 44621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,957.70 |
|---|---|---|---|
| | **TEI ANALYTICAL SERVICES, INC.**<br>**PO BOX 844474**<br>**Dallas, TX 75284-4474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.03 |
|---|---|---|---|

**TEKSOLV, INC**
130 EXECUTIVE DRIVE
Suite 5
Newark, DE 19702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.36 |
|---|---|---|---|

**THE HOME CITY ICE COMPANY**
PO BOX 111116
Cincinnati, OH 45211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $618.38 |
|---|---|---|---|

**THE SHERWIN-WILLIAMS CO.**
1208 W. MAIN STREET
Bridgeport, WV 26330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,378.24 |
|---|---|---|---|

**THE TRENTON CORPORATION**
7700 JACKSON RD
Ann Arbor, MI 48103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,572.00 |
|---|---|---|---|

**THREE-D DRILLING INC**
2839 DOGTOWN RD
Reedsville, WV 26547-9729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,185.10 |
|---|---|---|---|

**TRENCHTECH,INC.**
PO BOX 3039
Ambler, PA 19002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TRI-STATE PETROLEUM CORP.**
P.O. BOX 4006
Wheeling, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Ryan Environmental, LLC    Case number (if known)
Name
No. 1:20-bk-00738    Doc 1    Filed 09/29/20    Entered 09/29/20 17:00:58    Page 77 of 134

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **TYGART ELECTRIC** | ☐ Contingent | |
| | **PO BOX 301** | ☐ Unliquidated | |
| | **Grafton, WV 26354** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,856.50 |
|---|---|---|---|
| | **UNEX** | ☐ Contingent | |
| | **dba HYTORC** | ☐ Unliquidated | |
| | **333 Route 17 North** | ☐ Disputed | |
| | **Mahwah, NJ 07430** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,824.39 |
|---|---|---|---|
| | **UNIFIRST CORPORATION** | ☐ Contingent | |
| | **3 PROGRESS WAY** | ☐ Unliquidated | |
| | **Clarksburg, WV 26301** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.38 |
|---|---|---|---|
| | **UNITED PARCEL SERVICE** | ☐ Contingent | |
| | **PO BOX 809488** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-0711** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,350.16 |
|---|---|---|---|
| | **UNITED RENTALS (NO. AMERICA), INC.** | ☐ Contingent | |
| | **PO BOX 100711** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-0711** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,886.98 |
|---|---|---|---|
| | **VALLEY GENERAL CONTRACTING, INC** | ☐ Contingent | |
| | **DRAWER 2030** | ☐ Unliquidated | |
| | **Fairmont, WV 26555** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.00 |
|---|---|---|---|
| | **VERTICAL ACCESS SOLUTIONS** | ☐ Contingent | |
| | **PO BOX 64291** | ☐ Unliquidated | |
| | **Baltimore, MD 21264-4291** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13.81 |
|---|---|---|---|

**WASTE MANAGEMENT**
PO BOX 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,890.33 |
|---|---|---|---|

**WASTE MANAGEMENT**
PO BOX 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**WELKER**
13839 WEST BELLFORT STREET
Sugar Land, TX 77498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,385.90 |
|---|---|---|---|

**WILKIE CONTRACTING CO**
PO BOX T
Claysville, PA 15323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,781.84 |
|---|---|---|---|

**WILLIAMS SCOTSMAN, INC.**
PO BOX 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,466.67 |
|---|---|---|---|

**WILLQUIP LLC**
5801 US HWY 19N
Jane Lew, WV 26378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,415.29 |
|---|---|---|---|

**WILSON SUPPLY COMPANY**
15401 MCMULLEN HWY,SW
Cumberland, MD 21502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**WINE'S ADVERTISING**
**2271 US HIGHWAY 19N**
**Jane Lew, WV 26378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,582.30 |
|---|---|---|---|

**WOLFE ENVIRONMENTAL TRANSPORT,**
**LLC**
**70 COLUMBIA BLVD**
**Clarksburg, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,708.00 |
|---|---|---|---|

**WOODFORD OIL**
**PO BOX 567**
**Elkins, WV 26241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.00 |
|---|---|---|---|

**WORLDWIDE PARTS DEPARTMENT**
**685 INDUSTRIAL PARK RD**
**Jane Lew, WV 26378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**WVFX**
**PO BOX 14200**
**Tallahassee, FL 32317-4200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,830.94 |
|---|---|---|---|

**XYLEM DEWATERING SOLUTIONS, INC.**
**28611 NETWORK PLACE**
**Chicago, IL 60673-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,426.68 |
|---|---|---|---|

**YAGER MATERIALS CORP**
**PO BOX 2000**
**Owensboro, KY 42302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 |
|---|---|---|---|

**ZINN'S SEPTIC SERVICES, LLC**
**175 CLOVERLEAF LANE**
**Buckhannon, WV 26201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,186,208.11 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,186,208.11 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ryan Environmental,LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **managed IT and backup services/monthly Executory** | |
| | State the term remaining | | **Advantage Technology** |
| | List the contract number of any government contract | | **950 Kanawha Blvd E Suite 100 Charleston, WV 25301** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Field Office location - 2500 sq ft office building Note:** **Location and certain lab equipment subleased for $4,000.00** | |
| | State the term remaining | | **Bridgeport Storage LLC** |
| | List the contract number of any government contract | | **24 Keystone Drive Bridgeport, WV 26330** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **330 Excavator** | |
| | State the term remaining | | **Caterpillar Financial Services Corporati** |
| | List the contract number of any government contract | | **2120 West End Avenue Nashville, TN 37203** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **See attached** | |
| | State the term remaining | **Lease** | **Enterprise Fleet Management** |
| | List the contract number of any government contract | | **Two Penn CTR W Blvd  Suite 215 Pittsburgh, PA 15276-0110** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy


 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Fabrication shop and yard month to month**

State the term remaining — **Lease**

List the contract number of any government contract

**GAL Land Company**
**1433 Harmony Grove Road**
**Harmony Grove, WV 26501**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **IT Server/ equipment**

State the term remaining — **41 Lease**

List the contract number of any government contract

**Great American Financial Services  Corp**
**625 First Street SE**
**Cedar Rapids, IA 52406-0609**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Pipeline contract in progress**

State the term remaining — **Warranty**

List the contract number of any government contract

**Hampshire Gas Company**
**6801 Industrial Rd**
**P.O. Box 3**
**Springfield, VA 22151**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Mechanical Warranty**

State the term remaining — **Warranty**

List the contract number of any government contract

**Hampshire Gas Company**
**6801 Industrial Rd**
**P.O. Box 3**
**Springfield, VA 22151**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Maintenance agreement**

State the term remaining — **12 Executory**

List the contract number of any government contract

**Hart Office Solutions**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Pipeline construction-warranty Faldowski**

State the term remaining — **Warranty**

**Jefferson Gas Gathering Company, LLC**
**320 Southview Drive**
**Bridgeport, WV 26330**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **210GL 2016 L Excavator** | |
|---|---|---|---|
| | State the term remaining | **10 Lease** | **John Deere Financial** |
| | List the contract number of any government contract | _____ | **6400 NW 86th St, PO Box 6600 Johnston, IA 50131-6600** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **300Gl 2016 300 GL Excavator** | |
|---|---|---|---|
| | State the term remaining | **16 Lese** | **John Deere Financial** |
| | List the contract number of any government contract | _____ | **6400 NW 86th St, PO Box 6600 Johnston, IA 50131-6600** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **850K Sideboom 2013 Crawler Dozer** | |
|---|---|---|---|
| | State the term remaining | **8** | **John Deere Financial** |
| | List the contract number of any government contract | _____ | **6400 NW 86th St, P.O. Box 6600 Johnston, IA 50131-6600** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **PC 210 Excavator** | |
|---|---|---|---|
| | State the term remaining | **23 Lease** | **Komatsu Financial Limited Partnership** |
| | List the contract number of any government contract | _____ | **P.O. Box 99303 Chicago, IL 60693** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **PC 210 Excavator** | |
|---|---|---|---|
| | State the term remaining | **21 Lease** | **Komatsu Financial Limited Partnership** |
| | List the contract number of any government contract | _____ | **P.O. Box 99303 Chicago, IL 60693** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Pipeline construction-warranty Mobley

State the term remaining — Warranty

List the contract number of any government contract

Markwest Liberty Midstream and Resources
320 Southview Drive
Bridgeport, WV 26330

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Stewart Longwall 1-warranty

State the term remaining — Warranty

List the contract number of any government contract

Markwest Liberty Midstream and Resources
320 Southview Drive
Bridgeport, WV 26330

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Gravel yard space

State the term remaining — Lease

List the contract number of any government contract

Putnam Holdings LLC
4392 First Avenue
Nitro, WV 25143

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — 10,000 Sq ft of office/shop/warehouse/garage space and 4 acres of yard area

State the term remaining — 34 Lease

List the contract number of any government contract

RICA Developers LLC
5793 W Veterans Memorial Highway
Bridgeport, WV 26330

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — Copier

State the term remaining — 30 Months Lease

List the contract number of any government contract

Toshiba Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — Uniform Agreement

State the term remaining — Executory

List the contract number of any

UniFirst
3 Progress Way
Clarksburg, WV 26301

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |



# Ryan Environmental LLC (453050)

| Vehicle | Customer Vehicle ID** | VIN | Year | Make | Model | Delivery Date | Months In Service* | Lease End Date |
|---------|----------------------|-----|------|------|-------|---------------|---------------------|----------------|
| 22XXCD | Corrosion | 1C6RR7ST8KS547500 | 2019 | RAM | 1500 Classic | 11/19/2018 | 21 | 11/30/2021 |
| 22ZBZ8 | Corrosion | 1C6RR7KT1KS500910 | 2019 | RAM | 1500 Classic | 11/29/2018 | 21 | 11/30/2021 |
| 232JP2 | Jones Floater | 1C6RR7KG1KS548748 | 2019 | RAM | 1500 Classic | 1/15/2019 | 19 | 1/31/2023 |
| 2384WS | Corrosion | 1GCUYAEF0KZ370053 | 2019 | Chevrolet | Silverado 1500 | 7/26/2019 | 13 | 7/31/2023 |
| 2384ZR | Mgmt | 3GCUYDED0KG211212 | 2019 | Chevrolet | Silverado 1500 | 7/26/2019 | 13 | 7/31/2023 |
| 23B9KC | Cleaning-WV | 3C6UR5HL3KG702077 | 2019 | RAM | 2500 | 11/27/2019 | 9 | 11/30/2022 |
| 23B9KJ | Jones Floater | 3C6UR5HL2KG705407 | 2019 | RAM | 2500 | 12/10/2019 | 8 | 12/31/2022 |
| 23B9KM | Jones Floater | 3C6UR5HL2KG705410 | 2019 | RAM | 2500 | 12/6/2019 | 8 | 12/31/2022 |
| 23B9KN | Jones Floater | 3C6UR5HL4KG705411 | 2019 | RAM | 2500 | 12/20/2019 | 8 | 12/31/2022 |
| 23B9KR | Jones Floater | 3C6UR5HL6KG705412 | 2019 | RAM | 2500 | 12/6/2019 | 8 | 12/31/2022 |
| 23B9KX | Corrosion | 3C6UR5HL8KG705413 | 2019 | RAM | 2500 | 12/6/2019 | 8 | 12/31/2022 |
| 23B9L3 | Nitro | 3C6UR5HL4KG705408 | 2019 | RAM | 2500 | 12/20/2019 | 8 | 12/31/2022 |
| 23B9L5 | Jones Floater | 3C6UR5HL6KG705409 | 2019 | RAM | 2500 | 12/20/2019 | 8 | 12/31/2022 |
| 23B9L7 | Mgmt | 1C6RR7ST9KS731151 | 2019 | RAM | 1500 Classic | 12/10/2019 | 8 | 12/31/2022 |
| 23B9LC | Mgmt | 1C6RR7ST0KS731152 | 2019 | RAM | 1500 Classic | 12/20/2019 | 8 | 12/31/2022 |
| 23B9LF | Jones Floater | 1C6RR7ST2KS731153 | 2019 | RAM | 1500 Classic | 12/20/2019 | 8 | 12/31/2022 |
| 22L68Z | Sales | 1C6RR7KT4JS147951 | 2018 | RAM | 1500 | 10/30/2017 | 34 | 10/31/2021 |
| 22L692 | Jones Floater | 1C6RR7KT0JS140284 | 2018 | RAM | 1500 | 10/10/2017 | 34 | 10/31/2021 |
| 22NQ56 | Jones Floater | 3C63R3GL7JG174060 | 2018 | RAM | 3500 | 1/15/2018 | 31 | 1/31/2022 |
| 22NRZR | Sales-WV | 1C4RJFAG8JC199771 | 2018 | Jeep | Grand Cherokee | 1/15/2018 | 31 | 1/31/2022 |
| 22R37J | Jones Floater | 1GT12REGXJF170082 | 2018 | GMC | Sierra 2500HD | 4/9/2018 | 28 | 4/30/2021 |
| 22RC5D | Mgmt | 1FM5K8BH7JGA78152 | 2018 | Ford | Explorer | 4/23/2018 | 28 | 4/30/2021 |
| 22RQXG | Pipeline | 4XARVA871J8500517 | 2018 | *Polaris | *Ranger | 5/4/2018 | 27 | 6/30/2021 |
| 22SD2H | Jones Floater | 1FT7W2BT4JEC35960 | 2018 | Ford | F-250 | 5/31/2018 | 27 | 5/31/2022 |
| 22SD2L | Jones Floater | 1FT7W2BT0JEB56592 | 2018 | Ford | F-250 | 6/5/2018 | 26 | 6/30/2022 |
| 22VG39 | Jones Floater | 1FTEW1E57JFD67328 | 2018 | Ford | F-150 | 8/27/2018 | 24 | 8/31/2022 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22W4V3 | Mgmt | 1FTEW1E57JFD26018 | 2018 | Ford | F-150 | 9/21/2018 | 23 | 9/30/2022 |
| 22Z35N | Sales | 3GCUKREC5JG453692 | 2018 | Chevrolet | Silverado 1500 | 11/30/2018 | 21 | 11/30/2021 |
| 22ZD5L | Mgmt | 3GCUKPEC8JG554584 | 2018 | Chevrolet | Silverado 1500 | 12/11/2018 | 20 | 12/31/2021 |
| 23KKHJ | Mgmt | 3C6RR7KT0JG252560 | 2018 | RAM | 1500 | 4/30/2020 | 4 | 3/31/2021 |
| 22RPDT | Pipeline | 4XAWH76A7D2706752 | 2013 | *Polaris | *Ranger | 5/4/2018 | 27 | 6/30/2021 |

Fill in this information to identify the case:

Debtor name     **Ryan Environmental,LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Alan Anderson** | **P.O. Box 1263 Bridgeport, WV 26330 Membership interest** | **First United Bank & Trust** | ☑ D  __2.17__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Clayton Rice** | **2045 Natalie Drive Bridgeport, WV 26330 Full** | **MVB BANK** | ☑ D  __2.30__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3  **Clayton Rice** | **2045 Natalie Drive Bridgeport, WV 26330 Guarantor** | **First United Bank & Trust** | ☑ D  __2.17__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4  **Clayton Rice** | **2045 Natalie Drive Bridgeport, WV 26330 Membership interest** | **First United Bank & Trust** | ☑ D  __2.17__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5  **Clayton Rice** | **2045 Natalie Drive Bridgeport, WV 26330** | **First United Bank & Trust** | ☑ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Ryan Environmental,LLC**                                   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.6 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Clayton Rice** | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **First United Bank &**<br>**Trust** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor __Ryan Environmental, LLC_____    Case number *(if known)* _____

| | Additional Page to List More Codebtors | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Clayton Rice** | 2045 Natalie Drive<br>Bridgeport, WV 26330 | **First United Bank & Trust** | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Clayton Rice** | 2045 Natalie Drive<br>Bridgeport, WV 26330 | **First United Bank & Trust** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Clayton Rice** | 2045 Natalie Drive<br>Bridgeport, WV 26330 | **First United Bank & Trust** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Clayton Rice** | 2045 Natalie Drive<br>Bridgeport, WV 26330 | **First United Bank & Trust** | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Clayton Rice** | 2045 Natalie Drive<br>Bridgeport, WV 26330 | **First United Bank & Trust** | ☐ D ____<br>■ E/F __3.79__<br>☐ G ____ |
| 2.19 | **James J. Cava, Jr.** | 190 Ridgeway Drive<br>Bridgeport, WV 26330<br>Guarantee | **MVB BANK** | ■ D __2.30__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **James J. Cava, Jr.** | 190 Ridgeway Drive<br>Bridgeport, WV 26330<br>Membership interest | **First United Bank & Trust** | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **James J. Cava, Jr.** | 190 Ridgeway Drive<br>Bridgeport, WV 26330<br>Limited $200,000.00 | **First United Bank & Trust** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Ryan Environmental,LLC | Case number *(if known)* | |
|---|---|---|---|

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.22 **James J. Cava, Jr.**
190 Ridgeway Drive
Bridgeport, WV 26330
Limited $187,500, $250,000 CD Pledge

**First United Bank & Trust**

■ D   **2.10** ____
☐ E/F   _____
☐ G   _____

**Fill in this information to identify the case:**

Debtor name     **Ryan Environmental,LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$6,415,986.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$28,552,286.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$25,158,611.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alan Anderson**<br>P.O. Box 1263<br>Bridgeport, WV 26330<br>Member | 8/1/2019-7/31<br>/2020 | **$92,308.00** | **Guaranteed payments** |
| 4.2. **Clayton Rice**<br>2045 Natalie Drive<br>Bridgeport, WV 26330<br>Member | 8/1/2019-7/31<br>/2020 | **$151,990.52** | **Guaranteed payments** |
| 4.3. **James J. Cava, Jr.**<br>190 Ridgeway Drive<br>Bridgeport, WV 26330<br>Member | 8/1/2019-7/31<br>/2020 | **$96,153.75** | **Guaranteed payments** |
| 4.4. **Cava & Banko, PLLC**<br>117 E. Main Street<br>Bridgeport, WV 26330<br>Jim Cava Member | 8/1/2019-7/31<br>/2020 | **$19,315.00** | **Professional accounting services** |
| 4.5. **Rica Developers LLC**<br>2045 Natalie Drive<br>Bridgeport, WV 26330<br>Owned by Clayton Rice/James Cava | 8/1/2019-7/31<br>/2020 | **$140,700.00** | **Lease payments for home office/yard/shop** |
| 4.6. **Bridgeport Storage, LLC**<br>P.O. Box 1296<br>Bridgeport, WV 26330<br>Clayton Rice member | 8/1/2019-7/31<br>/2020 | **$40,325.00** | **Lease payments for field office -- Bridgeport**<br>**Payments made for storage unit** |
| 4.7. **James J. Cava, Jr.**<br>190 Ridgeway Drive<br>Bridgeport, WV 26330<br>Member | **Various** | **$0.00** | **See attached loan activity sch** |
| 4.8. **Clayton Rice**<br>2045 Natalie Drive<br>Bridgeport, WV 26330<br>Member | **Various** | **$0.00** | **See attached loan activity Sch** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Belmont Mills, Inc.**<br>**20SCI00027W** | | **BELMONT COUNTY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Armada E&P dba Buckeye Water Service**<br>**CH20190348** | | **MUSKINGUM WATERSHED** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.   **B.E.T., LTD, dba**<br>**Bridgeport Equipment & Tool v Debtor**<br>**20-C-31** | | **Circuit Court of Harrison County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.   **CLEVELAND BROTHERS EQUIPMENT CO., INC. v Debtor**<br>**5641 of 2019** | | **Common Pleas of Westmoreland Co.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5.   **Ridge Runner Pipeline Services, LLC v Debtor**<br>**20-C-161** | | **Circuit Court of Mon County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.   **InstaGrowth v Debtor**<br>**20-C-167** | | **Circuit Court of Harrison County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **WVU Athletic Department** | **Donation Athletic club** | **April 2018** | **$20,080.00** |
| Recipients relationship to debtor | | | |
| 9.2.  **Valley Grove VFD** | **Donation** | **6/20/18** | **$2,500.00** |
| Recipients relationship to debtor | | | |
| 9.3.  **WV State Police Department** | **Cash donation** | **8/15/18** | **$1,000.00** |
| Recipients relationship to debtor | | | |
| 9.4.  **Dominion Energy Golf Tournament** | **Cash Donation** | **7/26/18** | **$4,000.00** |
| Recipients relationship to debtor | | | |
| 9.5.  **Fellowsville VFD** | **Cash Donation** | **08/22/18** | **$1,000.00** |
| Recipients relationship to debtor | | | |
| 9.6.  **Dominion Charity Golf Event** | **Cash donation - sponsorship** | **10/1/19** | **$1,500.00** |
| Recipients relationship to debtor | | | |
| 9.7.  **Medbrook's Childrens Charity** | **Cash Donation** | **11/1/19** | **$3,000.00** |
| Recipients relationship to debtor | | | |

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Collision** | **3017.36** | **9/10/19** | **$3,017.36** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Lease loan gap** | 1462.24 | **09/10/19** | $1,462.24 |
| **All other** | 10817.42 | **09/28/19** | $10,817.12 |
| **Property damage** | 4481.32 | **09/30/20** | $4,481.32 |
| **Collison** | 445.96 | **10/1/19** | $379.74 |
| **Collison** | 1503.46 | **10/2/19** | $1,503.46 |
| **Collison** | 3483.74 | **10/2/19** | $3,483.74 |
| **Property damage** | 3771.10 | **11/11/19** | $3,771.10 |
| **Collison** | 3961.97 | **12/05/19** | $3,961.97 |
| **Collison** | 9386.73 | **06/01/20** | $9,386.73 |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Martin P. Sheehan**<br>**1 Community St., Ste 200**<br>**Wheeling, WV 26003** | | **8/3/20** | **$13,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Phyxius Law, PLLC**<br>**Donald J. Epperly, Esq.**<br>**P.O. Box 1081**<br>**Bridgeport, WV 26330** | | **4/1/20**<br>**-08/15/20** | **$8,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Bridgeport Storage LLC**<br>**24 Keystone Drive**<br>**Bridgeport, WV 26330** | **Clayton Rice**<br>**2045 Natalie Drive**<br>**Bridgeport, WV 26330**<br><br>**Barb Fowler** | **Various financial records and materials** | ☐ No<br>■ Yes |

<table>
<tr><td>Part 11:</td><td>Property the Debtor Holds or Controls That the Debtor Does Not Own</td></tr>
</table>

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<table>
<tr><td>Part 12:</td><td>Details About Environment Information</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **SMITH, COCHRAN AND HICKS, P.L.L.C.**<br>**3510 MacCorkle Ave SE**<br>**Charleston, WV 25304** | **2018** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Arnet Carbis Toothman, PLLC**<br>**110 Washington St East**<br>**Charleston, WV 25329** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

**26d.1.**    **First United Bank & Trust**
          **12892 Garrett Highway Suite 4**
          **Oakland, MD 21550**

**26d.2.**    **MVB BANK**
          **1000 JOHNSON AVE.**
          **Bridgeport, WV 26330**

**26d.3.**    **Premier Bank**
          **14 North Locust St.**
          **Buckhannon, WV 26201**

**26d.4.**    **John Deere Financial**
          **Deere Credit, Inc.**
          **PO Box 6600**
          **Johnston, IA 50131-6600**

**26d.5.**    **Copper Run Capital**
          **1201 Dublin Rd.,**
          **Columbus, OH 43215**

**26d.6.**    **RDR Energy**
          **1272 E. Pike St.,**
          **Clarksburg, WV 26301**

**26d.7.**    **ECM Energy Services**
          **460 Market St.,**
          **Suite 400**
          **Williamsport, PA 17701**

**26d.8.**    **Paccar Financial Corp**
          **PO Box 121166**
          **Dallas, TX 75312-1166**

**26d.9.**    **Marathon Petroleum**
          **1515 Araphoe St.**
          **Tower 1  Suite 160**
          **Denver, CO 80202**

**26d.10.**    **Cava & Banko, PLLC**
          **117 E. Main Street**
          **Bridgeport, WV 26330**

**26d.11.**    **Baker Tilly Virchow Krause, LLP**
          **Two Penn CTR W. Blvd**
          **Suite 215**
          **Pittsburgh, PA 15276-0110**

**26d.12.**    **Hunter Truck Sales**
          **480 Pittsburgh Rd.**
          **Butler, PA 16002**

**26d.13.**    **FNB Equipment Finance**
          **1853 Highway 315**
          **Pittston, PA 18640**

**26d.14.**    **Volvo Financial Services**
          **7025 Albert Pick Road**
          **Suite 102**
          **Greensboro, NC 27409**

Case 1:20-bk-00738   Doc 1   Filed 09/29/20   Entered 09/29/20 17:00:58   Page 101 of 134

| Name and address | |
|---|---|
| 26d.15. | **Mack Financial Services**<br>**P.O. Box 7247-0236**<br>**Philadelphia, PA 19019** |
| 26d.16. | **Williams Energy**<br>**One Williams Center**<br>**P.O. Box 2400**<br>**Tulsa, OK 74102-2400** |
| 26d.17. | **Palladino Law Office**<br>**2400 Veterans Memorial Blvd**<br>**Suite 300A**<br>**Kenner, LA 70062** |
| 26d.18. | **Phyxius Law, PLLC**<br>**Donald J. Epperly, Esq.**<br>**215 W. Main Street**<br>**Bridgeport, WV 26330** |
| 26d.19. | **Cleveland Brothers**<br>**PO box 417094**<br>**Boston, MA 02241** |
| 26d.20. | **Appalachian Growth Capital**<br>**35 Public Sq**<br>**P.O. Box 456**<br>**Nelsonville, OH 45764** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clayton Rice | **2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **Member** | **70.1** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James J. Cava, Jr. | **190 Ridgeway Drive**<br>**Bridgeport, WV 26330** | **Member** | **19.9** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alan Anderson | **P.O. Box 1263**<br>**Bridgeport, WV 26330** | **Member** | **10** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Alan Anderson**<br>**P.O. Box 1263**<br>**Bridgeport, WV 26330** | **92308.00** | **8/1/2019-7/31/ 2020** | **Member compensation** |
| | **Relationship to debtor** | | | |
| 30.2. | **Clayton Rice**<br>**2045 Natalie Drive**<br>**Bridgeport, WV 26330** | **151990.52** | **8/1/2019-7/31/ 2020** | **Member compensation** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3. | **James J. Cava, Jr.**<br>**190 Ridgeway Drive**<br>**Bridgeport, WV 26330** | **96153.75** | **8/1/2019-7/31/ 2020** | **Member compensation** |
| | **Relationship to debtor**<br>**Member** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 29, 2020__

__/s/ Clayton Rice__                                              __Clayton Rice__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

NP Clayton Rice

Compound Period ......... : Monthly

Nominal Annual Rate .... : 6.000 %

CASH FLOW DATA

|   | Event | Date | Amount | Number | Period | End Date |
|---|-------|------|--------|--------|--------|----------|
| 1 | Loan | 06/14/2017 | 250,000.00 | 1 | | |
| 2 | Payment | 07/18/2017 | 734.33 | 1 | | |
| 3 | Payment | 08/03/2017 | 1,194.13 | 1 | | |
| 4 | Loan | 08/18/2017 | 25,000.00 | 1 | | |
| 5 | Loan | 08/24/2017 | 130,000.00 | 1 | | |
| 6 | Loan | 08/24/2017 | 90,000.00 | 1 | | |
| 7 | Payment | 08/24/2017 | 1,591.36 | 1 | | |
| 8 | Payment | 09/30/2017 | 2,278.53 | 1 | | |
| 9 | Payment | 10/24/2017 | 2,354.48 | 1 | | |
| 10 | Payment | 11/22/2017 | 2,278.53 | 1 | | |
| 11 | Payment | 12/22/2017 | 2,436.86 | 1 | | |
| 12 | Payment | 01/24/2018 | 2,473.89 | 1 | | |
| 13 | Payment | 03/13/2018 | 2,000.00 | 1 | | |
| 14 | Payment | 03/13/2018 | 2,259.50 | 1 | | |
| 15 | Loan | 04/05/2018 | 10,000.00 | 1 | | |
| 16 | Payment | 04/13/2018 | 2,000.00 | 1 | | |
| 17 | Payment | 04/13/2018 | 3,950.22 | 1 | | |
| 18 | Payment | 05/13/2018 | 3,558.48 | 1 | | |
| 19 | Payment | 05/13/2018 | 2,000.00 | 1 | | |
| 20 | Payment | 06/13/2018 | 5,000.00 | 1 | | |
| 21 | Payment | 07/13/2018 | 8,732.21 | 1 | | |
| 22 | Payment | 08/13/2018 | 4,782.95 | 1 | | |
| 23 | Payment | 09/13/2018 | 3,872.01 | 1 | | |
| 24 | Payment | 10/12/2018 | 5,000.00 | 1 | | |
| 25 | Payment | 11/13/2018 | 5,000.00 | 1 | | |
| 26 | Payment | 12/13/2018 | 5,000.00 | 1 | | |
| 27 | Payment | 01/11/2019 | 4,120.85 | 1 | | |
| 28 | Payment | 02/13/2019 | 4,270.85 | 1 | | |
| 29 | Payment | 03/13/2019 | 3,922.42 | 1 | | |
| 30 | Payment | 04/13/2019 | 2,514.55 | 1 | | |
| 31 | Payment | 05/13/2019 | 2,105.52 | 1 | | |
| 32 | Loan | 05/15/2019 | 150,000.00 | 1 | | |
| 33 | Loan | 06/12/2019 | 125,000.00 | 1 | | |
| 34 | Payment | 06/13/2019 | 3,633.85 | 1 | | |
| 35 | Loan | 07/10/2019 | 37,000.00 | 1 | | |
| 36 | Payment | 07/12/2019 | 3,740.43 | 1 | | |
| 37 | Loan | 07/17/2019 | 35,794.90 | 1 | | |
| 38 | Loan | 07/18/2019 | 218.80 | 1 | | |
| 39 | Payment | 08/13/2019 | 4,124.85 | 1 | | |
| 40 | Loan | 08/31/2019 | 4,183.42 | 1 | | |
| 41 | Payment | 09/04/2019 | 4,039.47 | 1 | | |
| 42 | Loan | 09/18/2019 | 2,500.00 | 1 | | |
| 43 | Loan | 09/18/2019 | 20,000.00 | 1 | | |

NP Clayton Rice

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 44 | Loan | 09/18/2019 | 240,000.00 | 1 | | |
| 45 | Payment | 10/12/2019 | 3,879.70 | 1 | | |
| 46 | Payment | 11/13/2019 | 3,886.34 | 1 | | |
| 47 | Payment | 12/31/2019 | 3,720.96 | 1 | | |
| 48 | Payment | 01/13/2020 | 3,844.99 | 1 | | |
| 49 | Payment | 05/07/2020 | 5,539.32 | 1 | | |
| 50 | Payment | 08/31/2020 | 1,130,305.02 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 06/14/2017 | 250,000.00 | | | | 250,000.00 |
| 1 | 07/18/2017 | | 734.33 | 1,415.21 | 680.88- | 250,680.88 |
| 2 | 08/03/2017 | | 1,194.13 | 659.33 | 534.80 | 250,146.08 |
| Loan | 08/18/2017 | 25,000.00 | | 616.80 | 616.80- | 275,762.88 |
| Loan | 08/24/2017 | 130,000.00 | | 271.99 | 271.99- | 406,034.87 |
| Loan | 08/24/2017 | 90,000.00 | | 0.00 | 0.00 | 496,034.87 |
| 3 | 08/24/2017 | | 1,591.36 | 0.00 | 1,591.36 | 494,443.51 |
| 4 | 09/30/2017 | | 2,278.53 | 3,044.01 | 765.48- | 495,208.99 |
| 5 | 10/24/2017 | | 2,354.48 | 1,953.70 | 400.78 | 494,808.21 |
| 6 | 11/22/2017 | | 2,278.53 | 2,358.81 | 80.28- | 494,888.49 |
| 7 | 12/22/2017 | | 2,436.86 | 2,474.44 | 37.58- | 494,926.07 |
| 2017 Totals | | 495,000.00 | 12,868.22 | 12,794.29 | 73.93 | |
| 8 | 01/24/2018 | | 2,473.89 | 2,638.16 | 164.27- | 495,090.34 |
| 9 | 03/13/2018 | | 2,000.00 | 4,111.28 | 2,111.28- | 497,201.62 |
| 10 | 03/13/2018 | | 2,259.50 | 0.00 | 2,259.50 | 494,942.12 |
| Loan | 04/05/2018 | 10,000.00 | | 1,871.29 | 1,871.29- | 506,813.41 |
| 11 | 04/13/2018 | | 2,000.00 | 666.49 | 1,333.51 | 505,479.90 |
| 12 | 04/13/2018 | | 3,950.22 | 0.00 | 3,950.22 | 501,529.68 |
| 13 | 05/13/2018 | | 3,558.48 | 2,507.65 | 1,050.83 | 500,478.85 |
| 14 | 05/13/2018 | | 2,000.00 | 0.00 | 2,000.00 | 498,478.85 |
| 15 | 06/13/2018 | | 5,000.00 | 2,492.39 | 2,507.61 | 495,971.24 |
| 16 | 07/13/2018 | | 8,732.21 | 2,479.86 | 6,252.35 | 489,718.89 |
| 17 | 08/13/2018 | | 4,782.95 | 2,448.59 | 2,334.36 | 487,384.53 |
| 18 | 09/13/2018 | | 3,872.01 | 2,436.92 | 1,435.09 | 485,949.44 |
| 19 | 10/12/2018 | | 5,000.00 | 2,316.58 | 2,683.42 | 483,266.02 |
| 20 | 11/13/2018 | | 5,000.00 | 2,496.17 | 2,503.83 | 480,762.19 |
| 21 | 12/13/2018 | | 5,000.00 | 2,403.81 | 2,596.19 | 478,166.00 |
| 2018 Totals | | 10,000.00 | 55,629.26 | 28,869.19 | 26,760.07 | |
| 22 | 01/11/2019 | | 4,120.85 | 2,279.48 | 1,841.37 | 476,324.63 |
| 23 | 02/13/2019 | | 4,270.85 | 2,539.01 | 1,731.84 | 474,592.79 |
| 24 | 03/13/2019 | | 3,922.42 | 2,372.96 | 1,549.46 | 473,043.33 |
| 25 | 04/13/2019 | | 2,514.55 | 2,365.22 | 149.33 | 472,894.00 |
| 26 | 05/13/2019 | | 2,105.52 | 2,364.47 | 258.95- | 473,152.95 |

NP Clayton Rice

|  | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 05/15/2019 | 150,000.00 | | 155.56 | 155.56- | 623,308.51 |
| Loan | 06/12/2019 | 125,000.00 | | 2,868.93 | 2,868.93- | 751,177.44 |
| 27 | 06/13/2019 | | 3,633.85 | 123.48 | 3,510.37 | 747,667.07 |
| Loan | 07/10/2019 | 37,000.00 | | 3,318.41 | 3,318.41- | 787,985.48 |
| 28 | 07/12/2019 | | 3,740.43 | 259.06 | 3,481.37 | 784,504.11 |
| Loan | 07/17/2019 | 35,794.90 | | 644.80 | 644.80- | 820,943.81 |
| Loan | 07/18/2019 | 218.80 | | 134.95 | 134.95- | 821,297.56 |
| 29 | 08/13/2019 | | 4,124.85 | 3,510.20 | 614.65 | 820,682.91 |
| Loan | 08/31/2019 | 4,183.42 | | 2,428.32 | 2,428.32- | 827,294.65 |
| 30 | 09/04/2019 | | 4,039.47 | 543.97 | 3,495.50 | 823,799.15 |
| Loan | 09/18/2019 | 2,500.00 | | 1,895.87 | 1,895.87- | 828,195.02 |
| Loan | 09/18/2019 | 20,000.00 | | 0.00 | 0.00 | 848,195.02 |
| Loan | 09/18/2019 | 240,000.00 | | 0.00 | 0.00 | 1,088,195.02 |
| 31 | 10/12/2019 | | 3,879.70 | 4,293.15 | 413.45- | 1,088,608.47 |
| 32 | 11/13/2019 | | 3,886.34 | 5,622.89 | 1,736.55- | 1,090,345.02 |
| 33 | 12/31/2019 | | 3,720.96 | 8,513.95 | 4,792.99- | 1,095,138.01 |
| 2019 Totals | | 614,697.12 | 43,959.79 | 46,234.68 | 2,274.89- | |
| | | | | | | |
| 34 | 01/13/2020 | | 3,844.99 | 2,340.29 | 1,504.70 | 1,093,633.31 |
| 35 | 05/07/2020 | | 5,539.32 | 21,048.80 | 15,509.48- | 1,109,142.79 |
| 36 | 08/31/2020 | | 1,130,305.02 | 21,162.23 | 1,109,142.79 | 0.00 |
| 2020 Totals | | 0.00 | 1,139,689.33 | 44,551.32 | 1,095,138.01 | |
| | | | | | | |
| Grand Totals | | 1,119,697.12 | 1,252,146.60 | 132,449.48 | 1,119,697.12 | |

NP Jim Cava

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  6.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 04/30/2020 | 4,700,122.70 | 1 | | |
| 2 | Loan | 05/04/2020 | 5,613.65 | 1 | | |
| 3 | Payment | 05/04/2020 | 20,558.16 | 1 | | |
| 4 | Loan | 05/04/2020 | 1,567.74 | 1 | | |
| 5 | Payment | 05/07/2020 | 23,976.20 | 1 | | |
| 6 | Loan | 05/13/2020 | 8,475.13 | 1 | | |
| 7 | Loan | 05/14/2020 | 496.08 | 1 | | |
| 8 | Loan | 05/14/2020 | 496.14 | 1 | | |
| 9 | Loan | 05/14/2020 | 2,696.03 | 1 | | |
| 10 | Loan | 05/14/2020 | 1,991.75 | 1 | | |
| 11 | Loan | 05/20/2020 | 265.00 | 1 | | |
| 12 | Payment | 08/31/2020 | 4,771,944.92 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Loan | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|---|
| Loan | 04/30/2020 | 4,700,122.70 | | | | 4,700,122.70 |
| Loan | 05/04/2020 | 5,613.65 | | 3,090.49 | 3,090.49- | 4,708,826.84 |
| 1 | 05/04/2020 | | 20,558.16 | 0.00 | 20,558.16 | 4,688,268.68 |
| Loan | 05/04/2020 | 1,567.74 | | 0.00 | 0.00 | 4,689,836.42 |
| 2 | 05/07/2020 | | 23,976.20 | 2,312.80 | 21,663.40 | 4,668,173.02 |
| Loan | 05/13/2020 | 8,475.13 | | 4,604.23 | 4,604.23- | 4,681,252.38 |
| Loan | 05/14/2020 | 496.08 | | 769.52 | 769.52- | 4,682,517.98 |
| Loan | 05/14/2020 | 496.14 | | 0.00 | 0.00 | 4,683,014.12 |
| Loan | 05/14/2020 | 2,696.03 | | 0.00 | 0.00 | 4,685,710.15 |
| Loan | 05/14/2020 | 1,991.75 | | 0.00 | 0.00 | 4,687,701.90 |
| Loan | 05/20/2020 | 265.00 | | 4,623.49 | 4,623.49- | 4,692,590.39 |
| 3 | 08/31/2020 | | 4,771,944.92 | 79,354.53 | 4,692,590.39 | 0.00 |
| 2020 Totals | | 4,721,724.22 | 4,816,479.28 | 94,755.06 | 4,721,724.22 | |
| Grand Totals | | 4,721,724.22 | 4,816,479.28 | 94,755.06 | 4,721,724.22 | |

## United States Bankruptcy Court
### Northern District of West Virginia

In re **Ryan Enviromental, LLC**

_____
Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept $400.00/hr with a retainer of | $ | **12,000.00** |
    | Prior to the filing of this statement I have received | $ | **12,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor       ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.  File and complete student loan action.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**August 28, 2020**
_____
_Date_

**/s/ Martin P. Sheehan**
**Martin P. Sheehan 4812**
_Signature of Attorney_
**SHEEHAN & ASSOCIATES, P.L.L.C.**
**1 Community St., Ste 200**
**Wheeling, WV 26003**
**304-232-1064  Fax: 304-232-1066**
**sheehanbankruptcy@wvdsl.net**
_Name of law firm_

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **Ryan Environmental,LLC**                                            Case No. _____

Debtor(s)                                      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Anderson**<br>**P.O. Box 1263**<br>**Bridgeport, WV 26330** | | | **Membership** |
| **Clayton Rice**<br>**2045 Natalie Drive**<br>**Bridgeport, WV 26330** | | | **Membership** |
| **James J. Cava, Jr.**<br>**190 Ridgeway Drive**<br>**Bridgeport, WV 26330** | | | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 29, 2020**                          Signature   **/s/ Clayton Rice**

**Clayton Rice**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   __Ryan Environmental,LLC__                                    Case No. _____

_____   Chapter   __11__
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __September 29, 2020__          __/s/ Clayton Rice_____

                                        **Clayton Rice**/**Managing Member**
                                        Signer/Title

Ryan Environmental,LLC
5793 W. Veterans Memorial Hwy, Ste 101
Bridgeport, WV 26330

Martin P. Sheehan
SHEEHAN & ASSOCIATES, P.L.L.C.
1 Community St., Ste 200
Wheeling, WV 26003

2-2-0 CORP
dba STAR WELD
PO BOX 746
Spencer, WV 25276

A&A Supply, LLC
22155 ENERGY HWY.
New Martinsville, WV 26155

ACCURATE SAFETY COMPLIANCE, LLC
P.O. BOX 721011
Norman, OK 73070

ACE AGGREGATES
70 COLUMBIA BLVD
Clarksburg, WV 26301

ACF ENVIRONMENTAL
PO BOX 758763
Baltimore, MD 21275-8763

ACUREN INSPECTION INC
PO BOX 846313
Dallas, TX 75284-6313

Adler Tank Rentals LLC
PO BOX 45081
San Francisco, CA 94145-0081

ADM Welding & Fabrication, LLC
37 BROADHEAD STREET
Warren, PA 16365

Advance Auto Parts
AAP FINANCIAL SERVICES
P.O. Box 742063
Atlanta, GA 30374-2063


Advanced Energy Services
305 SPINDLE CT
Canonsburg, PA 15317


Advantage Technology
950 Kanawha Blvd E
Suite 100
Charleston, WV 25301


Advantage Technology LLC
950 KANAWHA BLVD E
Charleston, WV 25301


AFLAC
REMITTANCE PROCESSING SERVICE
1932 WYNNTON ROAD
Columbus, GA 31999-0001


AIRGAS NITROGEN SERVICES, LLC (N199)
3225 SOLUTIONS CTR
Chicago, IL 60677-3002


Airgas Usa, LLC
PO BOX 734672
Dallas, TX 75373


Alan Anderson
P.O. Box 1263
Bridgeport, WV 26330


AlignHR, LLC
1116 SMITH STREET
Suite 410
Charleston, WV 25301


ALLEGANY AGGREGATES, INC.
P.O. BOX 127
Cumberland, MD 21502

ALTUS GLOBAL TRADE SOLUTIONS
PO BOX 1389
Kenner, LA 70063


AMERICAN INNOVATIONS, LTD
12211 TECHNOLOGY BLVD
Austin, TX 78727


AMERICAN PRODUCERS SUPPLY CO., INC
119 2ND ST
P O BOX 1050
Marietta, OH 45750


ANDERSON EQUIPMENT COMPANY
PO BOX 823580
Philadelphia, PA 19182-3580


APPALACHIAN TIMBER SERVICES, LLC
393 EDGAR GIVEN PARKWAY
Sutton, WV 26601


ARNETT CARBIS TOOTHMAN LLP
PO BOX 45723
Baltimore, MD 21297-5723


ART'S RENTAL EQUIPMENT & SUPPLY
215EAST 6TH STREET
Newport, KY 41071


ASSOC BUILDERS & CONTRACTORS INC
WV CHAPTER - SARAH FRANCKE
P.O. BOX 3965
Charleston, WV 25339


ATLANTIC NITROGEN AND TESTING LLC
100 HAMILTON ST.
Washington, PA 15301


ATLANTIC NITROGEN PUMPING SERVICES, LLC
100 HAMILTON ST.
Washington, PA 15301


B&B ENERGY SERVICES
1925 LINCOLN HIGHWAY
Chester, WV 26034

B&B HOLDINGS, PLLC
PO BOX 554
Ashland, KY 41105


BADGER DAYLIGHTING CORP.
75 REMITTANCE DRIVE SUITE 3185
Chicago, IL 60675-3185


BELMONT MILLS, INC.
400 S. JEFFERSON ST.
Belmont, OH 43718


BELMONT SOLIDS CONTROL LLC
7716 DEPOT RD UNIT 1
Lisbon, OH 44432


BENCHMARK SAFETY, HEALTH, &
1000 GREEN RIVER DR, SUITE 116
Fairmont, WV 26554


BEST LINE EQUIPMENT
2582 GATEWAY DRIVE
State College, PA 16801


BIG BEAVER MUNICIPAL AUTHORITY
114 FOREST DRIVE
Darlington, PA 16115


BK CORROSION, LLC
PO BOX 227
Houston, TX 77001-1000


BLACK DIAMOND EQUIP. RENTAL LLC
732 MCCLELLANDTOWN ROAD
Uniontown, PA 15401


BLAST ONE LOCK BOX
P O BOX 933052
Cleveland, OH 44193


BOB SCULLION & ASSOCIATES, INC.
9703 GUILDFORD DRIVE
Allison Park, PA 15101

BOSLEY RENTAL & SUPPLY
1 BOSLEY AVENUE
Parkersburg, WV 26101


BOSLEY RENTAL & SUPPLY, INC
497 GOFF MOUNTAIN ROAD
Charleston, WV 25313


BRIDGEPORT EQUIP & TOOL
500 HALL STREET
Bridgeport, OH 43912


Bridgeport Storage LLC
24 Keystone Drive
Bridgeport, WV 26330


BRIDGEPORT STORAGE, LLC
PO BOX 1296
Bridgeport, WV 26330


BRIDGEPORT TIRE & SUPPLY
P.O. BOX 877
US RTE. 50 & 131


BUCKEYE WATER DISTRICT
1925 CLARK AVE.
P.O. Box 105
Wellsville, OH 43968-0105


BUCKEYE WATER SERVICE COMPANY
P.O. BOX 409
New Concord, OH 43762-0409


CAPITOL SERVICES, INC
PO BOX 1831
Austin, TX 78767


CATERPILLAR FINANCIAL SERVICES CORP
PO BOX 13834
Newark, NJ 07188-0834


Caterpillar Financial Services Corporati
2120 West End Avenue
Nashville, TN 37203

CAVA & BANKO, P.L.L.C.
117 EAST MAIN STREET
Bridgeport, WV 26330


CECIL I. WALKER MACHINERY CO
29773 NEWTWORK PLACE
Chicago, IL 60673-1297


CENTRAL GARDEN & PET
PO BOX 277743
Atlanta, GA 30384-7740


CHARLES RYAN ASSOCIATES
L-3215
Columbus, OH 43260-3215


CHARLESON FLEET
4617 WASHINGTON ST W
Charleston, WV 25313


CINTAS FIRST AID & SAFETY LOC #D28
PO BOX 631025
Cincinnati, OH 45263-1025


Clayton Rice
2045 Natalie Drive
Bridgeport, WV 26330


CLEVELAND BROTHERS EQUIP CO., INC.
PO BOX 417094
Boston, MA 02241-7094


CNH Industrial  Capital America LLC
P.O. Box 71264
Philadelphia, PA 19176-6264


COMPLETE ENERGY SERVICES, LLC
216 MARKET STREET
Spencer, WV 25276


CONSTRUCTCONNECT
PO BOX 207121
Dallas, TX 75320-7121

COPPER RUN CAPITAL LLC
1201 DUBLIN RD
Columbus, OH 43215


CORRPRO COMPANIES, INC.
P.O. BOX 674173
Dallas, TX 75267-4173


DAMAGE RECOVERY
PO BOX 843369
Kansas City, MO 64184-0024


DAVID GLOTFELTY
204 CANTON VILLAGE
Morgantown, WV 26508


DELRICK CORPORATION
PO BOX 693
Tazewell, VA 24651


DIAMOND TECHNICAL SERVICES
163 WEST BURRELL STREET
Blairsville, PA 15717


DIEFFENBAUCH & HRITZ, LLC
1095 CHAPLIN ROAD
Suite 200
Morgantown, WV 26501


DISCOUNT INDUSTRIAL SUPP. CORP
912 FIFTH ST. WEST
Huntington, WV 25701


DODDRIDGE CO LIVESTOCK SALE
461 MAIN STREET
West Union, WV 26456


E.M.P., INC.
PO BOX 1103
Glenpool, OK 74033


EDR
PO BOX 414176
Boston, MA 02241-4176

EDWARDS CO., LLC
1182 STEVENS RUN RD
Lost Creek, WV 26385-7173


ELECTRICAL CONNECTIONS, LLC
94 OAK RIDGE ESTATES ROAD
Mount Clare, WV 26408


EMORY ROTHENBUHLER AND SONS,INC.
47126 SUNFISH CREEK RD
Beallsville, OH 43716


ENERGY TRANSPORTATION LLC
PO BOX 430
Bridgeport, WV 26330


ENI USA R&M CO., INC. - CABOT, PA
PO BOX 7247-7028
Philadelphia, PA 19170-7028


ENTERPRISE
PO BOX 843369
Kansas City, MO 64184-0024


Enterprise Fleet Management
Two Penn CTR W Blvd  Suite 215
Pittsburgh, PA 15276-0110


ENVIROCLEAN, LLC
dba M&M SEPTIC PUMPING
PO BOX 550
Clarksburg, WV 26302-0550


ENVIROPROBE INTEGRATED SOLUTIONS, INC.
630 CROSS LANES DRIVE
Nitro, WV 25143


EULER HERMES NORTH AMERICA INSURANCE CO
C/O FINANCE DEPARTMENT
800 RED BROOK BLVD
Owings Mills, MD 21117-1008


EUREKA MIDSTREAM, LLC
1701 1/2 POST OAK BLVD., #479
Houston, TX 77056

EUROFINS CEI, INC.
730 SE MAYNARD ROAD
Bridgeport, WV 26330


First United Bank & Trust
19 South Second Street
Oakland, MD 21550


FLEET PRIDE
P.O. BOX 281811
Atlanta, GA 30384-1811


FLEX FLEET RENTAL
2855 E. COTTONWOOD PARKWAY
Ste 100
Salt Lake City, UT 84121


Ford Credit
Box 220564
Pittsburgh, PA 15257-2564


FOSTER SUPPLY, INC.
P O BOX 488
4847 TEAYS VALLEY ROAD
Scott Depot, WV 25560


G.O.B. SERVICES LLC
832 BROAD ST
Summersville, WV 26651


GAL Land Company
1433 Harmony Grove Road
Harmony Grove, WV 26501


GARRETT COMPANY, LLC
dba SWISHER FEED & SUPPLY
Weston, WV 26452


GARRETT INDUSTRIAL SUPPLY, INC.
104 COMMERCE DRIVE
Oakland, MD 21550


GAS ANALYTICAL SERVICES, INC.
29059 NETWORK PLACE
Chicago, IL 60673-1290

```
GEO SEARCH
PO BOX 975353
Dallas, TX 75397-5353


GLOTFELTY ENTERPRISES, INC.
14161 GARRETT HWY
Oakland, MD 21550


GOPHER MATS, LLC
dba VIKING MAT COMPANY
PO BOX 743790
Atlanta, GA 30374-3790


Great American Financial Services  Corp
625 First Street SE
Cedar Rapids, IA 52406-0609


GREEN'S FEED & SEED, INC.
314 PIEDMONT ROAD
Charleston, WV 25301


GREENTREE SERVICES, INC.
28 3RD STREET NE #692
Faribault, MN 55021


GUMP'S SEPTIC & PORTABLE RESTROOM SVC
PO BOX 441
Reader, WV 26167


GUTTMAN ENERGY, INC.
PO BOX 536250
Pittsburgh, PA 15253-5904


HALL DRILLING,LLC
1137 E WASHINGTON AVE
Ellenboro, WV 26346


Hampshire Gas Company
6801 Industrial Rd
P.O. Box 3
Springfield, VA 22151


Hart Office Solutions
P.O. Box 660831
Dallas, TX 75266-0831
```

HIGHMARK WV
PO BOX 382153
Pittsburgh, PA 15251-8113

HOG LICK AGGREGATES LLC
340 HOG LICK HOLLOW
Fairmont, WV 26554

HOGAN'S CRANE SERVICE, LLC
TIMOTHY F. HOGAN
Bridgeport, WV 26330

HOWARD L. BOWERS CONTRACTING CO., INC.
PO BOX 2249
Steubenville, OH 43953

HURSHEL ROWAN
dba SUTTON SERVICES
P.O. Box 114
Sutton, WV 26601

HYDROTECH TESTING SERVICES
87 SHILOH DRIVE
Chester, WV 26034

ILEASE & RENTALS LLC
PO BOX 848
Bridgeport, WV 26330

INDEPENDENT CONTRACTORS DISTRIBUTORS
P O BOX 2587
Ashland, KY 41105-2587

INDUSTRIAL TRAINING SERVICES, INC.
120 MAX HURT DR
Murray, KY 42071

INSTANT GROWTH HYDROSEEDING, LLC
140 VIP DRIVE
Masontown, WV 26542

INTEGRITY MEASUREMENT & CONTROL, LP
P.O. BOX 1889
Sugar Land, TX 77487-1189

J&J PAVING
273 HILLTOP DRIVE
Princeton, WV 24740-7329


J-B CONSULTING SAFETY TRAINING
1831 PLEASANT VALLEY ROAD
Fairmont, WV 26554


James J. Cava, Jr.
190 Ridgeway Drive
Bridgeport, WV 26330


JAN X-RAY SERVICES, INC.
PO Box 29253
New York, NY 10087-9253


JAY D ENTERPRISES
253 EAST FIRST STREET
Waynesburg, PA 15370


Jefferson Gas Gathering Company, LLC
320 Southview Drive
Bridgeport, WV 26330


JGM SALES
139 SHIDLER RUN ROAD
Amity, PA 15311


JOE'S AUTO GLASS, LLC
3347 US HWY 33 W
Weston, WV 26452


John Deere Financial
6400 NW 86th St,
 PO Box 6600
Johnston, IA 50131-6600


John Deere Financial
6400 NW 86th St,
PO Box 6600
Johnston, IA 50131-6600

John Deere Financial
6400 NW 86th St,
P.O. Box 6600
Johnston, IA 50131-6600


KINGS TIRE SERVICE, INC.
US ROUTE 52 NORTH
Bluefield, WV 24701


KLRS,LLC
277 CHRISTOPHER AVE.
Bridgeport, WV 26330


Komatsu Financial Limited Partnership
P.O. Box 99303
Chicago, IL 60693


Kubota Credit Corporation, USA
P.O. Box 2046
Grapevine, TX 76099


Kubota Credit Corporation, USA
PO Box 0559
Carol Stream, IL 60132-0559


KUBOTA CREDIT CORPORATION, USA
PO BOX 0559
Dallas, GA 30132-0559


LAND CLEARING SPECIALISTS, INC.
111 KELSO ROAD
Mc Donald, PA 15057


LEE SUPPLY CO, INC
PO BOX 640335
Pittsburgh, PA 15264-0335


LEEMAX SAFETY SOLUTIONS, LLC
1310 GREENMONT HILLS DRIVE
Vienna, WV 26105


LESLIE EQUIPMENT COMPANY
P.O. BOX 1547
Elkins, WV 26241

LIBERTY SALES AND DISTRIBUTION, LLC
2880 BERGEY ROAD, SUITE F
Hatfield, PA 19440


LIGONIER CONSTRUCTION COMPANY
P.O. BOX 277
Laughlintown, PA 15655


LITMAN EXCAVATING, INC.
836 1ST STREET
New Martinsville, WV 26155


LOFFA ENTERPRISES INC
dba SPECIALTY SUPPLY COMPANY
Wheeling, WV 26003


MAGNA SERVICE AGENCY
600 OLD POND RD, STE 507
Bridgeville, PA 15017


MAGNOLIA LAYNE BOUTIQUE
832 CALL VALLEY ROAD
Swords Creek, VA 24649


MARK KILKENNY HEALTH & SAFETY CONSULTAN


Markwest Liberty Midstream and Resources
320 Southview Drive
Bridgeport, WV 26330


MARSHALL COUNTY COOPERATIVE IN
400 ELEVENTH STREET
PO BOX 455
Moundsville, WV 26041-0455


MATTHEWS LUBRICANTS INC
3498 GRAND AVENUE
Pittsburgh, PA 15225


MCM BUSINESS SYSTEMS
1315 BUCKHANNON PIKE
Clarksburg, WV 26301

MEDEXPRESS URGENT CARE, PC
PO BOX 7959
Belfast, ME 04915-7900


MID ATLANTIC MAINTENANCE
PO BOX 3405
Parkersburg, WV 26103


MILLENIUM TORQUE & TENSIONING, INC.
PO BOX 13
Eighty Four, PA 15330-0365


MINGO JUNCTION STEEL WORKS LLC
500 SENECA STREET
Suite 504
Buffalo, NY 14204


MON POWER
PO BOX 3615
Akron, OH 44309-3615


MONT LEVINE, INC.
P.O. BOX 2080
Fairmont, WV 26555-2080


MOOREHEAD BROTHERS INC
PO BOX 124
Blacksburg, SC 29702


MORAIN SALES AND SERVICES, INC.
1217 SALT SPRINGS ROAD
Mineral Ridge, OH 44440


MORGAN & SONS, INC.
1380 EAST GRAFTON RD
Fairmont, WV 26554


MORGANTOWN POWER EQUIPMENT


MSES CONSULTANTS, INC.
P.O. DRAWER 190
Clarksburg, WV 26302-0190

MT STATE TRAILER RENTAL, INC.
482 LOWER AARON'S CREEK RD
Morgantown, WV 26508

MURPHY TRACTOR & EQUIPMENT CO., INC.
60611 HULSE ROAD
Cambridge, OH 43725

MVB BANK
1000 JOHNSON AVE.
Bridgeport, WV 26330

MVB VISA
1000 JOHNSON AVE.
Bridgeport, WV 26330

NATERNICOLA'S MASONRY, LLC
626 MARYLAND AVENUE
Fairmont, WV 26554

NATIONAL LIME & STONE COMPANY
PO BOX 120
Findlay, OH 45839-0120

NATIONAL TANK & EQUIPMENT
1600 ROUTE 136
Washington, PA 15301

NEEDS FARMS LLC
C/O STEVE NEEDS
3491 Canal Rd. NE
Millersport, OH 43046

NEWLONS INTERNATIONAL SALES, LLC
PO BOX 1334
Elkins, WV 26241

NONDESTRUCTIVE INSPECTION SERVICE INC
2825 ROUTE 60, EAST
Hurricane, WV 25526

OCTANE ENVIRONMENTAL LLC
PO BOX 67
Bridgeport, WV 26330

```
OHIO VALLEY SEPTIC INC.
190 VALLEY VIEW DRIVE
Wellsburg, WV 26070


OLIVER FUELS AND OIL INC
PO BOX 2208
Decatur, AL 35609-2208


OMNI METRIX GLOBAL MONITORING AND CNTRL
4295 HAMILTON MILL ROAD
Buford, GA 30518


PAC-VAN, INC.
75 REMITTANCE DRIVE
Suite 3300
Chicago, IL 60675-3300


Paccar Financial Corp
PO Box 121166
Dallas, TX 75312-1166


PACE ANALYTICAL SERVICES, LLC
P.O. BOX 684056
Chicago, IL 60695-4056


PATRIOT PILOTING SERVICES LLC
PO BOX 114
Lawrence, PA 15055


PEACEMAKER SEPTIC SERVICE FARMS
18410 BLOOMERYPIKE
Bloomery, WV 26817


PEOPLES - WV
PO BOX 645345
Pittsburgh, PA 15264-5251


PERKINS SUPPLY, INC.
2966 NORTHWEST PIKE
Pennsboro, WV 26415-9624


PETROMAX, LTD
301 PRESTLEY ST.
Carnegie, PA 15106
```

PITNEY BOWES GLOBAL FINANCIAL SER.,INC
PO BOX 371887
Pittsburgh, PA 15250-7887


PITNEY BOWES POSTAGE BY PHONE
PO BOX 371874
Pittsburgh, PA 15250-7874


PRODUCTIVITY PLUS
DEPT. 93 - 55002218881
Phoenix, AZ 85062-8004


PURDY RUN AGGREGATES, LLC
PO BOX 4265
Clarksburg, WV 26302-4265


Putnam Holdings LLC
4392 First Avenue
Nitro, WV 25143


QUALITY MACHINE CO INC
P O BOX 878
Bridgeport, WV 26330


QW HOLDING CORPORATION
dba: QUALA
P.O. BOX 534698
Atlanta, GA 30353-4698


RANDOM PRODUCTS INC.
PO BOX 25065
Cleveland, OH 44125


RANSON INSPECTION SERVICES, LLC
422 COLEMAN BRANCH ROAD
Ripley, WV 25271


RDR ENERGY RESOURCES, INC.
1272 E. PIKE ST
Clarksburg, WV 26301


REDBIRD DEVELOPMENT, LLC
11565 STATE ROUTE 676
Vincent, OH 45784

RELIANCE LABORATORIES INC
P O BOX 4657
Bridgeport, WV 26330-4657


RICA Developers LLC
5793 W Veterans Memorial Highway
Bridgeport, WV 26330


RIDGE RUNNER PIPELINE SERVICES
P.O. Box 159
Maidsville, WV 26541


RISH EQUIPMENT CO.
5957 WINDSWEPT BLVD
Wise, VA 24293


RON'S PORTA JOHNS,INC
346 INDIAN RUN ROAD
Marietta, OH 45750


RYAN ENVIRONMENTAL TRANSPORT
5793 W. VETERANS MEMORIAL HWY
Bridgeport, WV 26330


SAFETY-KLEEN SYSTEMS, INC.
PO BOX 382066
Pittsburgh, PA 15250-8066


SANDBAGS LLC
4301 S VALLEY VIEW BLVD STE 19
Las Vegas, NV 89103-4008


SBA
14925 Kingsport Rd
Fort Worth, TX 76155-2243


SECUR O&G, LLC
409 BROAD STREET
Allison Park, PA 15101


SHAFER EQUIPMENT, LLC
141 CAMPBELLS CREEK RD
Charleston, WV 25306

```
SHAMBLIN STONE, INC.
P.O. BOX 744199
Atlanta, GA 30374


SLEEP INN & SUITES
8 WAL MART DRIVE
Moundsville, WV 26041


SOUTHEASTERN EQUIPMENT CO., INC.
PO BOX 536
Cambridge, OH 43725


SPARKLE WASH
231 CATAWBA ROAD
Fairmont, WV 26554


SPARTAN MAT, LLC
3158 E BONANZA CT
Gilbert, AZ 85297


SPRINT
PO BOX 4181
Carol Stream, IL 60197-4181


STATE ELECTRIC
PO BOX 890889
Charlotte, NC 28289-0089


STEPTOE & JOHNSON PLLC
400 WHITE OAKS BLVD
Suite 247
Bridgeport, WV 26330-0247


STEWART'S ELECTRICAL INSPECTION
305 OAK STREET
Irwin, PA 15642


SUPREME TRAFFIC CONTROL SERVICE LLC
3851 PERRYSVILLE AVENUE
Pittsburgh, PA 15214


SUSQUEHANNA WIRE ROPE & RIGGING
PO BOX P
Ridgway, PA 15853
```

TANK SERVICES
PO BOX 71
Dennison, OH 44621


TEI ANALYTICAL SERVICES, INC.
PO BOX 844474
Dallas, TX 75284-4474


TEKSOLV, INC
130 EXECUTIVE DRIVE
Suite 5
Newark, DE 19702


THE HOME CITY ICE COMPANY
PO BOX 111116
Cincinnati, OH 45211


THE SHERWIN-WILLIAMS CO.
1208 W. MAIN STREET
Bridgeport, WV 26330


THE TRENTON CORPORATION
7700 JACKSON RD
Ann Arbor, MI 48103


THREE-D DRILLING INC
2839 DOGTOWN RD
Reedsville, WV 26547-9729


Toshiba Financial Services
P.O. Box 660831
Dallas, TX 75266-0831


TRENCHTECH,INC.
PO BOX 3039
Ambler, PA 19002


TRI-STATE PETROLEUM CORP.
P.O. BOX 4006
Wheeling, WV 26003


TYGART ELECTRIC
PO BOX 301
Grafton, WV 26354

```
UNEX
dba HYTORC
333 Route 17 North
Mahwah, NJ 07430


UniFirst
3 Progress Way
Clarksburg, WV 26301


UNIFIRST CORPORATION
3 PROGRESS WAY
Clarksburg, WV 26301


UNITED PARCEL SERVICE
PO BOX 809488
Atlanta, GA 30384-0711


UNITED RENTALS (NO. AMERICA), INC.
PO BOX 100711
Atlanta, GA 30384-0711


VALLEY GENERAL CONTRACTING, INC
DRAWER 2030
Fairmont, WV 26555


VERTICAL ACCESS SOLUTIONS
PO BOX 64291
Baltimore, MD 21264-4291


VFS US LLC
PO Box 7247-0236
Philadelphia, PA 19170-0236


WASTE MANAGEMENT
PO BOX 13648
Philadelphia, PA 19101-3648


WELKER
13839 WEST BELLFORT STREET
Sugar Land, TX 77498


WILKIE CONTRACTING CO
PO BOX T
Claysville, PA 15323
```

WILLIAMS SCOTSMAN, INC.
PO BOX 91975
Chicago, IL 60693-1975


WILLQUIP LLC
5801 US HWY 19N
Jane Lew, WV 26378


WILSON SUPPLY COMPANY
15401 MCMULLEN HWY,SW
Cumberland, MD 21502


WINE'S ADVERTISING
2271 US HIGHWAY 19N
Jane Lew, WV 26378


WOLFE ENVIRONMENTAL TRANSPORT, LLC
70 COLUMBIA BLVD
Clarksburg, WV 26301


WOODFORD OIL
PO BOX 567
Elkins, WV 26241


WORLDWIDE PARTS DEPARTMENT
685 INDUSTRIAL PARK RD
Jane Lew, WV 26378


WVFX
PO BOX 14200
Tallahassee, FL 32317-4200


XYLEM DEWATERING SOLUTIONS, INC.
28611 NETWORK PLACE
Chicago, IL 60673-1286


YAGER MATERIALS CORP
PO BOX 2000
Owensboro, KY 42302


ZINN'S SEPTIC SERVICES, LLC
175 CLOVERLEAF LANE
Buckhannon, WV 26201

# United States Bankruptcy Court
## Northern District of West Virginia

In re    **Ryan Environmental,LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ryan Environmental,LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Clayton Rice
2045 Natalie Drive
Bridgeport, WV 26330**

**James J. Cava, Jr.
190 Ridgeway Drive
Bridgeport, WV 26330**

☐ None [*Check if applicable*]

**September 29, 2020**

Date

**/s/ Martin P. Sheehan**

**Martin P. Sheehan 4812**

Signature of Attorney or Litigant

Counsel for   **Ryan Environmental,LLC**

**SHEEHAN & ASSOCIATES, P.L.L.C.
1 Community St., Ste 200
Wheeling, WV 26003
304-232-1064 Fax:304-232-1066
sheehanbankruptcy@wvdsl.net**